UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON NOBORU YAMAGATA, et al., <br> Plaintiffs, <br> v. <br> RECKITT BENCKISER LLC, <br> Defendant. | Case No. 17-cv-03529-VC <br><br> **ORDER TO SHOW CAUSE** |

The plaintiffs are ordered to show cause why this case should not be remanded for lack of subject matter jurisdiction. The plaintiffs have not established that there is minimal diversity of citizenship, because they have not properly alleged the citizenship of Reckitt Benckiser LLC in their complaint. *See Johnson v. Columbia Properties Anchorage*, 437 F.3d 894, 899 (9th Cir. 2006); Dkt. No. 24 at 3. The plaintiffs are ordered to submit a brief responding to these concerns within 7 days of this order. The brief must be no longer than five pages.

**IT IS SO ORDERED.**

Dated: February 25, 2019

VINCE CHHABRIA
United States District Judge