# Exhibit D



## *Yamagata v Reckitt Benckiser LLC*

# NOTICE PLAN

### NOTICE PLAN OBJECTIVE

The objective of the proposed Notice Plan is to provide the best notice practicable, consistent with the methods and tools employed in other court-approved notice programs. The Federal Judicial Center's (FJC) *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide* considers a Notice Plan with a high reach (70% or more) effective.[1]

### CASE INFORMATION

JND's proposed Notice Plan was designed based on the following case information:

1. Unknown class members must be reached through a consumer media campaign.
2. The class action alleges violations of California's Consumers Legal Remedies Act (CLRA); therefore, CLRA notice requirements need to be fulfilled.

### CLASS DEFINITION

It is our understanding that the Class or Class members consist of individuals in California and New York who purchased "Move Free" glucosamine and chondroitin-based supplements.

### MEDIA RESOURCES

JND utilizes the most reputable advertising media research tools to ensure that the best media is selected and that our reach calculations can withstand the most critical review and challenge. The media research tools we utilized in our analysis include:

- **GfK Mediamark Research & Intelligence, LLC (MRI)**: JND uses MRI data to analyze the demographics and media usage of potential Class members. MRI is a nationally accredited research firm that provides consumer demographics, product and brand usage, and audience/exposure in all forms of advertising media. MRI is the leading producer of media and consumer research in the United States.

- **Comscore, Inc. (Comscore)**: JND uses Comscore data to not only analyze where potential Class members are on the internet, but more importantly, for calculating the

---

[1] Reach is the percentage of a specific population group exposed to a media vehicle or a combination of media vehicles containing a notice at least once over the course of a campaign. Reach factors out duplication, representing total different/net persons.



reach of our proposed digital effort. It is critical that a reputable source like Comscore be used when estimating the reach of a digital effort; otherwise, the estimated reach could be grossly inflated. Comscore's multi-reach platform allows us to analyze unduplicated audiences across desktop, smartphone, and tablet devices. We can assess the efficiency and effectiveness of our proposed media plans by reducing waste and improving campaign performance across all devices.

- **Google Active View**: At the time of implementation, our digital media placement experts will take the necessary steps to ensure that all notice placements appear exactly as planned, meeting our high standards of quality and positioning. Verification and monitoring will be used to enhance the digital buy — For instance, Google Active View, which is accredited by the Media Rating Council (MRC), is used to measure viewable impressions across the web and in apps. Google Active View supports the Interactive Advertising Bureau (IAB) and MRC definition of viewability — a minimum of 50% of the ad is in view for a minimum of one second for display ads or two consecutive seconds for video ads. In addition, Google takes invalid activity very seriously. They use over a hundred complex algorithms to spot bad traffic as it happens, and their global team of PhDs, data scientists, engineers, and researchers works around the clock to prevent advertisers from paying for — and publishers benefitting from — invalid clicks, impressions, views, or interactions. site/source.

- **Trust Metrics**: In addition to Google Active View, Trust Metrics third-party brand safety partner is used during implementation to ensure that our banner impressions are not served to poor quality sites. This is done by creating a "blacklist" or a list of sites that have been deemed unsafe. Trust Metrics is consulted in order to develop a blacklist, or a list of sites that will be blocked during implementation of banner campaigns, based on brand safety parameters such as site content, keywords, etc. A blacklist is utilized in order to serve the campaign on brand safe websites, and to avoid serving alongside content that is of poor quality.

## TARGET ANALYSIS

JND studied MRI data among adults in California and New York who used glucosamine supplements; nonprescription remedies/relievers for joint or arthritis conditions; or pain-relieving rubs, liquids and patches; or have/had arthritis conditions ("CA NY Joint Remedy Users"). The Move Free brand itself is not specifically measured by MRI; however, we expect similar demographics and media usage among CA NY Joint Remedy Users.

MRI data indicates that the majority of CA NY Joint Remedy Users are:

- 35+ years of age or older (85.2%);
- White (66.0%);
- Women (61.0%); and
- From higher income households (54.2% have a household income of $60K+).



Compared to the general Adult 18+ population, CA NY Joint Remedy Users are:

- Twice as likely to be of Spanish, Hispanic or Latino descent;
- 74% more likely to be 65 years of age or older;
- 18% more likely to be female; and
- 7% more likely to have a household income of $100K or more

## MEDIA USAGE

In terms of media usage, MRI data indicates that CA NY Joint Remedy Users are internet users:

- 77.8% are on the internet in a 30-day period, and
- 65.1% have used their cellphone or smartphone to access the internet.
- 55.8% visit Facebook in a 30-day period

## NOTICE PLAN STRATEGIES

Based on the analysis above, JND designed a 4-week digital media campaign on the leading digital network (Google Display Network) and the top social media site (Facebook) that will reach at least 70% of likely Class members. In addition, to fulfill the CLRA notice requirement, a notice will appear once per week, over four consecutive weeks in the *San Jose Mercury News*.

| DIGITAL EFFORT | TARGET/DESCRIPTION |
|---|---|
| Google Display Network | • Targets CA and NY; Adults 35+; some Spanish speakers<br>• Includes a mix of behavioral and contextual targeting to Health and Fitness<br>• Placement may include sites such as: The Weather Channel, SELF, ESPN, WebMD<br>• Served across all devices, including desktop, laptop, tablet and mobile, with a heavy emphasis on mobile |
| facebook | • Targets CA any NY Adults 35+, some Spanish speakers<br>• Includes impressions targeted to those interested in Health & Fitness<br>• Served across all devices |
| **TOTAL** | **92 million impressions[2] over 4 weeks** |

---

[2] Impressions or Exposures are the total number of opportunities to be exposed to a media vehicle or combination of media vehicles containing a notice. Impressions are a gross or cumulative number that may include the same person more than once. As a result, impressions can and often do exceed the population size.



| CLRA NOTICE REQUIREMENT | AD UNIT | INSERTIONS |
|---|---|---|
| San Jose Mercury News | 1/8 page | 4 |

## PLAN DELIVERY

To calculate the reach of the digital effort, JND used a Comscore reach and frequency platform.[3] According to this reputable media platform, the proposed digital effort **will reach approximately 70% of likely Class members**. The four notice placements in the *San Jose Mercury News* will extend reach further. The provided reach is similar to that of other court approved programs and meets the standard set forth by the FJC.

---

[3] Based on MRI internet usage, a more conservative total population base was used, as opposed to an internet population base which would inflate the estimated reach.