# Exhibit F

*Yamagata v. Reckitt Benckiser, LLC*

# Schiff Move Free Advanced Litigation

3:17-cv-03529-VC

Home    Key Dates    Important Documents    FAQ    Contact Us    Class Counsel

# WELCOME TO THE YAMAGATA V. RECKITT BENCKISER, LLC LAWSUIT WEBSITE

**If you purchased Schiff Move Free® Advanced products in California or New York, a class action lawsuit may affect your legal rights.**

Para una notifcación en Español, haga clic AQUI.

## What is this lawsuit about?

The lawsuit alleges that Reckitt Benckiser LLC falsely advertises Move Free Advanced as providing joint health benefits it does not actually provide. The lawsuit seeks cash refunds, a court order requiring Reckitt Benckiser to modify its advertising, and to initiate a corrective advertising campaign. Reckitt Benckiser LLC denies it has done anything wrong.

The United States District Court for the Northern District of California decided this lawsuit should be a class action on behalf of a "Class," or group of people, that could include you.

No money or benefits are available now because the Court has not yet decided whether Reckitt Benckiser LLC did anything wrong or whether consumers are entitled to money or other benefits. There is no guarantee that money or benefits will be obtained. If they are, you will be notified about how to seek money or other benefits from the lawsuit. The Plaintiffs must prove their claims at trial starting September 21, 2020.

You don't have to do anything now if you want to preserve the possibility of getting money or benefits from this lawsuit. By doing nothing, you are staying in the Class. If you stay in and the Plaintiffs win, you will be notified about how to seek money or other benefits from the lawsuit. Keep in mind that if you do nothing now, regardless of whether the Plaintiffs win or lose the trial, you will be legally bound by the Orders the Court issues and judgments the Court makes in this class action.

## Who is included in the Class?

All consumers who purchased (1) Move Free Advanced, (2) Move Free Advanced Plus MSM, or (3) Move Free Advanced Plus MSM & Vitamin D for personal use in California or New York from May 28, 2015 to [NOTICE DATE], are Class Members.

If you did not purchase Move Free Advanced in California or New York from May 28, 2015 to [NOTICE DATE] then you are NOT a Class Member. You are also NOT a Class Member if you purchased Move Free Advanced for the purpose of reselling it or if you already received a full refund for your purchase. Finally, you are NOT a class member if you purchased any "Move Free" product during this time period other than the specific products listed.

# YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT

| Option | Event |
|---|---|
| Do Nothing | Stay in this lawsuit. Await the outcome. Give up certain rights for the possibility of receiving certain benefits. |

| | |
|---|---|
| | By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or settlement. But, you give up any rights to sue Reckitt Benckiser LLC separately about the same legal claims in this lawsuit. |
| **Ask to be Excluded** | **Get out of this lawsuit. Get no benefits from it. Preserve your right to pursue relief on your own.** |
| | If you ask to be excluded and money or benefits are later awarded, you will not share in those monies or benefits. However, you keep any rights to pursue a claim against Reckitt Benckiser LLC separately about the same legal claims in this lawsuit. To ask to be excluded, you must act before _____, 2020 [45 days from date notice first published]. |

# FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.

 1-833-900-1641

 Yamagata v. Reckitt Benckiser Class Administrator
c/o JND Legal Administration
PO Box 91349
Seattle, WA 98111

 Copyright © 2020 JND. All rights reserved.   Privacy Policy

*Yamagata v. Reckitt Benckiser, LLC*

# Schiff Move Free Advanced Litigation

3:17-cv-03529-VC

| Home | Key Dates | Important Documents | FAQ | Contact Us | Class Counsel |

## KEY DATES

| Date/Deadline | Event |
|---|---|
| [45 days after notice begins] (Postmarked/Submitted By) | Class Member Exclusion Deadline |
| September 21, 2020 | Trial |

## FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.

📞 1-833-900-1641

✉ Yamagata v. Reckitt Benckiser Class Administrator
c/o JND Legal Administration
PO Box 91349
Seattle, WA 98111

