**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 3:17-cv-03529-VC<br><br>**[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR APPROVAL OF CLASS NOTICE**<br><br>**CLASS ACTION**<br><br>Hrg. Date:   March 26, 2020<br>Time:           10:00 a.m.<br>District Judge Vince Chhabria<br>Courtroom 4, 17th Floor<br><br>Complaint Filed:   June 19, 2017<br>Trial Date:          ~~September 21, 2020~~<br>                          March 22, 2021<br><br>**JURY TRIAL DEMANDED** |

After consideration of Plaintiffs' Unopposed Motion for Approval of Class Notice, and finding good cause appearing therefor, the Court GRANTS the motion. Plaintiffs' proposed notices and methods of disseminating such notices are reasonably calculated to apprise the class members of the pendency of the action and satisfy constitutional due process requirements and Fed. R. Civ. P. Rule 23(c)(2)(B).

**IT IS FURTHER ORDERED:**

1. The form and content of the long-form and short-form class notices to be published and available at www.MoveFreeAdvancedLawsuit.com shall be substantially in the form attached as Exhibits A and B to Plaintiffs' motion.

2. The form and content of the class notice to be published digitally shall be substantially in the form attached as Exhibit C to Plaintiffs' motion.

3. Plaintiffs may engage JND Legal Administration to implement and administrate dissemination of the class notice and opt-out requests as the Court-appointed notice administrator. Class members will have 45 days from the date notice is first published to opt-out of the Class.

4. Notice to the Class shall be made in accordance with the notice plan detailed in Plaintiffs' motion which includes:

   a. Within two weeks from the date of this order, the digital publication notice (Exhibit C to Plaintiffs' motion) will be published for a period of four weeks in a digital media campaign.

   b. Within two weeks from the date of this order, the long-form class notice (Exhibit A to Plaintiffs' motion) shall be available for viewing and download on the case website, www.MoveFreeAdvancedLawsuit.com.

   c. Within two weeks from the date of this order, the publication notice (Exhibit B to Plaintiffs' motion) shall appear in the San Jose Mercury News and be published through four placements.

   d. Within two weeks from the date of this order, a website shall be established (www.MoveFreeAdvancedLawsuit.com, substantially in the form of Exhibit F to Plaintiffs' motion)

1  on which the long-form notice (Exhibits A to Plaintiffs' motion), the class certification order, and
2  Plaintiffs' First Amended Complaint shall be posted and available for download.
3  **IT IS SO ORDERED.**

5  Dated: March 30, 2020

                                              _____
6                                             HON. VINCE CHHABRIA
                                              UNITED STATES DISTRICT JUDGE