| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com | MANATT, PHELPS & PHILLIPS LLP<br>ROBERT H. PLATT (108533)<br>ADRIANNE E. MARSHACK (253682)<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: 310/312-4000<br>310/312-4224 (fax)<br>rplatt@manatt.com<br>amarshack@manatt.com |
| Class Counsel | Attorneys for Defendant |

[Additional Counsel Appear on Signature Page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 3:17-cv-03529-VC<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CLASS NOTICE DEADLINES**<br><br>**CLASS ACTION**<br><br>District Judge Vince Chhabria<br>Courtroom 4, 17th Floor<br>Magistrate Judge Robert M. Illman<br>Eureka-McKinleyville Courthouse<br><br>Complaint Filed:   June 19, 2017<br>Trial Date:            March 22, 2021<br><br>**JURY TRIAL DEMANDED** |

1  Plaintiffs Gordon Noboru Yamagata and Stamatis F. Pelardis and Defendant Reckitt
2  Benckiser LLC (collectively, the "Parties"), by and through their respective counsel, hereby
3  stipulate, pursuant to Civil L.R. 6-1 and 6-2 and subject to approval by the Court, to continue the
4  deadlines to disseminate class notice that are set forth in the Court's March 30, 2020 Order Granting
5  Plaintiffs' Unopposed Motion for Approval of Class Notice (Doc. 165). This requested extension
6  will not impact any of the trial-related deadlines.

7  WHEREAS, on March 30, 2020, the Court issued an Order Granting Plaintiffs' Unopposed
8  Motion for Approval of Class Notice (Doc. 165), setting deadlines, the soonest beginning fourteen
9  days thereafter (i.e., April 13, 2020), for the Court-appointed notice administrator to begin
10 disseminating class notice.

11 WHEREAS, on March 25, 2020, the Court issued an Order Continuing Discovery Deadlines
12 and Resetting Trial and Pretrial Deadlines (Doc. 162). Defendant's motion to continue deadlines by
13 approximately six months (Doc. 160) and the Court's order granting the motion did not address the
14 deadline to disseminate class notice.

15 WHEREAS, the Parties met and conferred following the Court's orders continuing deadlines
16 and approving the class notice proposal. Plaintiffs believe that continuing the class notice deadlines
17 is efficient given the ongoing nature of the Class, and consistent with the previous scheduling orders
18 that incorporated a class notice deadline following the close of fact discovery, but with sufficient
19 time to be completed before trial. Defendant does not oppose Plaintiffs' request to continue
20 deadlines requested herein.

21 WHEREAS, Plaintiffs' previous deadline to submit the motion for class notice approval was
22 seven days after the close of fact discovery (Doc. 115). The current fact discovery deadline is now
23 November 6, 2020 (Doc. 162). This requested extension will not impact any of the deadlines in the
24 operative scheduling order.

25 WHEREAS, Plaintiffs believe there is good cause for the requested extension. This request
26 is made in good faith, and no harm will occur if the class notice deadlines are extended as set forth
27 below.

28

1  Case No. 3:17-cv-03529-VC
JOINT STIP AND [PROPOSED] ORDER EXTENDING CLASS NOTICE DEADLINES

00163225

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**:

With the Court's permission, the Order Granting Plaintiffs' Unopposed Motion for Approval of Class Notice shall be treated as if it was entered on November 13, 2020, accordingly, continuing all deadlines therein.

**IT IS SO STIPULATED.**

Dated: April 6, 2020

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:   *s/ Thomas J. O'Reardon*
THOMAS J. O'REARDON II

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

CARLSON LYNCH LLP
TODD D. CARPENTER (234464)
1350 Columbia Street, Suite 603
San Diego, CA  92101
Tel: 619/762-1910
619/756-6991 (fax)
tcarpenter@carlsonlynch.com

CARLSON LYNCH LLP
Edwin J. Kilpela, Jr. (*pro hac vice*)
1133 Penn Avenue, 5th Floor
Pittsburgh, PA  15222
Tel: 412/322-9243
412/231-0246 (fax)
ekilpela@carlsonlynch.com

*Attorneys for Plaintiffs*

Dated: April 6, 2020

MANATT, PHELPS & PHILLIPS LLP
ROBERT H. PLATT
ADRIANNE MARSHACK

By:   *s/ Adrianne E. Marshack*
ADRIANNE E. MARSHACK

11355 W. Olympic Blvd.
Los Angeles, CA 90064
Tel: 310/312-4000

310/312-4224 (fax)
rplatt@manatt.com
amarshack@manatt.com

*Attorneys for Defendant Reckitt Benckiser LLC*

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: April 6, 2020                     BLOOD HURST & O'REARDON, LLP

                                         By:       *s/ Thomas J. O'Reardon*
                                               THOMAS J. O'REARDON II

**[~~PROPOSED~~] ORDER**

Having reviewed the above Stipulation and Proposed Order Extending Class Notice Deadlines, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order.

**IT IS SO ORDERED.**

Dated:  April 9, 2020

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE