| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>THOMAS J. O'REARDON II (247952)<br>501 West Broadway, Suite 1490<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com<br><br>Class Counsel | PERKINS COIE LLP<br>DAVID BIDERMAN (101577)<br>JASMINE WETHERELL (288835)<br>1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Tel: 310/788-9900<br>310/788-3399 (fax)<br>dbiderman@perkinscoie.com<br>jwetherell@perkinscoie.com<br><br>Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 3:17-cv-03529-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE PRELIMINARY APPROVAL MOTION**<br><br><u>**CLASS ACTION**</u><br><br>District Judge Vince Chhabria<br>Courtroom 4, 17th Floor<br><br>Complaint Filed:   June 19, 2017<br>Trial Date:             March 22, 2021<br><br>**JURY TRIAL DEMANDED** |

1    Plaintiffs Gordon Noboru Yamagata and Stamatis F. Pelardis and Defendant Reckitt
2  Benckiser LLC (collectively, the "Parties"), by and through their respective counsel, hereby
3  stipulate, pursuant to Civil L.R. 6-1 and 6-2 and subject to approval by the Court, for a one-week
4  extension of the February 23, 2021, deadline to file a motion for preliminary approval that is set
5  forth in the Court's February 3, 2021 Order Staying Case and Vacating Deadlines (Doc. 194). As
6  proposed, this requested extension will not impact the March 18, 2021 hearing date set on the motion
7  for preliminary approval. Pursuant to Local Rule 6-2(a), the declaration of Timothy G. Blood is
8  concurrently submitted in support of this request.

9    WHEREAS, on the night of January 27, 2021, the Parties reached a proposed nationwide
10 settlement and executed a term sheet. On January 28, 2021, the Parties notified the Court that they
11 reached a proposed nationwide settlement. As a result, on February 3, 2021, the Court issued an
12 Order Staying Case and Vacating Deadlines (Doc. 194). The Order instructed Plaintiffs to file a
13 motion for preliminary approval by February 23, 2021, and set a hearing on the motion for
14 preliminary approval for Thursday, March 18, 2021, at 2:00 p.m.

15   WHEREAS, up to and including on the day the term sheet was executed the Parties were
16 vigorously litigating the action and fully engaged in expert depositions and trial preparation. For
17 example, an expert deposition took place the day before the term sheet was executed, one occurred
18 the same day the term sheet was signed, and another was scheduled for the following day. In other
19 words, the Parties were fully immersed in litigation activities until very recently. As will be
20 explained in the motion for preliminary approval, the proposed Settlement is substantial and
21 involves a non-reversionary common fund, cash payments of full refunds for multiple purchases
22 without proofs of purchase, publication notice plus several rounds of direct notice to millions of
23 class members through use of data being obtained by subpoena from the largest retailers of the
24 product at issue, online claims submission, and a class member alternative permitting them to elect
25 free products in lieu of the full refund cash payments. The Parties will propose that class notice be
26 disseminated quickly following an order granting preliminary approval, and that the Settlement
27 Website and claims handling be started immediately as well. Substantial time and effort has gone
28 into memorializing the full terms of the settlement agreement, while simultaneously coordinating

1 and analyzing proposals from potential settlement administrators, interviewing potential *cy pres*
2 recipients, working with Defendant's procurement department to organize the free product option
3 portion of the proposed settlement, and meeting and conferring with counsel for eight third-party
4 retailers to obtain class member contact information. The Parties have been diligent in these efforts,
5 which are time-consuming and ongoing.

6 WHEREAS, the Parties believe there is good cause to extend the deadline to file the motion
7 for preliminary approval by one week, to March 2, 2021. The additional week is reasonably needed
8 to fully memorialize the terms of the proposed settlement, including to finalize the exhibits such as
9 the forms of class notice and proposed preliminary and final approval orders that will necessarily
10 incorporate the information from the proposed settlement administrator such as the detailed plan for
11 class notice and the mechanics for the cash refund and product awards to be made available through
12 the settlement website. The Parties understand the Court's "scrutiny of the proposed settlement will
13 be as rigorous at the preliminary approval stage as at the final approval stage," and will present the
14 Court with a robust, detailed motion and proposed settlement that will survive this level of scrutiny.

15 WHEREAS, a hearing on the motion for preliminary approval is set for Thursday, March
16 18, 2021, at 2:00 p.m. The Parties do not propose moving the hearing date. The Parties do not
17 anticipate any opposition or reply to the motion for preliminary approval. Nevertheless, the Parties
18 are available if the Court prefers to also move the hearing by one-week to March 25, 2021.

19 **IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**:

20 With the Court's permission, Plaintiffs' deadline to file a motion for preliminary approval is
21 continued to March 2, 2021.

22 **IT IS SO STIPULATED.**

23 Dated: February 19, 2021          BLOOD HURST & O'REARDON, LLP
                                     TIMOTHY G. BLOOD (149343)
24                                   THOMAS J. O'REARDON II (247952)

25
                                     By:        *s/ Timothy G. Blood*
26                                              TIMOTHY G. BLOOD

27                                   501 West Broadway, Suite 1490
                                     San Diego, CA  92101
28                                   Tel: 619/338-1100

|  |  |
|---|---|
|  | 619/338-1101 (fax)<br>tblood@bholaw.com<br>toreardon@bholaw.com |
|  | *Class Counsel* |
| Dated: February 19, 2021 | PERKINS COIE LLP<br>DAVID BIDERMAN (101577)<br>JASMINE WETHERELL (288835) |
|  | By:       *s/ Jasmine Wetherell*<br>          JASMINE WETHERELL |
|  | 1888 Century Park East, Suite 1700<br>Los Angeles, CA 90067<br>Tel: 310/788-9900<br>310/788-3399 (fax)<br>dbiderman@perkinscoie.com<br>jwetherell@perkinscoie.com |
|  | MANATT, PHELPS & PHILLIPS LLP<br>ROBERT H. PLATT<br>ADRIANNE MARSHACK<br>11355 W. Olympic Blvd.<br>Los Angeles, CA 90064<br>Tel: 310/312-4000<br>310/312-4224 (fax)<br>rplatt@manatt.com<br>amarshack@manatt.com |
|  | *Attorneys for Defendant Reckitt Benckiser LLC* |

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

| Dated: April 6, 2020 | BLOOD HURST & O'REARDON, LLP |
|---|---|
|  | By:       *s/ Timothy G. Blood*<br>          TIMOTHY G. BLOOD |

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order Extending Deadline to File Preliminary Approval Motion, IT IS HEREBY ORDERED that the Court finds that good cause exists for the entry of this Order. Plaintiffs shall file a motion for preliminary approval by March 2, 2021. A hearing on the motion for preliminary approval is ~~set for~~ continued to Thursday, March ~~18~~ 25, 2021, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 22, 2021

_____
THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 19, 2021.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com