**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 3:17-cv-03529-VC<br><br>**DECLARATION OF BRENDA A. FREDERICK IN SUPPORT OF CY PRES DESIGNATION OF ORTHOPAEDIC RESEARCH SOCIETY**<br><br>**CLASS ACTION**<br><br>District Judge Vince Chhabria<br>Courtroom 4, 17th Floor |

I, BRENDA A. FREDERICK, declare as follows:

1. I am the Executive Director of the Orthopaedic Research Society (ORS) and have served in my role since February 1, 2001. I submit this declaration in support of the proposed designation of the Orthopaedic Research Society as a recipient of a potential *cy pres* distribution in connection with the *Yamagata v. Reckitt Benckiser LLC* class action settlement. I have personal, first-hand knowledge of the facts set forth in the declaration, except where otherwise specifically indicated.

2. The ORS is a tax-exempt 501(c)(3) not for profit organization established in 1954 with the purpose defined in the Articles of Incorporation (1982) to promote, support, develop, and encourage research in surgery and musculoskeletal diseases and disciplines related thereto, including osteoarthritis (OA); to provide, support, develop and sponsor educational activities related to the foregoing, and to provide a forum for the dissemination of knowledge in these fields. The ORS maintains an independent Board of Directors composed of leading orthopedic researchers in the United States and abroad. These researchers are affiliated with the country's leading medical research universities, including Rush University Medical Center, the Mayo Clinic, Cornell University, the University of Michigan, and Columbia University, among others. (www.ors.org/board-of-directors/). The ORS also establishes official committees to support its research, education, and advocacy missions—each with separate committee structures that also include world-renowned experts in their fields. (www.ors.org/committees/). The ORS also publishes a leading medical journal, the *Journal of Orthopaedic Research.* Established in 1983, the *Journal of Orthopaedic Research* is a peer-reviewed medical journal dedicated to publication of high-quality reports of new information on the full spectrum of orthopaedic research, including developments in OA research.

3. The ORS mission is to accelerate musculoskeletal discovery to improve health related to musculoskeletal diseases such as OA. As part of our mission to accelerate discovery, the ORS serves as the most prominent international musculoskeletal research society with top researchers and clinicians from around the world gathering to present, discuss and share their latest research findings. At our most recent virtual Annual Meeting, February 12 – 16, 2021, more than

1  360 peer-reviewed abstracts were presented relating to Osteoarthritis and related conditions.
2  Further, an ORS OA Research Interest Group has been established to meet and discuss research
3  priorities and current gaps in knowledge. The goal of the OA Research Interest Group is to stimulate
4  and propose new strategic scientific approaches towards the translation of research to clinically
5  relevant patient-focused outcomes to ultimately find an effective treatment and cure for
6  Osteoarthritis. During the 2021 Annual Meeting, this Research Interest Group's discussion theme
7  was "Bridging Disciplines to Find Solutions for Osteoarthritis."

8      4. Osteoarthritis is the most common form of joint disease worldwide and affects over
9  32 million people in the United States annually. It is characterized by the progressive degeneration
10 of articular cartilage in the joints, leading to joint pain and disability. Along with a decreased quality
11 of life, osteoarthritis results in a significant economic burden, with total medical costs over 400
12 billion dollars in the United States annually. Despite the enormous socioeconomic cost of
13 osteoarthritis, no disease-modifying drugs exist, and treatment is limited to pain-relievers such as
14 non-steroidal anti-inflammatory drugs (e.g., ibuprofen, naproxen), and at the end-stage, total joint
15 replacement with a metal and plastic prosthesis.

16     5. The ORS is a long-standing funding source for scientific education and research. It
17 regularly recognizes deserving research projects that focus on Osteoarthritis and other
18 musculoskeletal conditions that fit the ORS' purpose through grants/awards. Approximately 95%
19 of the financial support for the ORS comes from public funds. Since its inception, the ORS has
20 awarded nearly $700,000 to more than 750 research projects relating to OA and other
21 musculoskeletal conditions. The ORS' procedures for awarding research grants/awards meet the
22 standards of education and research institutions regarding transparency, including the process of
23 reviewing and awarding grants for bona fide research projects and selecting bona fide recipients.

24     6. The ORS understands that the amount of funds distributed to it as a *cy pres* recipient
25 will depend on the amount of funds remaining after distribution to the settlement class. No matter
26 the amount, the ORS will ear-mark and set aside the money to help fund OA-related education and
27 research projects, including:
28     a. Continued support and expansion of the OA Research Interest Group

dedicated to the discussions regarding Interdisciplinary approaches are needed to address OA as a complex heterogeneous disease involving multiple organ systems and connective tissues. This complexity poses substantial challenges for developing new solutions to treat and prevent OA, which is now considered a serious disease. The goal of this program is to stimulate and propose new strategic scientific approaches and patient-centric recommendations that exist at the interface between disciplines to address OA. The discussion theme this year will focus on innovative approaches to study OA.

   b. Encourage the study of OA through the development of a research seed grant(s) that will support the work of a multi-disciplinary team.

   c. Invite expert speakers focusing on the process of drug discovery for osteoarthritis and the development of new therapies to treat and cure OA and its symptoms.

   d. Proposed scientific network bringing together institutions and multi-disciplinary teams that have not worked together in the past to bridge current gaps in OA research and accelerate new OA research from bench to bedside.

  7. The ORS has never previously received any money from any parties to this lawsuit.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of February, 2021, at Rosemont, Illinois.

By: *Brenda A. Frederick*
   BRENDA A. FREDERICK