1   BLOOD HURST & O'REARDON, LLP
    TIMOTHY G. BLOOD (149343)
2   THOMAS J. O'REARDON II (247952)
    501 West Broadway, Suite 1490
3   San Diego, CA  92101
    Tel: 619/338-1100
4   619/338-1101 (fax)
    tblood@bholaw.com
5   toreardon@bholaw.com

6   Class Counsel

7   [Additional Counsel Appear on Signature Page]

8                 **UNITED STATES DISTRICT COURT**

9       **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

10  GORDON NOBORU YAMAGATA and        Case No. 3:17-cv-03529-VC
    STAMATIS F. PELARDIS, individually and
11  on behalf of all others similarly situated,   **JOINT STIPULATION FOR AN ORDER**
                                       **EXTENDING PAGE LIMIT OF**
12              Plaintiffs,            **PLAINTIFFS' MEMORANDUM IN**
                                       **SUPPORT OF THE JOINT MOTION FOR**
13          v.                         **PRELIMINARILY APPROVAL OF CLASS**
                                       **ACTION SETTLEMENT; AND**
14  RECKITT BENCKISER LLC,             **[~~PROPOSED~~] ORDER**

15              Defendant.

16                                     **CLASS ACTION**

17                                     Hrg Date:    March 25, 2021
                                       Time:        2:00 p.m.
18
                                       District Judge Vince Chhabria
19                                     Courtroom 4, 17th Floor

20                                     Complaint Filed:    June 19, 2017

21                                     **JURY TRIAL DEMANDED**

22

23

24

25

26

27

28

00174915

BLOOD HURST & O' REARDON, LLP

BLOOD HURST & O' REARDON, LLP

1   Plaintiffs and Defendant Reckitt Benckiser LLC (collectively, the "Parties"), by and through

2   their respective counsel, hereby stipulate, pursuant to Civil L.R. 7-11 and 7-12, to exceed the page

3   limit for Plaintiffs' Memorandum in Support of the Joint Motion for Preliminarily Approval of Class

4   Action Settlement.

5   WHEREAS, pursuant to Rule 23(e)(2) of the Federal Rules of Civil Procedure, the proposed

6   Settlement will be approved "only on finding that it is fair, reasonable, and adequate…";

7   WHEREAS, in evaluating whether a class action settlement is fair, reasonable and adequate

8   a court must independently and objectively analyze the evidence and circumstances before it. *Boyd*

9   *v. Bechtel Corp.*, 485 F. Supp. 610, 617 (N.D. Cal. 1979);

10   WHEREAS, an extension of the page limit is necessary so that Plaintiffs can adequately

11   describe for the Court the protracted litigation leading up to the Settlement, the relief afforded by

12   the Settlement, details about the class notice plan (e.g., email, digital, publication aspects), why the

13   settlement class should be certified, why the Settlement is otherwise fair, reasonable and adequate,

14   including Class Counsels' request for an award of attorneys' fees and reimbursement of expenses,

15   and for Plaintiffs incentive awards;

16   WHEREAS, Civil L.R. 7-2 requires motions to not exceed 25 pages in length, and in order

17   to adequately address these topics, the Parties request the Court permit Plaintiffs to file a

18   memorandum of points and authorities of up to 32 pages in length.

19   WHEREAS, a hearing on the motion for preliminary approval is set for Thursday, March

20   25, 2021, at 2:00 p.m. The Parties do not anticipate any opposition or reply to the motion for

21   preliminary approval;

22   **IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**:

23   With the Court's permission, Plaintiffs' Memorandum in Support of the Joint Motion for

24   Preliminarily Approval of Class Action Settlement may contain up to 32 pages in length.

25   ///

26   ///

27

28

00174915

1   Case No. 3:17-cv-03529-VC

JOINT STIPULATION EXTENDING PAGE LIMIT; [PROPOSED] ORDER

**IT IS SO STIPULATED.**

Dated: March 2, 2021

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)

By:          s/ Timothy G. Blood
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

*Class Counsel*

ALTAIR LAW
CRAIG M. PETERS (184018)
465 California Street, 5th Floor
San Francisco, CA  94104-3313
Tel: 415/988-9828
415/988-9815 (fax)
c.peters@altair.us

*Attorneys for Plaintiffs*

Dated: March 2, 2021

PERKINS COIE LLP
DAVID T. BIDERMAN
JASMINE WETHERELL

By:          s/ Jasmine Wetherell
JASMINE WETHERELL

1888 Century Park East, Suite 1700
Los Angeles CA 90067
505 Howard Street, Suite 1000
San Francisco, CA 94105
Tel: 310/312-4000
310/312-4224 (fax)
dbiderman@perkinscoie.com
jwetherell@perkinscoie.com

*Attorneys for Defendant Reckitt Benckiser LLC*

BLOOD HURST & O' REARDON, LLP

00174915

2

1

**ECF CERTIFICATION**

2

    The filing attorney attests that he has obtained concurrence regarding the filing of this

3

document from the signatories to this document.

4

Dated: March 2, 2021                    BLOOD HURST & O'REARDON, LLP

5

                                        By:        *s/ Timothy G. Blood*

6

                                            TIMOTHY G. BLOOD

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

00174915

**[PROPOSED] ORDER**

Having reviewed the above Stipulation and Proposed Order to extend the page limit of Plaintiffs' Memorandum in Support of the Joint Motion for Preliminarily Approval of Class Action Settlement up to 32 pages in length. PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that the Court finds good cause exists for the entry of this Order.

**IT IS SO ORDERED.**

Dated: March 3, 2021

THE HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT COURT JUDGE

BLOOD HURST & O' REARDON, LLP

00174915

4                                        Case No. 3:17-cv-03529-VC

**CERTIFICATE OF SERVICE**

I hereby certify that on March 2, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 2, 2021.

*s/ Timothy G. Blood*

TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com

00174915