JND  Copyright © 2020 JND. All rights reserved.                          Privacy Policy

*Yamagata v. Reckitt Benckiser, LLC*

# Schiff Move Free Advanced Litigation

3:17-cv-03529-VC

Home | Key Dates | Important Documents | FAQ | Contact Us | Class Counsel

## IMPORTANT DOCUMENTS

(To view/download a document, click its name.) **Get Adobe Reader**

- Class Notice (English)
- Aviso de Clase (Español)
- First Amended Class Action Complaint
- Order Granting Motion for Class Certification

## FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.

📞 1-833-900-1641

✉ Yamagata v. Reckitt Benckiser Class Administrator
c/o JND Legal Administration
PO Box 91349
Seattle, WA 98111



Copyright © 2020 JND. All rights reserved.                                Privacy Policy

*Yamagata v. Reckitt Benckiser, LLC*

# Schiff Move Free Advanced Litigation

3:17-cv-03529-VC

Home | Key Dates | Important Documents | FAQ | Contact Us | Class Counsel

## FREQUENTLY ASKED QUESTIONS

Search...

Expand/Collapse All

### BASIC INFORMATION

**− 1. Why should I read the Notice?**

If you purchased Move Free Advanced in California or New York since May 28, 2015, you are part of the Class. The Notice explains that the Court has allowed, or "certified," a class action lawsuit that may affect you. You have legal rights and options you may exercise before the Court holds a trial. The Court has scheduled the trial to begin on September 21, 2020. The trial is to decide whether the allegations being made against Reckitt Benckiser LLC on your behalf are correct. Trial will be held in the United States District Court for the Northern District of California. The lawsuit is known as *Yamagata v. Reckitt Benckiser LLC*, Case No. 3:17-cv-03529-VC. The trial date is subject to change. You may obtain updates on the status of the case by contacting Class Counsel (listed in **Question 16**), going to www.bholaw.com, or viewing case information through the Court's system at www.pacer.gov.

**− 2. What is this lawsuit about?**

This lawsuit is about whether Reckitt Benckiser LLC engaged in deceptive or unfair conduct in violation of California and New York consumer protection laws by advertising Move Free Advanced as providing joint health benefits that it does not actually provide.

**− 3. What is a class action and who is involved?**

In a class action lawsuit, one or more people called "Class Representatives" sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The people who sue – and all the Class Members like them – are called the "Plaintiffs." The company the Plaintiffs sued (in this case Reckitt Benckiser LLC) is called the "Defendant." One court resolves the issues for everyone in the Class – except for those people who choose to exclude themselves from the Class.

**− 4. Why is this lawsuit a class action?**

The Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court found that:

- There are thousands of purchasers of Move Free Advanced;
- There are factual and legal questions that are common to each of the members of the Class;
- The Class Representatives' claims are typical of the claims of the rest of the Class;
- The Class Representatives and the lawyers representing the Class will fairly and adequately represent the Class' interests;

- The common legal questions and facts are more important than questions that affect only individuals; and
- This class action will be more efficient than having many individual lawsuits.

More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order Granting Class Certification, which is available here.

## THE CLAIMS IN THE LAWSUIT

### 5. What is the lawsuit about?

In the lawsuit, the Plaintiffs allege that Reckitt Benckiser LLC's advertising for Move Free Advanced is false and deceptive and, for that reason, Reckitt Benckiser LLC has violated California and New York consumer protection laws. Plaintiffs claim that because of the false advertising Reckitt Benckiser LLC was able to charge money for a product that did not provide the advertised health benefits. You can read the Plaintiffs' Class Action Complaint, available here.

### 6. How does Reckitt Benckiser LLC answer the allegations?

Reckitt Benckiser LLC denies that it did anything wrong and says that its claims about Move Free Advanced are true and supported by scientific evidence.

### 7. Has the Court decided who is right?

The Court hasn't decided whether the Plaintiffs or Reckitt Benckiser LLC are correct. By establishing the Class and issuing this Notice, the Court is not suggesting that the Plaintiffs will win or lose this case. The Plaintiffs must prove their claims at trial starting September 21, 2020.

### 8. What are the Plaintiffs asking for?

Plaintiffs are asking that Reckitt Benckiser LLC provide monetary compensation to each Class Member, change its advertising to make it truthful, and undertake a corrective advertising campaign. Plaintiffs will also seek attorneys' fees and costs incurred in connection with prosecuting this action.

### 9. Is there any money available now?

No money or benefits are available now because the Court has not yet decided whether Reckitt Benckiser LLC did anything wrong or whether consumers are entitled to money or other benefits. There is no guarantee that money or benefits will be obtained. If they are, you will be notified about how to seek money or other benefits from the lawsuit.

## WHO IS IN THE CLASS?

You need to decide whether you are affected by this lawsuit.

### 10. Am I part of the Class?

All consumers who purchased (1) Move Free Advanced, (2) Move Free Advanced Plus MSM, or (3) Move Free Advanced Plus MSM & Vitamin D for personal use in California or New York from May 28, 2015 to [NOTICE DATE], are Class Members.

### 11. Are any purchasers of Move Free Advanced not included in the Class?

If you did not purchase Move Free Advanced, Move Free Advanced Plus MSM or Move Free Advanced Plus MSM & Vitamin D in California or New York within the listed time period then you are **NOT** a Class Member. You are also **NOT** a Class Member if you purchased Move Free Advanced, Move Free Advanced Plus MSM or Move Free Advanced Plus MSM & Vitamin D for the purpose of reselling it or if you already received a full refund for your purchase. Finally, you are **NOT** a class member if you purchased any "Move Free" product during this time period other than the specific products listed.

### 12. I'm still not sure if I'm included.

If you are still not sure whether you are included, you can get free help by calling or writing to the lawyers in this case, at the phone number or address listed in **Question 22** below.

## YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded before the trial, and you have to decide this now.

### 13. What happens if I do nothing at all?

You don't have to do anything now if you want to preserve the possibility of getting money or benefits from this lawsuit. By doing nothing, you are staying in the Class. If you stay in and the Plaintiffs win, you will be notified about how to seek money or other benefits from the lawsuit. Keep in mind that if you do nothing now, regardless of whether the Plaintiffs win or lose the trial, you will not be able to sue, or continue to sue, Reckitt Benckiser LLC as part of any other lawsuit about the same legal claims that are the subject of this lawsuit. You will also be legally bound by the Orders the Court issues and judgments the Court makes in this class action.

### 14. Why would I ask to be excluded?

If you already have your own lawsuit against Reckitt Benckiser LLC regarding Move Free Advanced and want to continue with it, you need to ask to be excluded from the Class. Or, you may not agree with the allegations raised by the Plaintiffs and do not wish to be part of this lawsuit. If you exclude yourself from the Class – which also means to remove yourself from the Class, and is sometimes called "opting-out" of the Class – you will not get any money or benefits from this lawsuit even if the Plaintiffs obtain them as a result of the trial. However, you may then be able to pursue claims against Reckitt Benckiser LLC regarding Move Free Advanced. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action.

If you start your own lawsuit against Reckitt Benckiser LLC regarding Move Free Advanced after you exclude yourself, you will have to hire and pay your own lawyer for that lawsuit, and you will have to prove your claims. If you do exclude yourself so you can start or continue your own lawsuit, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations.

### 15. How do I ask the Court to exclude me from the Class?

To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *Yamagata v. Reckitt Benckiser LLC*, Case No. 3:17-cv-03529-VC. Be sure to include your name and address and sign the letter. You must mail your Exclusion Request postmarked by _____, 2020, [45 days from date notice first published] to: Yamagata v. Reckitt Benckiser Class Administrator, c/o JND Legal Administration, P.O. Box 91349, Seattle, WA 98111.

## THE LAWYERS REPRESENTING YOU

### 16. Do I have a lawyer in this case?

The Court decided that Timothy G. Blood and Thomas J. O'Reardon II of the law firm of Blood Hurst & O'Reardon, LLP are qualified to represent all Class Members as "Class Counsel." They are experienced in handling similar class action cases. More information about Blood Hurst & O'Reardon, LLP, Timothy Blood, and Thomas O'Reardon is available at www.bholaw.com.

### 17. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want to hire your own lawyer you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 18. How will the lawyers be paid?

If Class Counsel gets money or benefits for the Class, they may ask the Court for fees and expenses. You won't have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Reckitt Benckiser LLC.

## THE TRIAL

The Court has scheduled a trial on September 21, 2020, to decide who is right in this case.

### 19. How and when will the Court decide who is right?

As long as the case isn't resolved by settlement or otherwise, Class Counsel will have to prove the Plaintiffs' claims at a trial. The trial is set to start on September 21, 2020, in the United States District Court, Northern District of California, in the San Francisco Courthouse, 450 Golden Gate Avenue, San Francisco, CA, 94201, in Courtroom 4 – 17th Floor. During the trial, a Jury or the Judge will hear all of the evidence to help them reach a decision about whether the Plaintiffs or Reckitt Benckiser LLC are right about the claims in the lawsuit. There is no guarantee that the Plaintiffs will win, or that they will get any money for the Class.

### 20. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel will present the case for the Plaintiffs, and Reckitt Benckiser LLC will present its defenses. You or your own lawyer are welcome to come at your own expense.

### 21. Will I get money after the trial?

If the Plaintiffs obtain money or benefits as a result of the lawsuit, you will be notified about how to participate. We do not know how long this will take.

## GETTING MORE INFORMATION

### 22. Are more details available?

Visit **www.bholaw.com** or click **here** to find the Order Granting Motion for Class Certification and the Complaint. You may also speak to one of the lawyers by calling **(619) 338-1100**, or by writing to the Class Administrator: Yamagata v. Benckiser Class Administrator, P.O. Box 91349, Seattle, WA 98111.

**PLEASE DO NOT CALL OR WRITE THE COURT FOR INFORMATION OR ADVICE.**



*Yamagata v. Reckitt Benckiser, LLC*

# Schiff Move Free Advanced Litigation

3:17-cv-03529-VC

Home | Key Dates | Important Documents | FAQ | Contact Us | Class Counsel

## CONTACT US

**IMPORTANT**: Before contacting the Class Administrator, please review the **FAQ** page for answers to many basic questions.

### Mailing Address

**Yamagata v. Reckitt Benckiser Class Administrator**
c/o JND Legal Administration
PO Box 91349
Seattle, WA 98111

### Telephone

**1-833-900-1641**

**Note:** For security purposes, all address updates must be made in writing. To update your address, please send the Class Administrator your address update at the mailing address above. Please include the case name, *Yamagata v. Reckitt Benckiser LLC*, and your old mailing address for verification purposes.

## FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.



📞  **1-833-900-1641**

✉  Yamagata v. Reckitt Benckiser Class Administrator
c/o JND Legal Administration
PO Box 91349
Seattle, WA 98111



JND  Copyright © 2020 JND. All rights reserved.                                Privacy Policy

*Yamagata v. Reckitt Benckiser, LLC*

# Schiff Move Free Advanced Litigation

3:17-cv-03529-VC

Home | Key Dates | Important Documents | FAQ | Contact Us | Class Counsel

## CLASS COUNSEL

The Court has appointed the following to represent all Class Members as "Class Counsel":

**Blood Hurst & O'Reardon, LLP**
501 West Broadway, Suite 1490
San Diego, CA 92101
Telephone: (619) 338-1100
Facsimile: (619) 338-1101
Email: info@bholaw.com
www.bholaw.com

You will not be charged for contacting these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

## FOR MORE INFORMATION

Visit this website often to get the most up-to-date information.

📞 1-833-900-1641

✉ Yamagata v. Reckitt Benckiser Class Administrator
c/o JND Legal Administration
PO Box 91349
Seattle, WA 98111



JND  Copyright © 2020 JND. All rights reserved.                    Privacy Policy