**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 3:17-cv-03529-VC<br><br>**DECLARATION OF CAMERON R. AZARI, ESQ.  RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM**<br><br><u>**CLASS ACTION**</u><br><br>District Judge Vince Chhabria<br>Courtroom 4, 17th Floor<br><br>Complaint Filed:      June 19, 2017 |

<u>**DECLARATION OF CAMERON R. AZARI, ESQ. RE CLASS NOTICE PROGRAM**</u>

I, Cameron Azari, declare as follows:

1.      My name is Cameron R. Azari, Esq.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice, and I have served as an expert in hundreds of federal and state cases involving class action notice plans.

3.      I am a Senior Vice President with Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Director of Legal Notice for Hilsoft Notifications ("Hilsoft"); a firm that specializes in designing, developing, analyzing and implementing large-scale legal notification plans.  Hilsoft is a business unit of Epiq.

4.      This declaration will describe the implementation of the Settlement's Class Notice Program ("Class Notice Program") and notice (the "Notice" or "Notices") for *Yamagata v. Reckitt Benckiser LLC*, 3:14-cv-03529-VC in the United States District Court for the Northern District of California.  I previously executed my *Declaration of Cameron R. Azari, Esq. Re Class Notice Program*, on March 2, 2021, in which I detailed Hilsoft's class action notice experience and attached Hilsoft's *curriculum vitae*.  I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice programs.

Subsequently, I executed my *Declaration of Cameron R. Azari, Esq. Re Class Notice Program*, on May 12, 2021, in which I detailed the proposed Class Notice Program for the Settlement and provided detailed information regarding the data available to provide individual notice to Class Members.

## OVERVIEW

5.     On June 24, 2021, the Court approved the Notice Plan as designed by Hilsoft and appointed Epiq as the Settlement Administrator in the *Order Granting Preliminary Approval of Class Action Settlement* ("Preliminary Approval Order").  In the Preliminary Approval Order, the Court certified for settlement purposes only the following "Settlement Class":

> All persons who purchased within the United States and its territories Move Free Advanced, Move Free Advanced Plus MSM, or Move Free Advanced Plus MSM & Vitamin D, other than solely for purposes of resale, from May 28, 2015 to the date of the Preliminary Approval Order.

> Excluded from the Settlement Class are: (i) jurists and mediators who are or have presided over the Action, Plaintiffs' Counsel and Defendant's Counsel, their employees, legal representatives, heirs, successors, assigns, or any members of their immediate family; (ii) any government entity; (iii) Reckitt Benckiser and any entity in which Reckitt Benckiser has a controlling interest, any of its subsidiaries, parents, affiliates, and officers, directors, employees, legal representatives, heirs, successors, or assigns, or any members of their immediate family; and (iv) any persons who timely opt-out of the Settlement Class.

6.     After the Court's Preliminary Approval Order was entered, we began to implement the Class Notice Program.  This declaration will detail the notice activities undertaken and explain how and why the Class Notice Program was comprehensive and well-suited to the Settlement Class. This declaration will also discuss the administration activity to date.  The facts in this declaration are based on my personal knowledge, as well as information provided to me in by my colleagues in the ordinary course of my business at Hilsoft and Epiq.

## CLASS NOTICE PROGRAM SUMMARY

7.     Federal Rule of Civil Procedure 23 directs that notice must be the best notice practicable under the circumstances must include "individual notice to all members who can be

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

identified through reasonable effort."[1]  The Class Notice Program here satisfied this requirement with individual notice and supplemental media - nationally distributed digital and social media. The nationally distributed digital and social media notice efforts are ongoing and will continue through September 14, 2021.  Because nationally distributed digital and social media notice efforts are still underway, I will provide the Court with a supplemental declaration prior to the Final Approval Hearing, which will include the final calculated reach of the Class Notice Program as implemented.  Based on our experience in similar cases, we expect the Class Notice Program (individual notice and supplemental media - nationally distributed digital and social media) will reach at least 80% of the Settlement Class.  In my experience, this reach of the Class Notice Program is consistent with or exceeds other court-approved notice programs, is the best notice practicable under the circumstances of this case and has been designed to satisfy the requirements of due process, including its "desire to actually inform" requirement.[2]

8.      The Media Plan includes various forms of notice, utilizing, a newspaper publication, internet banner advertising, social media, sponsored search listings, and an informational release.  The combined measurable reach of the overall Class Notice Program (accounting for individual notice and supplemental media - nationally distributed digital and social media) will be at least 80% of adults, aged 45+ in the United States who are vitamin/supplement users.  "Reach" refers to the estimated percentage of the unduplicated audience exposed to the notice.  The reach is further enhanced by newspaper notice, internet sponsored search listings, an

---

[1] Fed. R. Civ. P. 23(c)(2)(B).

[2] *Mullane v. Cent. Hanover Bank & Trust Co*., 339 U.S. 306, 315 (1950) ("But when notice is a person's due, process which is a mere gesture is not due process.  The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it. The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . ."); *see also In re Hyundai & Kia Fuel Econ. Litig.*, 926 F.3d 539, 567 (9th Cir. 2019) ("To satisfy Rule 23(e)(1), settlement notices must 'present information about a proposed settlement neutrally, simply, and understandably.' 'Notice is satisfactory if it generally describes the terms of the settlement in sufficient detail to alert those with adverse viewpoints to investigate and to come forward and be heard.'") (citations omitted); N.D. Cal. Procedural Guidance for Class Action Settlements, Preliminary Approval (3) (articulating best practices and procedures for class notice).

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

1   informational release, and a Settlement Website, which are not included in the estimated reach calculation.

2   **CAFA NOTICE**

3   9.   On March 12, 2021, Epiq sent 57 CAFA Notice Packages ("CAFA Notice")  on

4   behalf of Defendant Reckitt Benckiser, LLC, as required by the federal Class Action Fairness Act

5   of 2005 (CAFA), 28 U.S.C. § 1715.  The CAFA Notice was mailed via United States Postal

6   Service ("USPS") certified mail to 56 officials (Attorneys General of each of the 50 states, the

7   District of Columbia, and the United States Territories) and the CAFA Notice was sent via United

8   Parcel Service ("UPS") to the Attorney General of the United States.  Details regarding the CAFA

9   Notice mailing are provided in the *Declaration of Stephanie J. Fiereck, Esq. on Implementation*

10  *of CAFA Notice*, dated March 12, 2021, which is included as **Attachment 1**.

11  10.   Subsequently, on May 20, 2021, Epiq sent 57 Supplemental CAFA Notice

12  Packages ("Supplemental CAFA Notice") on behalf of Defendant.  The Supplemental CAFA

13  Notice was mailed via USPS certified mail to 56 officials (Attorneys General of each of the 50

14  states, the District of Columbia, and the United States Territories) and the Supplemental CAFA

15  Notice was sent via UPS to the Attorney General of the United States.  Details regarding the

16  Supplemental CAFA Notice mailing are provided in the *Declaration of Stephanie J. Fiereck, Esq.*

17  *on Implementation of Supplemental CAFA Notice*, dated May 20, 2021, which is included as

18  **Attachment 2**.

19  **CLASS NOTICE PROGRAM**

20  **INDIVIDUAL NOTICE**

21  11.   It is my understanding from counsel for the parties that there are approximately

22  6,173,000 potential Class Members.  It is also my understanding that Class Counsel served

23  subpoenas on Costco Wholesale Corporation, Walmart Inc. and Sam's Club, Walgreen Co., Rite

24  Aid Corporation, CVS Pharmacy, Inc., BJ's Wholesale Club, Inc. and Amazon.com, Inc. (the

25  "Subpoenaed Retailers"), for the names, email addresses, mailing addresses, and telephone

26  numbers of their Class Member customers who purchased Move Free Advanced at any time

27  during the Class Period.

28

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY
OF CLASS NOTICE PROGRAM

12.     As a result, data was available to provide individual notice to millions of identified Class Members.  The data (in the form of physical addresses and/or email addresses) was made available for every Class Member who was identified in the records of (1) eight third-party retailers obtained via subpoena that represent the largest sellers of MFA, and (2) Reckitt Benckiser, including but not limited to Class Members who directly purchased Move Free Advanced from the SchiffVitamins.com website or registered a purchase of Move Free Advanced with Reckitt Benckiser through the Schiff Move Free Rewards program or otherwise.

13.     On March 19, 2021, Epiq received one file from Defendant, which contained 21,551 records with name, physical address, and email address information where available.

14.     On March 22, 2021, Epiq received one file from Walgreens Co., which contained 940,931 records name, physical address, and email address information where available.

15.     On March 24, 2021, Epiq received one file from counsel for Sam's Club, which contained 733,135 records with name, physical address, and email address information where available.

16.     On March 24, 2021, Epiq received one file from counsel for Walmart Inc., which contained 149,979 records with name, physical address, and email address information where available.

17.     On March 31, 2021, Epiq received one file from BJ's Wholesale Club, Inc., which contained 146,675 records with name, physical address, and email address information where available.

18.     On April 6, 2021, Epiq received one file from counsel for Rite Aid Corporation, which contained 89,546 records with name, physical address, and email address information where available.

19.     On April 16, 2021, Epiq received 17 files from counsel for Costco Wholesale Corporation, which contained 2,947,295 records with name, physical address, and email address information where available.

20.     On April 23, 2021, Epiq received four files from counsel for CVS Pharmacy, Inc.,

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

1    which contained 512,825 records with name, physical address, and email address information

2    where available.

3        21.    Subsequently, Epiq combined the purchase data files from each of the retailers,

4    analyzed the data to remove duplicate records where possible (to avoid sending redundant

5    notices), and standardized the data in preparation to providing individual notice. These efforts

6    resulted in 3,967,862 unique Class Member records (some of which had neither a valid email

7    address and or mailing address). Of these records, 1,676,568 records were missing a valid email

8    address. Epiq sent the 1,676,568 records to a third-party address search company to perform email

9    address lookups (reverse appended mailing addresses to obtain emails). This process was

10   completed because sending email notice is less expensive than sending physical mail (both

11   methods of providing notice are effective). Email verification was then completed by a third-

12   party email vendor. These efforts, resulted in 3,095,988 facially valid email addresses for

13   2,568,102 Class Member records with a verified valid email address (some Class Members had

14   multiple email addresses). These efforts resulted in 2,568,102 Class Member records identified

15   to be sent an Email Notice by Epiq and 1,135,471 Class Member records to be sent a summary

16   Postcard Notice. The Email Notices and the summary Postcard Notices included a Unique ID for

17   each individual Class Member, which can be input when filing an online Claim Form on the

18   Settlement Website. In addition, it is my understanding that Amazon sent an Email Notice directly

19   to approximately 859,695 Class Members who are Amazon customers that Amazon's records

20   indicate purchased Move Free Advanced during the Class Period.

21       22.    As a result of these various efforts, approximately 3,955,683 Email Notices were

22   sent to Class Members by Epiq and Amazon and 1,135,471 Class Members were directly mailed

23   the summary Postcard Notice. The individual notice effort were supplemented by a targeted media

24   campaign.

25       23.    In my opinion, the Class Notice Program as designed and implemented reached

26   the greatest practicable number of Class Members through the use of individual notice and

27   targeted media notice.

28

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY
OF CLASS NOTICE PROGRAM

1

***Email Notice – Direct Mail***

2       24.      From August 4, 2021, to August 7, 2021, Epiq sent 3,095,988 Email Notices to

3  all of the 2,568,102 identified Class Members with one or more verified valid email addresses

4  (this does not include Class Members who are Amazon customers that Amazon's records indicate

5  purchased Move Free Advanced during the Class Period).  Under the terms of the Settlement, it

6  is my understanding that Amazon sent an email notice (the "Amazon Email Notice") directly to

7  these approximately 859,695 Class Members.  Industry standard best practices were followed for

8  the Email Notice efforts.  The Email Notice were drafted in such a way that the subject line, the

9  sender, and the body of the message were designed to overcome SPAM filters and ensure

10 readership to the fullest extent reasonably practicable.  For instance, the Email Notice used an

11 embedded html text format.  This format provided easy to read text without graphics, tables,

12 images, attachments, and other elements that would increase the likelihood that the message could

13 be blocked by Internet Service Providers (ISPs) and/or SPAM filters.  The Email Notices were

14 sent from an IP address known to major email providers as one not used to send bulk "SPAM" or

15 "junk" email blasts.  Each Email Notice was transmitted with a digital signature to the header and

16 content of the Email Notice, which allowed ISPs to programmatically authenticate that the Email

17 Notices were from our authorized mail servers.  Each Email Notice was also transmitted with a

18 unique message identifier.  The Email Notice included an embedded link to the Settlement

19 Website.  By clicking the link, recipients were able to easily file an online claim, access the Long

20 Form Notice, Settlement Agreement and other information about the Settlement.  A copy of the

21 Email Notice is included as **Attachment 3**.

22      25.      If the receiving email server could not deliver the message, a "bounce code" was

23 returned along with the unique message identifier.  For any Email Notice for which a bounce code

24 was received indicating that the message was undeliverable for reasons such as an inactive or

25 disabled account, the recipient's mailbox was full, technical auto-replies, etc., at least two

26 additional attempts were made to deliver the Notice by email. For any Email Notice that remained

27 undeliverable, Postcard Notices were then mailed to those for whom a physical address was available.

28

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY
OF CLASS NOTICE PROGRAM

*Individual Notice – Direct Mail*

26.     On August 6, 2021, Epiq sent 1,135,471 Postcard Notices via USPS first class mail to all identified Class Members for whom a facially valid email address was not available, but a physical address was available.  On August 25, 2021, Epiq also sent 546,946 Postcard Notices via USPS first class mail to all identified Class Members who did not have a delivered Email Notice after several attempts for whom a physical address was available.  The Postcard Notice directed the recipients to the Settlement Website to access additional information and easily file a claim.  The Postcard Notice is included as **Attachment 4**.

27.     Prior to mailing, all mailing addresses provided were checked against the National Change of Address ("NCOA") database maintained by the USPS.[3]  In addition, the addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

28.     Additionally, a Notice Claim Package (Long Form Notice and Claim Form) was mailed to all persons who requested one via the toll-free telephone number or by mail. As of September 10, 2021, 3,882 Notice Claim Packages have been mailed as a result of such requests. The Long Form Notice is included as **Attachment 5**.  The Claim Form is included as **Attachment 6**.

29.     The return address on the Notices sent by Epiq is a post office box that Epiq maintains for this case. The USPS automatically forwards Postcard Notices with an available forwarding address order that has not expired ("Postal Forwards").  For Postcard Notices returned as undeliverable, Epiq re-mails the Postcard Notices to any new address available through USPS information (for example, to an address provided by the USPS on the returned mail piece if the forwarding order has expired, but is still within the time period in which the USPS returns the

---

[3] The NCOA database contains records of all permanent change of address submissions received by the USPS for the last four years.  The USPS makes this data available to mailing firms and lists submitted to it are automatically updated with any reported move based on a comparison with the person's name and known address.

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

piece with a forwarding address indicated), and to addresses Epiq obtains from a third-party address lookup service.  As of September 10, 2021, Epiq has re-mailed 42,576 Postcard Notices to Class Members where a forwarding address was provided or address research identified a new address.

### *Reminder Email Notice*

30.     From September 10, 2021 to September 12, 2021, Epiq sent 1,919,318 Reminder Email Notices to Class Members with a valid email address who have not already filed a Claim at the time the Reminder Email was sent.  The Reminder Email provides concise text (stressing the impending Claim filing deadline) and includes a link directly to the Settlement Website.  The Reminder Email Notice is included as **Attachment 7**.

### *Media Plan*

### *CLRA Publication Notice*

31.     The Notice Plan included publishing the Publication Notice in a regional *USA Today* weekday edition as a ¼ page ad unit.  As this matter includes claims under the California Consumers Legal Remedies Act ("CLRA"), the notice provision of Government Code section 6064 applies.  It provides that "[p]ublication of notice pursuant to this section shall be once a week for four successive weeks.  Four publications in a newspaper regularly published once a week or oftener, with at least five days intervening between the respective publication dates not counting such publication dates, are sufficient."  Cal. Gov't Code § 6064.  In order to satisfy this notice provision, the Publication Notice was published in four (4) insertions spread over four (4) weeks in the San Francisco regional edition of *USA Today*, which has a circulation of 5,584.  The Publication Notice ran on the dates and pages as follows:

| Publication | On-Sale Date | Page Position |
|---|---|---|
| *USA Today* (San Francisco regional edition) | 8/9/2021 | 3B |
| *USA Today* (San Francisco regional edition) | 8/16/2021 | 5A |
| *USA Today* (San Francisco regional edition) | 8/23/2021 | 5A |
| *USA Today* (San Francisco regional edition) | 8/30/2021 | 4B |

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

32.     A copy of the Publication Notice as published is included as **Attachment 8**. Individual tear sheets of the Publication Notice as it appeared in each insertion are included as **Attachment 9**.

### *Targeted Internet Banner Advertising*

33.     Internet advertising has become a standard component in legal notice programs. The internet has proven to be an efficient and cost-effective method to target class members as part of providing notice of class certification and/or a settlement for a class action case.  According to GfK MRI syndicated research, over 84% of adults, aged 45+ in the United States who are vitamin/supplement users are online.[4]

34.     The Class Notice Program includes targeted banner advertising on selected advertising networks, which are targeted to Class Members.  The Internet Banner Advertisements link directly to the Settlement Website, thereby allowing visitors easy access to relevant information and documents.  The Internet Banner Advertisements use language from the Email Notice headline, which allows users to identify themselves as potential Class Members.  As an additional way to draw the interest of Class Members, and to be consistent with FJC recommendations that a picture or graphic may help class members self-identify, the Internet Banner Advertisements prominently feature high-resolution pictures of the Move Free Advanced packaging.

35.     The Class Notice Program includes Internet Banner Advertisements in various sizes, which are placed on the advertising networks, *Google Display Network* and *Verizon (Yahoo) Audience Network*.  Combined, these ad networks cover 90% of the United States' population that is online.  All Internet Banner Advertisements run on desktop, mobile and tablet devices and are distributed to the selected targeted audiences nationwide as described below.

36.     Internet Banner Advertisements are also targeted (remarketed) to people who visit the Settlement Website as well as those individuals whose online behaviors and interests mimicked those who clicked through to the Settlement Website.  Targeting the Internet Banner

---

[4] MRI-Simmons 2020 Survey of the American Consumer®.

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

1   Advertisements to these "lookalike" audiences across the *Google Display Network* is a

2   sophisticated advertising technique that provides an effective and efficient way to distribute class

3   notice and drive settlement awareness.

4        37.     The Class Notice Program also includes advertising on social media, which

5   consists of Internet Banner Advertisements on *Facebook* and on *Instagram* in various sizes.

6   *Facebook* is the leading social networking site in the U.S. and combined with *Instagram* covers

7   over 300 million users in the United States.  The *Facebook* and *Instagram* Internet Banner

8   Advertisements are distributed to a variety of target audiences relevant to Move Free Advanced

9   based on an individual's demonstrated interests and/or likes.

10        38.     The Internet Banner Advertising campaign is currently running and will be

11   complete on September 14, 2021.  More details regarding the target audiences, distribution, and

12   specific ad sizes of the Internet Banner Advertisements, are included in the following table.

| Network/Property | Target | Distribution | Ad Sizes | Impressions |
|---|---|---|---|---|
| *Google Display Network* | Custom Intent: Vitamins, Supplements | National | 728x90, 300x250, 300x600, 970x250 | 30,000,000 |
| *Google Display Network* | Custom Affinity: Vitamins, Supplements | National | 728x90, 300x250, 300x600, 970x250 | 30,000,000 |
| *Facebook* | Interests: Vitamin Shoppe, Vitamin Center, Vitamin Club, Vitamin World | National | Newsfeed & Right Hand Column | 30,000,000 |
| *Facebook* | Interests: Affordable Supplements, Supplemental Nutrition | National | Newsfeed & Right Hand Column | 30,000,000 |
| *Instagram* | Interests: Vitamin Shoppe, Vitamin Center, Vitamin Club, Vitamin World | National | Newsfeed | 12,500,000 |
| *Instagram* | Interests: Affordable Supplements, Supplemental Nutrition | National | Newsfeed | 12,500,000 |
| *Verizon Media* | Health Channel | National | 728x90, 300x250, 300x600, 970x250 | 35,000,000 |
| **Total** | | | | *180,000,000* |

27        39.     Combined, at least 180 million targeted impressions will be generated by the

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY
OF CLASS NOTICE PROGRAM

1  Internet Banner Advertisements, which is running from August 6, 2021, through September 14,

2  2021, nationwide.[5]   Clicking on the Internet Banner Advertisements links the reader to the

3  Settlement Website, where they can easily obtain detailed information about the case and file a

4  Claim Form.  Examples of the Banner Notices are included as **Attachment 10**.

5        40.     Throughout the implementation of the Class Notice Program, Hilsoft has

6  continuously monitored the effectiveness of the Class Notice Program to ensure impression goals

7  are met to satisfy a combined reach of at least 80%.

8  *Sponsored Search Listings*

9        41.     The Class Notice Program includes purchasing sponsored search listings to

10  facilitate locating the Settlement Website.  Sponsored search listings are acquired on the three

11  most highly-visited internet search engines: *Google*, *Yahoo!* and *Bing*.  When search engine

12  visitors search on selected common keyword combinations related to the case, the sponsored

13  search listing are generally displayed at the top of the page prior to the search results or in the

14  upper right-hand column.  Representative search terms include word and phrase variations of

15  arthritis pain, joint pain, Move Free Advanced, glucosamine, and chondroitin.  The sponsored

16  search listings are displayed nationwide.

17        42.     As of September 10, 2021, the sponsored listings have been displayed 50,077

18  times, resulting in 14,953 clicks that displayed the Settlement Website.  A complete list of the

19  sponsored search keyword combinations is included as **Attachment 11**.  Examples of the

20  sponsored search listing as displayed on each search engine are included as **Attachment 12**.

21  *Informational Release*

22        43.     To build additional reach and extend exposures, on August 6, 2021, a party-neutral

23  Informational Release was issued broadly over PR Newswire to approximately 5,000 general

24

25  _____

26  [5] The third-party ad management platform, ClickCease is being used to audit the digital Banner Notice ad placements.  This type of platform tracks all Banner Notice ad clicks to provide real-time ad monitoring, fraud traffic analysis, blocks clicks from fraudulent sources, and quarantines dangerous IP addresses.  This helps reduce wasted, fraudulent or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not being viewable, etc.).

27

28

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

media (print and broadcast) outlets, including local and national newspapers, magazines, national wire services, television and radio broadcast media across the United States as well as approximately 4,500 websites, online databases, internet networks and social networking media. These media sources include numerous websites and blogs covering health, wellness and aging topics such as WebMD, Harvard Public Health Review, Healthy Aging, American Pharmaceutical Review, and VeryWell Health.  In addition, the Informational Release in Spanish was issued to the Hispanic newsline.  The Hispanic newsline reaches approximately 7,000 U.S. Hispanic media contacts including online placement of over 100 Hispanic websites nationally.

44.     The Informational Release included the address of the Settlement Website and the toll-free telephone number.  The Informational Release served a valuable role by providing additional notice exposures beyond that which was provided by the paid media.  The Informational Release is included as **Attachment 13**.

### *Settlement Website, Toll-free Telephone Number, and Postal Mailing Address*

45.     On July 23, 2021, a Settlement Website was established with the domain name www.MoveFreeAdvancedSettlement.com.  The Settlement Website allows Class Members to obtain detailed information about the case and review key documents, including the Second Amended Complaint, Long Form Notice, Claim Form, Request for Exclusion Form, Settlement Agreement, Preliminary Approval Order, and Motion for Preliminary Approval, as well as answers to frequently asked questions ("FAQs").  The Long Form Notice and Claim Form are available in both English and Spanish on the Settlement Website.  The Long Form Notice in Spanish is included as **Attachment 14**.  The Claim Form in Spanish is included as **Attachment 15**.  Class Members are able to easily file a Claim Form and a Request for Exclusion on the Settlement Website.  The website address was displayed prominently on all Class Notice documents.

46.     As of September 10, 2021, there have been 441,348 unique visitors to the website and 2,432,120 website pages presented.

47.     The Settlement Website was configured to encourage Class Members to easily file

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

1  a Claim Form online.  Class Members are presented with the option to click a button to file a claim

2  for a "Cash Payment".  Class Members then have the options to start a claim with or without a

3  Unique ID.  Class Members are able to easily input their Unique ID, as provided on their Email

4  Notice or summary Postcard Notice, which then pre-populates the online Claim Form with the

5  Class Member's name and address information, if available.  Class Members also have the option

6  to select to receive their payment digitally.  The option of receiving a digital payment has become

7  more commonplace in class action settlement administration.  Beyond meeting the expectations

8  of many Class Members that digital payments should be an option, they have the added benefit of

9  being less expensive to administer (because of no postage or potential for check reissue requests),

10  leaving more of the Common Fund available to distribute to the Class.  Also, digital payments can

11  be made more quickly – and directly to whatever option Class Members may select.

12      48.    On July 23, 2021, a toll-free telephone number (855-435-0524) was also

13  established to allow Class Members to call for additional information, listen to answers to FAQs,

14  and request that a Notice Claim Package be mailed to them.  The toll-free telephone was displayed

15  prominently on all Class Notice documents.  The automated phone system is available 24 hours

16  per day, 7 days per week.  To provide additional support to Class Members, live agents are

17  available via the toll-free number during normal business hours.  As of September 10, 2021, the

18  toll-free telephone number has handled 10,282 calls representing 33,123 minutes of use and

19  service agents have handled 1,150 incoming calls representing 9,586 minutes of use and six

20  outbound calls representing seven minutes of use.

21      49.    A post office box for correspondence about the case was also established and

22  maintained for the case, allowing Class Members to contact the Settlement Administrator by mail

23  with any specific requests or questions.

24             ***Requests for Exclusion and Objections***

25      50.    The deadline to request exclusion from the Settlement or to object to the

26  Settlement is October 14, 2021.  As of September 10, 2021, Epiq has received 71 requests for

27  exclusion.  As of September 10, 2021, I am aware of two objections to the Settlement.  I have

28

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY
OF CLASS NOTICE PROGRAM

reviewed all objections and none relate to notice or settlement administration.  I will provide a supplemental declaration to the Court prior to the Final Approval Hearing to provide updated information regarding any requests for exclusions and/or objections to the Settlement.

### Status of Claims Process

51.     The deadline for Class Members to file a claim is November 8, 2021.  As of September 10, 2021, Epiq has received 254,399 Claim Forms (252,698 online and 1,701 paper).  Epiq has not yet reviewed these claims, so the final number of valid claims will be less. A breakdown of the gross number of claims and the gross amount claimed, before review, is provided in the following table.

| Number Bottles Claimed | Claim Count | Bottle Count | Percentage | Value of Claims |
|---|---|---|---|---|
| 1 | 7,054 | 7,054 | 3% | $155,188.00 |
| 2 | 14,119 | 28,238 | 6% | $621,236.00 |
| 3 | 205,726 | 617,178 | 80% | $13,577,916.00 |
| 4+ | 27,500 | 879,629 | 11% | $19,351,838.00 |
| **Totals** | **254,399** | **1,532,099** | | **$33,706,178.00** |

52.     Based on the current number of claims received, Epiq estimates the take rate for the entire Settlement Class will range from 5.4% to 7%.  Epiq calculates that of the claims submitted by September 10, 2021, the estimated net aggregate amount claimed ranges from $18,601,610 to $23,796,592 of the $33,706,178.00 after these claims are all processed and validated, and duplicates and fraudulent claims are removed. Also based on our experience, although the claims period is at the halfway point, most of the claims that will be submitted have already been submitted.

53.     Since there is still more than 45 days for Class Members to file a claim before the claim filing deadline, these numbers are preliminary.  As the deadline approaches, I expect additional claims will be filed by Class Members.  As standard practice, Epiq is in the process of conducting a complete review and audit of all claims received.  There is a likelihood that after detailed review, the total number of Claim Forms received will change due to duplicate and denied

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

1   Claim Forms.

2                           **PLAIN LANGUAGE NOTICE DESIGN**

3          54.     The Class Notices were designed to be "noticed" and reviewed by Class Members

4   and were written in plain language so the Class Notices can be understood by Class Members.

5   The design of the Class Notices follows the principles embodied in the Federal Judicial Center's

6   illustrative "model" notices posted at www.fjc.gov.  Many courts, and as previously cited, the FJC

7   itself, have approved notices that we have written and designed in a similar fashion.  The Class

8   Notices contain substantial, albeit easy-to-read, summaries of all of the key information about

9   Class Members' rights and options.  Consistent with our normal practice, all notice documents

10  underwent a final edit prior to actual mailing and publication for grammatical errors and accuracy.

11         55.     The Class Notices were designed to increase noticeability and comprehension.

12  Once people "notice" the Class Notices, it is critical that they can understand them.  As such, the

13  Class Notices, as written, are clearly worded with an emphasis on simple, plain language to

14  encourage readership and comprehension.

15         56.     The Email Notice and Postcard Notice feature a prominent headline in bold text.

16  These design elements alert recipients and readers that the Notice is an important document

17  authorized by a court and that the content may affect them, thereby supplying reasons to read the

18  Notice.

19         57.     The Long Form Notice, which is available in English and Spanish, provides

20  substantial information to Class Members.  It begins with a summary page, which provides a

21  concise overview of the important information and a table, which highlights key options available

22  to Class Members.  A table of contents, categorized into logical sections, helps to organize the

23  information, while a question and answer format makes it easy to find answers to common

24  questions by breaking the information into simple headings.

25                                  **<u>CONCLUSION</u>**

26         58.     In class action notice planning, execution, and analysis, we are guided by due

27  process considerations under the United States Constitution, and by case law pertaining to the

28

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY
OF CLASS NOTICE PROGRAM

1   recognized notice standards under Rule 23.  This framework directs that the notice plan be

2   optimized to reach the class and, in a settlement notice situation such as this, that the notice or

3   notice plan itself not limit knowledge of legal rights—nor the ability to exercise other options—

4   to class members in any way.  Based on the information that has been provided to me at this point,

5   all of these requirements will be met in this case.

6        59.     The Class Notice Program included individual notice to millions of identified

7   Class Members and supplemental media.  With the address updating protocols that were

8   employed, we reasonably expect the Class Notice Program (individual notice and supplemental

9   media - nationally distributed digital and social media) will reach at least 80% of the Settlement

10  Class once the supplemental media efforts are complete on September 14, 2021.  The reach was

11  further enhanced by newspaper notice, internet sponsored search listings, an informational release,

12  and a Settlement Website.  In 2010, the Federal Judicial Center issued a Judges' Class Action

13  Notice and Claims Process Checklist and Plain Language Guide.  This Guide states that, "the

14  lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all

15  the notice efforts together will reach a high percentage of the class.  It is reasonable to reach

16  between 70–95%."  Here, we have developed and are implementing a Class Notice Program that

17  will readily achieve a reach within that standard.

18       60.     Our notice efforts followed the guidance for how to satisfy due process obligations

19  that a notice expert gleans from the United States Supreme Court's seminal decisions, which are:

20  a) to endeavor to actually inform the class, and b) to demonstrate that notice is reasonably

21  calculated to do so:

22            A.   "But when notice is a person's due, process which is a mere gesture is not
                   due process.  The means employed must be such as one desirous of actually
23                 informing the absentee might reasonably adopt to accomplish it," *Mullane
                   v. Central Hanover Trust*, 339 U.S. 306, 315 (1950).
24
              B.   "[N]otice must be reasonably calculated, under all the circumstances, to
25                 apprise interested parties of the pendency of the action and afford them an
                   opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417
26                 U.S. 156 (1974) citing *Mullane* at 314.

27       61.     The Class Notice Program described above provided for the best notice

28

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY
OF CLASS NOTICE PROGRAM

practicable under the circumstances of this case, conformed to all aspects of the Rule 23, and comported with the guidance for effective notice set out in the Manual for Complex Litigation, Fourth.

62.    The Class Notice Program schedule affords sufficient time to provide full and proper notice to Class Members before the exclusion request and objection deadlines.

I declare under penalty of perjury of the laws of the United States and the State of California that the foregoing is true and correct.  Executed on September 13th, 2021, at Beaverton, Oregon.


Cameron R. Azari

DECLARATION OF CAMERON R. AZARI, ESQ. RE IMPLEMENTATION AND ADEQUACY OF CLASS NOTICE PROGRAM

# Attachment 1

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RECKITT BENCKISER LLC, <br><br> Defendant. | Case No. 3:17-cv-03529-VC <br><br> <u>**CLASS ACTION**</u> <br><br> District Judge Vince Chhabria <br> Courtroom 4, 17th Floor <br><br> Complaint Filed:    June 19, 2017 <br> Trial Date:          March 22, 2021 |

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.      My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.      Epiq is a firm with more than 20 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.      The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

**CAFA NOTICE IMPLEMENTATION**

5.      At the direction of counsel for the Defendant Reckitt Benckiser, LLC, 57 officials, which included the Attorney General of the U.S. and the Attorneys General of each of the 50 states, the District of Columbia and the U.S. Territories were identified to receive the CAFA notice.

6.      Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice.  Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

7.      On March 12, 2021, Epiq sent 57 CAFA Notice Packages ("Notice").  The Notice was mailed via USPS certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the U.S. Territories.  The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the U.S.  The CAFA Notice Service List (USPS Certified Mail and UPS) is included here as **Attachment A**.

8.      The materials sent to the Attorneys General included a cover letter, which provided notice of the proposed settlement of the above-captioned case.  The cover letter is included here as **Attachment B**.

9.      The cover letter was accompanied by a CD, which included the following:

  A. Class Action Complaint, First Amended Complaint, and Second Amended Complaint;

  B. Plaintiffs' Notice of Unopposed Joint Motion and Motion for Preliminary Approval. The following additional documents were filed with the Motion:

    • Declaration of Timothy G. Blood in Support of Motion for Preliminary Approval (with exhibit);

    • Declaration of Cameron R. Azari, Esq. Re Class Notice Program (with attachment);

    • Declaration of Brenda A. Frederick in Support of Cy Pres Designation of Orthopaedic Research Society;

    • [Proposed] Order Granting Preliminary Approval of Class Action Settlement;

  C. Stipulation of Settlement with the following exhibits:

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces.  The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

- Exhibit 1 - [Proposed] Order Granting Preliminary Approval of Class Action Settlement;

- Exhibit 2 - [Proposed] Order Granting Final Approval of Class Action Settlement;

- Exhibit 3 - [Proposed] Final Judgment;

- Exhibit 4 - Declaration of Cameron R. Azari, Esq. Re Class Notice Program (with attachment); and

- Exhibits 5-12 - Forms of Notice to be Provided to Class Members.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on March 12, 2021.

Stephanie J. Fiereck

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF CAFA NOTICE

# **Attachment A**

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Monty Wilkinson | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

CAFA Notice Service List

USPS Certified Mail

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Austin Knudsen | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | Gordon MacDonald | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 25 Market Street | 8th Fl West Wing | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

# **<u>Attachment B</u>**

**NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

March 12, 2021

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| --- |

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act," ("CAFA"), 28 U.S.C. §1715, please find enclosed information from Defendant Reckitt Benckiser, LLC ("RB") relating to the proposed settlement of a class action lawsuit.

- **Case:** *Yamagata et al. v.* Reckitt Benckiser LLC, Case No. 3:17-cv-03529-VC.

- **Court:** United States District Court, Northern District of California.

- **Defendant:** Reckitt Benckiser, LLC.

- **Date Settlement Filed with Court**: March 2, 2021.

- **Judicial Hearing Scheduled:** At this time, a Final Approval Hearing has not been scheduled by the Court. A hearing on Plaintiffs' Unopposed Joint Motion for Preliminary Approval of Class Action Settlement has been scheduled for March 25, 2021 at 2:00 p.m. in Courtroom 4, 17th Floor of the United States District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California before the Honorable Vince Chhabria. At the time of the hearing, these matters may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are contained on the enclosed CD:

    1. Class Action Complaint, First Amended Complaint, and Second Amended Complaint;

    2. Plaintiffs' Notice of Unopposed Joint Motion and Motion for Preliminary Approval. The following additional documents were filed with the Motion:

        - Declaration of Timothy G. Blood in Support of Motion for Preliminary Approval (with exhibit);

        - Declaration of Cameron R. Azari, Esq. Re Class Notice Program (with attachment);

        - Declaration of Brenda A. Frederick in Support of Cy Pres Designation of Orthopaedic Research Society;

        - [Proposed] Order Granting Preliminary Approval of Class Action Settlement;

**NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

3.  Stipulation of Settlement with the following exhibits:

- Exhibit 1 - [Proposed] Order Granting Preliminary Approval of Class Action Settlement;

- Exhibit 2 - [Proposed] Order Granting Final Approval of Class Action Settlement;

- Exhibit 3 - [Proposed] Final Judgment;

- Exhibit 4 - Declaration of Cameron R. Azari, Esq. Re Class Notice Program (with attachment); and

- Exhibits 5-12 - Forms of Notice to be Provided to Class Members.

**<u>Geographic Distribution of Class Members and Proportionate Share of Claims</u>** - Reckitt Benckiser is in the process of gathering information on this issue, pursuant to 28 U.S.C. § 1715(b)(7)(A), but at this time a complete list of names of class members as well as each State of residence is not available because the parties do not presently know the names or current addresses of all the proposed settlement class members and will not learn this information until the settlement is preliminarily approved and the Court authorizes dissemination of information about the settlement through the class notice process.  Pursuant to 28 U.S.C. § 1715(b)(7)(B), based on records Reckitt Benckiser keeps, it is estimated that there are approximately 18,200,000 individuals in the class. It is not feasible to provide the estimated proportional share of the Settlement benefits, as that is contingent on the Class Member submission of a claim form.

**Any Settlement or Other Agreement**:  As of March 12, 2021, no other settlement or agreement has been entered into by the parties to this action.

**Final Judgment**:  No final judgment has been reached as of March 12, 2021, nor have any notices of dismissal been granted at this time.

**Judicial Opinions Related to the Settlement**:  The proposed settlement is still pending final approval by the Court.  As of March 12, 2021, there has been no written judicial opinion related to the settlement.

Very truly yours,

Notice Administrator


Enclosures

# Attachment 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

GORDON NOBORU YAMAGATA and
STAMATIS F. PELARDIS, individually and
on behalf of all others similarly situated,

Plaintiffs,

v.

RECKITT BENCKISER LLC,

Defendant.

Case No. 3:17-cv-03529-VC

<u>**CLASS ACTION**</u>

District Judge Vince Chhabria
Courtroom 4, 17th Floor

Complaint Filed:     June 19, 2017
Trial Date:              March 22, 2021

**DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF
<u>SUPPLEMENTAL CAFA NOTICE</u>**

I, STEPHANIE J. FIERECK, ESQ., hereby declare and state as follows:

1.     My name is Stephanie J. Fiereck, Esq.  I am over the age of 21 and I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.     I am the Legal Notice Manager for Epiq Class Action & Claims Solutions, Inc. ("Epiq"), a firm that specializes in designing, developing, analyzing and implementing large-scale, un-biased, legal notification plans.

3.     Epiq is a firm with more than 20 years of experience in claims processing and settlement administration.  Epiq's class action case administration services include coordination of all notice requirements, design of direct-mail notices, establishment of fulfillment services, receipt and processing of opt-outs, coordination with the United States Postal Service, claims database management, claim adjudication, funds management and distribution services.

4.     I previously executed my *Declaration of Stephanie J. Fiereck, Esq. on Implementation of CAFA Notice,* on March 12, 2021, in which I detailed the CAFA Notice sent following the initial proposed settlement filled with the Court.  As detailed in my previous declaration, on March 12, 2021, Epiq sent CAFA Notice to 57 federal and state officials, which included the Attorney General of the U.S. and the Attorneys General of each of the 50 states, the

District of Columbia and the U.S. Territories regarding the settlement filed in this litigation.

5. The facts in this Declaration are based on what I personally know, as well as information provided to me in the ordinary course of my business by my colleagues at Epiq.

### SUPPLEMENTAL CAFA NOTICE IMPLEMENTATION

6. At the direction of counsel for the Defendant Reckitt Benckiser, LLC, 57 officials, which included the Attorney General of the U.S. and the Attorneys General of each of the 50 states, the District of Columbia and the U.S. Territories were identified to receive the Supplemental CAFA notice regarding the parties' renegotiated proposed settlement.

7. Epiq maintains a list of these state and federal officials with contact information for the purpose of providing CAFA notice. Prior to mailing, the names and addresses selected from Epiq's list were verified, then run through the Coding Accuracy Support System ("CASS") maintained by the United States Postal Service ("USPS").[1]

8. On May 20, 2021, Epiq sent 57 CAFA Notice Packages ("Notice"). The Notice was mailed via USPS certified mail to 56 officials, including the Attorneys General of each of the 50 states, the District of Columbia and the U.S. Territories. The Notice was also sent via United Parcel Service ("UPS") to the Attorney General of the U.S. The CAFA Notice Service List (USPS Certified Mail and UPS) is included here as **Attachment A**.

9. The materials sent to the Attorneys General included a cover letter, which provided notice of the proposed renegotiated settlement of the above-captioned case. The cover letter is included here as **Attachment B**.

10. The cover letter was accompanied by a CD, which included the following:

    A. Plaintiffs' Notice of Joint Motion and Motion for Preliminary Approval. The following additional documents were filed with the Motion:

- Declaration of Timothy G. Blood in Support of Motion for Preliminary Approval (with exhibit);

---

[1] CASS improves the accuracy of carrier route, 5-digit ZIP®, ZIP + 4® and delivery point codes that appear on mail pieces. The USPS makes this system available to mailing firms who want to improve the accuracy of postal codes, i.e., 5-digit ZIP®, ZIP + 4®, delivery point (DPCs), and carrier route codes that appear on mail pieces.

DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF
SUPPLEMENTAL CAFA NOTICE

1

2       B.    Stipulation of Settlement with the following exhibits:
              •    Exhibit 1 - [Proposed] Order Granting Preliminary Approval of Class
3                       Action Settlement;

4             •    Exhibit 2 - [Proposed] Order Granting Final Approval of Class Action
                        Settlement;
5
              •    Exhibit 3 - [Proposed] Final Judgment;
6

7             •    Exhibit 4 - Declaration of Cameron R. Azari, Esq. Re Class Notice
                        Program (with attachment); and
8
              •    Exhibits 5-11 - Forms of Notice to be Provided to Class Members.
9

10      C.    Geographic Distribution of Class Members and Proportionate Share of
              Claims Report.
11
       I declare under penalty of perjury that the foregoing is true and correct.  Executed on May
12
13   20, 2021.

14

15                                                 Stephanie J. Fiereck

16

17

18

19

20

21

22

23

24

25

26

27

28
                                                 3              Case No. 3:17-cv-03529-VC
      DECLARATION OF STEPHANIE J. FIERECK, ESQ. ON IMPLEMENTATION OF
      SUPPLEMENTAL CAFA NOTICE

# **<u>Attachment A</u>**

**CAFA Notice Service List**

**UPS**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| US Department of Justice | Merrick B. Garland | 950 Pennsylvania Ave NW | | Washington | DC | 20530 |

**CAFA Notice Service List**

**USPS Certified Mail**

| Company | FullName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the Attorney General | Treg Taylor | PO Box 110300 | | Juneau | AK | 99811 |
| Office of the Attorney General | Steve Marshall | 501 Washington Ave | | Montgomery | AL | 36130 |
| Office of the Attorney General | Leslie Carol Rutledge | 323 Center St | Suite 200 | Little Rock | AR | 72201 |
| Office of the Attorney General | Mark Brnovich | 2005 N Central Ave | | Phoenix | AZ | 85004 |
| Office of the Attorney General | CAFA Coordinator | Consumer Law Section | 455 Golden Gate Ave Ste 11000 | San Francisco | CA | 94102 |
| Office of the Attorney General | Phil Weiser | Ralph L Carr Colorado Judicial Center | 1300 Broadway 10th Fl | Denver | CO | 80203 |
| Office of the Attorney General | William Tong | 55 Elm St | | Hartford | CT | 06106 |
| Office of the Attorney General | Karl A. Racine | 400 6th St NW | | Washington | DC | 20001 |
| Office of the Attorney General | Kathy Jennings | Carvel State Office Bldg | 820 N French St | Wilmington | DE | 19801 |
| Office of the Attorney General | Ashley Moody | State of Florida | The Capitol PL-01 | Tallahassee | FL | 32399 |
| Office of the Attorney General | Chris Carr | 40 Capitol Square SW | | Atlanta | GA | 30334 |
| Department of the Attorney General | Clare E. Connors | 425 Queen St | | Honolulu | HI | 96813 |
| Iowa Attorney General | Thomas J Miller | 1305 E Walnut St | | Des Moines | IA | 50319 |
| Office of the Attorney General | Lawrence G Wasden | 700 W Jefferson St Ste 210 | PO Box 83720 | Boise | ID | 83720 |
| Office of the Attorney General | Kwame Raoul | 100 W Randolph St | | Chicago | IL | 60601 |
| Indiana Attorney General's Office | Todd Rokita | Indiana Government Center South | 302 W Washington St 5th Fl | Indianapolis | IN | 46204 |
| Office of the Attorney General | Derek Schmidt | 120 SW 10th Ave 2nd Fl | | Topeka | KS | 66612 |
| Office of the Attorney General | Daniel Cameron | 700 Capitol Avenue | Suite 118 | Frankfort | KY | 40601 |
| Office of the Attorney General | Jeff Landry | PO Box 94005 | | Baton Rouge | LA | 70804 |
| Office of the Attorney General | Maura Healey | 1 Ashburton Pl | | Boston | MA | 02108 |
| Office of the Attorney General | Brian E. Frosh | 200 St Paul Pl | | Baltimore | MD | 21202 |
| Office of the Attorney General | Aaron Frey | 6 State House Station | | Augusta | ME | 04333 |
| Department of Attorney General | Dana Nessel | PO Box 30212 | | Lansing | MI | 48909 |
| Office of the Attorney General | Keith Ellison | 445 Minnesota St | Suite 1400 | St Paul | MN | 55101 |
| Missouri Attorney General's Office | Eric Schmitt | 207 West High Street | PO Box 899 | Jefferson City | MO | 65102 |
| MS Attorney General's Office | Lynn Fitch | Walter Sillers Bldg | 550 High St Ste 1200 | Jackson | MS | 39201 |
| Office of the Attorney General | Austin Knudsen | Department of Justice | PO Box 201401 | Helena | MT | 59620 |
| Attorney General's Office | Josh Stein | 9001 Mail Service Ctr | | Raleigh | NC | 27699 |
| Office of the Attorney General | Wayne Stenehjem | State Capitol | 600 E Boulevard Ave Dept 125 | Bismarck | ND | 58505 |
| Nebraska Attorney General | Doug Peterson | 2115 State Capitol | PO Box 98920 | Lincoln | NE | 68509 |
| Office of the Attorney General | John Formella | NH Department of Justice | 33 Capitol St | Concord | NH | 03301 |
| Office of the Attorney General | Gurbir S Grewal | 25 Market Street | 8th Fl West Wing | Trenton | NJ | 08625 |
| Office of the Attorney General | Hector Balderas | 408 Galisteo St | Villagra Bldg | Santa Fe | NM | 87501 |
| Office of the Attorney General | Aaron Ford | 100 N Carson St | | Carson City | NV | 89701 |
| Office of the Attorney General | Letitia James | The Capitol | | Albany | NY | 12224 |
| Office of the Attorney General | Dave Yost | 30 East Broad Street | 14th Floor | Columbus | OH | 43215 |
| Office of the Attorney General | Mike Hunter | 313 NE 21st St | | Oklahoma City | OK | 73105 |
| Office of the Attorney General | Ellen F Rosenblum | Oregon Department of Justice | 1162 Court St NE | Salem | OR | 97301 |
| Office of the Attorney General | Josh Shapiro | 16th Fl Strawberry Square | | Harrisburg | PA | 17120 |
| Office of the Attorney General | Peter F Neronha | 150 S Main St | | Providence | RI | 02903 |
| Office of the Attorney General | Alan Wilson | PO Box 11549 | | Columbia | SC | 29211 |
| Office of the Attorney General | Jason Ravnsborg | 1302 E Hwy 14 Ste 1 | | Pierre | SD | 57501 |
| Office of the Attorney General | Herbert H. Slatery III | PO Box 20207 | | Nashville | TN | 37202 |
| Office of the Attorney General | Ken Paxton | 300 W 15th St | | Austin | TX | 78701 |
| Office of the Attorney General | Sean D. Reyes | PO Box 142320 | | Salt Lake City | UT | 84114 |
| Office of the Attorney General | Mark R. Herring | 202 North Ninth Street | | Richmond | VA | 23219 |
| Office of the Attorney General | TJ Donovan | 109 State St | | Montpelier | VT | 05609 |
| Office of the Attorney General | Bob Ferguson | 800 Fifth Avenue | Suite 2000 | Seattle | WA | 98104 |
| Office of the Attorney General | Josh Kaul | PO Box 7857 | | Madison | WI | 53707 |
| Office of the Attorney General | Patrick Morrisey | State Capitol Complex | Bldg 1 Room E 26 | Charleston | WV | 25305 |
| Office of the Attorney General | Bridget Hill | 2320 Capitol Avenue | | Cheyenne | WY | 82002 |
| Department of Legal Affairs | Fainu'ulei Falefatu Ala'ilima-Utu | Executive Office Building 3rd Floor | PO Box 7 | Utulei | AS | 96799 |
| Attorney General Office of Guam | Leevin T Camacho | Administration Division | 590 S Marine Corps Dr Ste 901 | Tamuning | GU | 96913 |
| Office of the Attorney General | Edward Manibusan | Administration Bldg | PO Box 10007 | Saipan | MP | 96950 |
| PR Department of Justice | Domingo Emanuelli Hernández | PO Box 9020192 | | San Juan | PR | 00902 |
| Department of Justice | Denise N. George | 34-38 Kronprindsens Gade | GERS Bldg 2nd Fl | St Thomas | VI | 00802 |

# **Attachment B**

**NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

May 20, 2021

**VIA UPS OR USPS CERTIFIED MAIL**

| Class Action Fairness Act – Notice to Federal and State Officials |
| :---: |

Dear Sir or Madam:

Pursuant to the "Class Action Fairness Act," ("CAFA"), 28 U.S.C. §1715, Notice relating to a proposed class action settlement was provided to your office from Defendant Reckitt Benckiser, LLC ("RB") on March 12, 2021. Subsequently, on March 23, 2021, the Court held a hearing on the Parties' joint motion for preliminary approval.

Following the hearing, the parties renegotiated part of the proposed settlement to eliminate the option for Class Members to choose products rather than cash, leaving only the cash payment option for claimants. While the settlement continues to consist of a $50 million common fund, all claimants will receive a cash payment only. As before, the cash payment will be for the full amount of the average retail price of the product at issue, Schiff Move Free Advanced. Claimants still may receive reimbursement of $22 per purchase for up to three purchases without proof of purchase, and reimbursement for more than three purchases with proof of purchase. The renegotiated Stipulation of Settlement was filed with the Court on May 12, 2021.

- **Case:** *Yamagata et al. v.* Reckitt Benckiser LLC, Case No. 3:17-cv-03529-VC.

- **Court:** United States District Court, Northern District of California.

- **Defendant:** Reckitt Benckiser, LLC.

- **Date Settlement Filed with Court**: March 2, 2021 (initial Stipulation of Settlement) and May 12, 2021 (renegotiated Stipulation of Settlement).

- **Judicial Hearing Scheduled:** At this time, a Final Approval Hearing has not been scheduled by the Court. A hearing on Plaintiffs' Notice of Joint Motion and Motion for Preliminary Approval has been scheduled for June 24, 2021, at 2:00 p.m. in Courtroom 4, 17th Floor of the United States District Court for the Northern District of California located at 450 Golden Gate Avenue, San Francisco, California before the Honorable Vince Chhabria. At the time of the hearing, these matters may be continued without further notice.

- **Documents Enclosed:** Copies of the following documents are contained on the enclosed CD:

  1. Plaintiffs' Notice of Joint Motion and Motion for Preliminary Approval. The following additional documents were filed with the Motion:

     - Declaration of Timothy G. Blood in Support of Motion for Preliminary Approval (with exhibit);

**NOTICE ADMINISTRATOR**
HILSOFT NOTIFICATIONS
10300 SW Allen Blvd
Beaverton, OR 97005
P 503-350-5800
DL-CAFA@epiqglobal.com

2.  Stipulation of Settlement with the following exhibits:

- Exhibit 1 - [Proposed] Order Granting Preliminary Approval of Class Action Settlement;

- Exhibit 2 - [Proposed] Order Granting Final Approval of Class Action Settlement;

- Exhibit 3 - [Proposed] Final Judgment;

- Exhibit 4 - Declaration of Cameron R. Azari, Esq. Re Class Notice Program (with attachment); and

- Exhibits 5-11 - Forms of Notice to be Provided to Class Members.

3.  Geographic Distribution of Class Members and Proportionate Share of Claims Report.

**Any Settlement or Other Agreement**:  As of May 20, 2021, no other settlement or agreement has been entered into by the parties to this action.

**Final Judgment**:  No final judgment has been reached as of May 20, 2021, nor have any notices of dismissal been granted at this time.

**Judicial Opinions Related to the Settlement**:  The proposed settlement is still pending final approval by the Court.  As of May 20, 2021, there has been no written judicial opinion related to the renegotiated settlement.

Very truly yours,

Notice Administrator


Enclosures

Attachment 3

| | |
|---|---|
| **From:** | Noreply_MoveFreeAdvancedSett |
| **Sent:** | Friday, August 6, 2021 12:40 PM |
| **To:** | |
| **Subject:** | FW: Notice Regarding Schiff Move Free® Advanced Class Action Settlement |

**<u>Legal Notice</u>**

# If you purchased Schiff Move Free® Advanced glucosamine supplements, you may be entitled to cash payments from a class action settlement.

You are receiving this email because records indicate you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D in the United States** from **May 28, 2015 to June 24, 2021**. If so, you may be a "Class Member" and entitled to receive a cash payment from a class action settlement. In *Yamagata v. Reckitt Benckiser, LLC,* Case No. 3:17-cv-03529-VC (N.D. Cal.), the Court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The Defendant in the lawsuit denies these claims.

This email is being sent to you as required by the Court. To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **[www.MoveFreeAdvancedSettlement.com](www.MoveFreeAdvancedSettlement.com)** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No Proof of Purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I get a cash payment?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **[www.MoveFreeAdvancedSettlement.com](www.MoveFreeAdvancedSettlement.com)** or by mail. The deadline to submit a Claim Form is **November 8, 2021**.

To start your online Claim please go to [www.MoveFreeAdvancedSettlement.com/Login](www.MoveFreeAdvancedSettlement.com/Login) and log in with the following Unique ID:

UniqueID: ████████

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at www.MoveFreeAdvancedSettlement.com by **October 14, 2021**. You may also write to the Court if you wish to object to the Settlement by **October 14, 2021**. The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit www.MoveFreeAdvancedSettlement.com or call 1-855-435-0524. Please do not respond to this email directly.

If you would prefer not to receive further messages from this sender, please Click Here and confirm your request.

You can also send your request to Move Free Advanced Settlement Administrator P.O. Box 5439, Portland, Oregon 97228-5439, United States.

# Attachment 4

*Schiff Move Free® Advanced*
*Settlement Administrator*
P.O. Box 5439
Portland, OR 97228-5439

**Court Approved Legal Notice**

**If you purchased Schiff Move Free® Advanced glucosamine supplements you may be entitled to cash payments from a class action settlement.**

**SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.**

*A federal court has authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

**To receive cash payment you must return a claim form by November 8, 2021.**

UniqueID: ▆▆▆▆▆▆▆▆



You are receiving this because records indicate you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D in the United States** from **May 28, 2015** to **June 24, 2021**. If so, you may be a "Class Member" and entitled to receive a cash payment in a class action settlement. In *Yamagata v. Reckitt Benckiser, LLC*, Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The defendant in the lawsuit denies these claims.

This is being sent to you as required by the Court. To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **www.MoveFreeAdvancedSettlement.com** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No proof of purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I get a cash payment?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **www.MoveFreeAdvancedSettlement.com** or by mail. The deadline to submit a Claim Form is **November 8, 2021**. Please use your Unique ID (found on the front of this postcard) when filing your Claim.

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at **www.MoveFreeAdvancedSettlement.com** by **October 14, 2021**. You may also write to the Court if you wish to object to the Settlement by **October 14, 2021**. The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit **www.MoveFreeAdvancedSettlement.com** or call 1-855-435-0524.

AE0432 v.05

Attachment 5

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

# If you purchased Schiff Move Free® Advanced glucosamine supplements, you may be entitled to a cash payment from a class action settlement.

**SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB**

*A federal court has authorized this Notice. This is not a solicitation from a lawyer.*

- A $50 million Settlement has been reached in a class action lawsuit to resolve a lawsuit against Reckitt Benckiser LLC, relating to Schiff Move Free® Advanced glucosamine supplements, that alleges Move Free Advanced is misleadingly labelled and marketed. Defendant denies these allegations and asserts that its labelling and marketing is truthful and supported by science but has settled this case to avoid further litigation and distraction of resources from its business.

- The Settlement offers an estimated cash award of $22 per bottle purchased. No proof of purchase is required for claims of up to 3 bottles. You may be entitled to these Settlement benefits if you purchased Move Free Advanced glucosamine supplements between May 28, 2015 to June 24, 2021 (purchased for purposes other than resale).

- Your legal rights are affected whether or not you act. *Please read this notice carefully*.

| YOUR RIGHTS AND CHOICES | | DEADLINE |
|---|---|---|
| **Submit a Claim Form** | The only way to get a Cash Payment is to submit a Claim Form. | Submit a Claim Form by: **November 8, 2021** |
| **Exclude Yourself** | Get no Cash Payment, but keep any right to file your own lawsuit against Defendant about the legal claims in this case. | Submit an Exclusion: **October 14, 2021** |
| **Object** | Tell the Court why you don't like the Settlement. You will still be bound by the Settlement if the Court approves it and you may still file a Claim Form for a Cash Payment. | Deadline to file an Objection: **October 14, 2021** |
| **Attend A Hearing** | Ask to speak to the Court about the fairness of the Settlement. | Deadline to file a Notice of Appearance: **October 21, 2021** |
| **Do Nothing** | Get no Cash Payment. Give up legal rights. | |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice.

- The Court in charge of this case still has to decide whether to approve the Settlement. Awards will be sent if the Court approves the Settlement and after appeals are resolved. Please be patient.

**Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com**



## WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ...............................................................................................**PAGE 3**
    1. Why should I read this Notice?
    2. What is this lawsuit about?
    3. Why is the lawsuit a class action?
    4. Why is there a Settlement?

**WHO IS IN THE SETTLEMENT** ..............................................................................**PAGE 3**
    5. Am I part of the Settlement?

**THE SETTLEMENT BENEFITS—WHAT YOU GET** ............................................**PAGE 4**
    6. What does the Settlement provide?
    7. What can I get from the Settlement?

**HOW TO GET BENEFITS FROM THE SETTLEMENT** ........................................**PAGE 4**
    8. How can I get my Cash Payment?
    9. When will I receive my Cash Payment?
    10. What am I giving up to receive these Settlement benefits?

**THE LAWYERS REPRESENTING YOU** ...................................................................**PAGE 5**
    11. Do I have lawyers in this case?
    12. How will the lawyers be paid?

**YOUR RIGHTS - EXCLUDING YOURSELF FROM THE SETTLEMENT** ...............**PAGE 6**
    13. How do I get out of the Settlement?
    14. If I exclude myself, can I get anything from this Settlement?

**YOUR RIGHTS - OBJECTING TO THE SETTLEMENT** .........................................**PAGE 6**
    15. How do I tell the Court that I don't like the Settlement?
    16. What's the difference between objecting and asking to be excluded?

**YOUR RIGHTS - APPEARING AT THE FINAL APPROVAL HEARING** ...............**PAGE 7**
    17. When and where will the Court decide whether to approve the Settlement?
    18. Do I have to attend the Final Approval Hearing?
    19. May I speak at the Final Approval Hearing?

**YOUR RIGHTS - DO NOTHING** ..............................................................................**PAGE 8**
    20. What happens if I do nothing at all?

**GETTING MORE INFORMATION** .............................................................................**PAGE 8**
    21. Are there more details about the Settlement?
    22. How do I get more information?

AD0872.v.02

# BASIC INFORMATION

## 1. Why should I read this Notice?

If you purchased Move Free Advanced in the United States between May 28, 2015 and June 24, 2021, other than solely for purposes of resale, you are a member of a Settlement Class.

This Notice explains the class action lawsuit, the proposed Settlement, your legal rights, what benefits are available, who is eligible for the benefits, and how to get the benefits.

The Court in charge of this case is the United States District Court for the Northern District of California. The lawsuit is known as *Yamagata v. Reckitt Benckiser LLC*, Case No. 3:17-cv-03529-VC. You may obtain additional updates on the status of the case by contacting Class Counsel (listed in Question 11 below), going to www.MoveFreeAdvancedSettlement.com or www.BHOLaw.com or viewing case information through the Court's system at www.Pacer.gov.

## 2. What is this lawsuit about?

This lawsuit is about whether Defendant engaged in deceptive or unfair conduct in violation of consumer protection laws by advertising Move Free Advanced as providing joint health benefits that it does not actually provide. Defendant denies that it did anything wrong and says that its claims about Move Free Advanced are true and supported by scientific evidence. The Court has not decided who is right.

## 3. Why is the lawsuit a class action?

In a class action lawsuit, one or more people called "Class Representatives" sue on behalf of other people who have similar claims. The people together are a "Class" or "Class Members." The people who sue – and all the Class Members like them – are called the "Plaintiffs." The company the Plaintiffs sued (in this case Reckitt Benckiser LLC) is called the "Defendant." One court resolves the issues for everyone in the Class – except for those people who choose to exclude themselves from the Class. U.S. District Judge Vince Chhabria is in charge of this class action.

## 4. Why is there a Settlement?

The Court did not decide in favor of Plaintiffs or Defendant. Instead, both sides agreed to a settlement. By agreeing to settle, both sides avoid the cost and risk of a trial, and people who submit valid claims will get compensation. The Class Representatives and their attorneys believe the Settlement is best for the Settlement Class and its members.

# WHO IS IN THE SETTLEMENT?

To see if you are eligible for benefits, you first have to determine if you are a Class Member.

## 5. Am I part of the Settlement?

You are a Class Member if you purchased between May 28, 2015 and June 24, 2021, within the United States and its territories, Move Free Advanced, Move Free Advanced Plus MSM, or Move Free Advanced Plus MSM & Vitamin D (collectively "Move Free Advanced"), other than solely for purposes of resale.

Excluded from the Settlement are: (i) jurists and mediators who are or have presided over the lawsuit, Plaintiffs' Counsel and Defendant's Counsel, their employees, legal representatives, heirs,

**Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com**

successors, assigns, or any members of their immediate family; (ii) any government entity; (iii) Reckitt Benckiser and any entity in which Reckitt Benckiser has a controlling interest, any of its subsidiaries, parents, affiliates, and officers, directors, employees, legal representatives, heirs, successors, or assigns, or any members of their immediate family; and (iv) any persons who timely opts-out of the Settlement Class.

# THE SETTLEMENT BENEFITS – WHAT YOU GET

## 6.  What does the Settlement provide?

The $50 million Settlement Fund will provide Cash Payments to Class Members who submit valid claims. Class notice and claim administration expenses, Plaintiffs' Counsel's attorneys' fees and expenses and any service awards to the Class Representatives (discussed below) will also be paid out of the Settlement Fund, if approved by the Court. The settlement distribution process will be administered by an independent Settlement Administrator approved by the Court.

## 7.  What can I get from the Settlement?

If you request an award for **3 bottles of Move Free Advanced or less**, no proof of purchase is necessary.

If you request an award for **more than 3 bottles of Move Free Advanced**, you must provide proof of purchase for each of those units purchased between May 28, 2015 and June 24, 2021.

**Cash Payment**: The estimated cash award is **$22** per bottle purchased. This award is based on the $22 average retail price of Move Free Advanced. These cash award amounts may be increased or decreased depending on the total collective value of the claims made by Class Members and other factors specified in the Settlement Agreement and in this Notice.

Any money remaining in the Settlement Fund after payment of settlement notice and administration, attorneys' fees and costs (Question 12 below), and Class Representative service awards (Question 12 below) ordered by the Court, and valid Class Member claims, will be paid pursuant to the *cy pres* doctrine to the Orthopaedic Research Society.

# HOW TO GET BENEFITS FROM THE SETTLEMENT

## 8.  How can I get my Cash Payment?

If you are a Class Member, you must fill out and submit a Claim Form to qualify for a cash payment. You can easily file your Claim at www.MoveFreeAdvancedSettlement.com. You can also download a paper Claim Form from the website or get one by calling the Settlement Administrator at 1-855-435-0524. The completed Claim Form must be submitted online by **November 8, 2021**, or by mail at the address below, **postmarked** by **November 8, 2021**.

<div align="center">
Move Free Advanced Settlement Administrator<br>
P.O. Box 5439<br>
Portland, OR 97228-5439
</div>

Upon receiving a completed claim form, the Settlement Administrator will review the documentation and confirm or deny your eligibility for an award.

**Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com**

- 4 -

ADB874 v.02

### 9.  When will I receive my Cash Payment?

The Court will hold a hearing on **October 28, 2021**, at **2:00 p.m.** (which is subject to change), to decide whether to approve the Settlement. Even if the Court approves the Settlement, there may be appeals. The appeal process can take time, perhaps more than a year. You will not receive your Cash Payment until any appeals are resolved. Please be patient.

### 10.  What am I giving up to receive these Settlement benefits?

Unless you exclude yourself ("opt out") from the Settlement Class by timely submitting an Exclusion Request (see Questions 13-14 below), you will remain in the Settlement Class. By remaining in the Settlement Class you "release" and can't sue, continue to sue, or be part of any other lawsuit against Reckitt Benckiser about the "Released Claims" in this case. These Released Claims are only those claims that you could have brought based on the identical factual predicate of those claims brought in this case about the alleged misleading marketing and labeling of Move Free Advanced sold between May 28, 2015 and June 24, 2021.

The Settlement Agreement at Section VIII (titled "Releases") describes these "Released Claims" and the "Released Parties" in necessary legal terminology, so read these sections carefully. For ease of reference, the full release section of the Settlement Agreement is attached to this Notice as Appendix A. The Settlement Agreement is available at www.MoveFreeAdvancedSettlement.com or in the public court records on file in this lawsuit. For questions regarding the Releases or what they mean, you can also talk to one of the lawyers listed in Question 11 below for free, or you can, talk to your own lawyer at your own expense.

# THE LAWYERS REPRESENTING YOU

### 11. Do I have lawyers in this case?

The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP, of San Diego, CA, to represent you and the other Class Members. The lawyers are called Class Counsel. They are experienced in handling similar class action cases. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

You may contact Class Counsel if you have any questions about this Notice or the Settlement. *Please do not contact the Court*.

> **Class Counsel:**
> Timothy G. Blood
> Thomas J. O'Reardon II
> Blood Hurst & O'Reardon, LLP
> 501 W. Broadway, Suite 1490
> San Diego, CA 92101
> Tel: 619-338-1100
> Email:info@bholaw.com
> Website: www.bholaw.com

### 12.  How will the lawyers be paid?

Class Counsel will ask the Court for an award of attorneys' fees up to 25% of the Settlement Fund ($12,500,000) and for reimbursement of expenses of up to $750,000. Any award of attorneys' fees

**Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com**

- 5 -

AD8875 v.02

000 0000004 00000000 0004 0014 00002 INS:

and costs will be paid from the Settlement Fund. Class Counsel will also ask the Court for service awards to each of the Class Representatives: up to $7,500 for Gordon Noburo Yamagata, Stamatis F. Pelardis and Maureen Carrigan, and up to $500 to Lori Coletti, Ann-Marie Maher, Carol Marshall, Deborah A. Rawls, Oneita Steele, and Maxine Tishman. The purpose of the service awards is to compensate the Plaintiffs for their time, efforts and risks taken on behalf of the Settlement Class. Any award of payment to the Class Representatives will be paid from the Settlement Fund.

## YOUR RIGHTS – EXCLUDING YOURSELF FROM THE SETTLEMENT

If you don't want a Cash Payment, but want to keep the right to sue or continue to sue Reckitt Benckiser, on your own, about the legal issues in this case, then you must take steps to exclude yourself from the Settlement (get out of the Settlement). This is called "excluding yourself"—or is sometimes referred to as "opting out" of the settlement class.

### 13. How do I get out of the Settlement?

To exclude yourself from the Settlement, you must send a "Request for Exclusion" in the form of a letter or Request for Exclusion form stating that you want to be excluded from *Yamagata v. Reckitt Benckiser, LLC*, Case No. 3:17-cv-03529-VC. Be sure to include your name, address, telephone number, and basis upon which you are a Class Member. You must mail your Request for Exclusion **postmarked** by **October 14, 2021** to: Move Free Advanced Settlement Administrator, P.O. Box 5439, Portland, OR 97228-5439. Request for Exclusion forms can be obtained and submitted online at www.MoveFreeAdvancedSettlement.com.

If you do not follow these procedures and deadlines, you will remain a Class Member and lose any opportunity to exclude yourself from the Settlement. This means that your rights will be determined in this lawsuit by the Settlement Agreement if it receives final approval from the Court.

### 14. If I exclude myself, can I get anything from this Settlement?

No. If you exclude yourself, you cannot receive Cash Payments. But, you may sue, continue to sue, or be part of a different lawsuit against Reckitt Benckiser about the legal issues in this case.

## YOUR RIGHTS – OBJECTING TO THE SETTLEMENT

You can tell the Court that you don't agree with the Settlement or some part of it.

### 15. How do I tell the Court that I don't like the Settlement?

If you're a Class Member, you can object to the Settlement if you don't like any part of it. You can give reasons why you think the Court should not approve it. The Court will consider your views. Note: You can't ask the Court to order a different Settlement; the Court can only approve or reject the Settlement. If the Court denies approval, no settlement awards will be sent out and the lawsuit will continue. If that is what you want to happen, you must object.

To object, you must send a letter. Be sure to include the following information:

a. The case name and number (*Yamagata v. Reckitt Benckiser, LLC*, Case Number 3:17-cv-03529-VC);

b. Your name, address, telephone number and, if represented by counsel, the name, address, and telephone number of your counsel;

c. A statement under oath that you are a Class Member;

**Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com**

**- 6 -**

AD0878 v.02

d. A statement whether you intend to appear at the Final Approval Hearing, either in person or through counsel;

e. A statement of all your objections and the specific grounds supporting your objections;

f. A statement whether the objection applies only to you, to a specific subset of the Settlement Class, or to the entire Settlement Class;

g. Copies of any papers, briefs, or other documents upon which your objection is based; and

h. Your handwritten, dated signature (the signature of your counsel, an electronic signature, and the annotation "/s/" or similar annotation will not suffice).

Your objection must be submitted to the Court either by mailing (or by filing it at any location of the United States District Court for the Northern District of California) and served on Class Counsel and Defendant's Counsel received no later than **October 14, 2021**, to the following addresses:

| Court: | Class Counsel: | Defense Counsel: |
|---|---|---|
| Class Action Clerk | Timothy G. Blood | David T. Biderman |
| United States District Court, | Thomas J. O'Reardon II | Jasmine W. Wetherell |
| Northern District of California | Blood Hurst & O'Reardon, LLP | Perkins Coie LLP |
| 450 Golden Gate Avenue | 501 W. Broadway, Suite 1490 | 1888 Century Park East, Suite 1700 |
| San Francisco, CA 94201-3489 | San Diego, CA 92101 | Los Angeles, CA 90067 |

If you timely file an objection it will be considered by the Court at the Final Approval Hearing. You do not need to attend the Final Approval Hearing for the Court to consider your objection.

The Court will require substantial compliance with these requirements above. If you do not submit a written objection in accordance with the deadline and procedure set forth above, you will waive your right to be heard at the Final Approval Hearing. However, the Court may excuse your failure to file a written objection upon a showing of good cause, which, if granted, would permit you to still appear at the Final Approval Hearing and object to the Settlement.

### 16. What's the difference between objecting and asking to be excluded?

Objecting is simply telling the Court that you don't like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself is telling the Court that you don't want to be part of the Settlement Class. If you exclude yourself, you have no basis to object because you are no longer part of the case.

## YOUR RIGHTS – APPEARING AT THE FINAL APPROVAL HEARING

The Court will hold a "Final Approval Hearing" to decide whether to approve the Settlement. You may attend and you may ask to speak, but you don't have to.

### 17. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing at **2:00 p.m.** on **October 28, 2021**, at the United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, in Courtroom 4 – 17th Floor.

At the hearing, the Court will hear any comments, objections, and arguments concerning the fairness of the proposed Settlement, including the amount requested by Class Counsel for attorneys' fees and expenses. If there are objections, the Court will consider them. You do not need to attend this hearing. You also do not need to attend to have a comment or objection considered by the Court. After the

Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com

- 7 -

AD8877 v.02

hearing, the Court will decide whether to approve the Settlement. We do not know how long these decisions will take.

Note: The date and time of the Final Approval Hearing are subject to change by Court Order. Any change will be posted at www.MoveFreeAdvancedSettlement.com. You should check this website or the Court's PACER website to confirm that the date and/or time have not changed.

## 18. Do I have to attend the Final Approval Hearing?

No. Class Counsel will answer all questions Judge Chhabria may have. But, you are welcome to attend the hearing at your own expense. If you submit an objection, you do not have to attend the heading to talk about your objection. As long as you filed your written objection by the deadline, the Judge will consider it. You may also pay your own lawyer to attend, but it is not necessary.

## 19. May I speak at the Final Approval Hearing?

As long as you do not exclude yourself, you can (but do not have to) participate and speak for yourself in this lawsuit and Settlement. This is called making an appearance. You also can have your own lawyer speak for you, but you will have to pay for the lawyer yourself.

If you want to appear, or if you want your own lawyer instead of Class Counsel to speak for you in this lawsuit, you must send a letter saying that it is your "Notice of Intention to Appear in *Yamagata v. Reckitt Benckiser, LLC*." Be sure to include your name, address, telephone number, and your signature. Your Notice of Intention to Appear must be postmarked by **October 21, 2021**, and be sent to the Clerk of Court at the address listed in Question 15.

If you want to speak at the Final Approval Hearing without having followed these procedures, you may do so if you demonstrate good cause to the Court.

# YOUR RIGHTS – DO NOTHING

## 20. What happens if I do nothing at all?

If you do nothing, you'll be part of the Settlement Class, but get no Cash Payment from the Settlement. Unless you exclude yourself, you will not be permitted to continue to assert Released Claims in any other lawsuit against Reckitt Benckiser about the legal issues in this case, ever again.

# GETTING MORE INFORMATION

## 21. Are there more details about the Settlement?

This notice summarizes the proposed Settlement. More details are in the Settlement Agreement. You can get a copy of the Settlement Agreement at www.MoveFreeAdvancedSettlement.com, or by contacting Class Counsel by email or telephone at the address or number listed in response to Question 11 above.

## 22. How do I get more information?

You can call toll-free 1-855-435-0524, write to Move Free Advanced Settlement, P.O. Box 5439, Portland, OR 97228-5439; or go to www.MoveFreeAdvancedSettlement.com, where you will find answers to common questions about the Settlement, a Claim Form, motions for approval of the Settlement and Class Counsel's request for attorneys' fees and expenses, and other important documents in the case.

**Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com**

000 0000006 00000000 0006 0014 00002 INS:

You can also access information about this case through the Court's Public Access to Court Electronic Records (PACER) system. To learn about PACER and register for a PACER account, go to https://www.Pacer.gov/. Once you have a PACER account, you can access and retrieve documents from the Court's docket for the Action at https://ecf.cand.uscourts.gov/cgi-bin/login.pl. You can also access and retrieve documents from the Court's docket by visiting the Clerk's Office located at United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, between 9:00 a.m. and 4:00 p.m., Monday through Friday, excluding Court holidays.

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT'S CLERK OFFICE TO INQUIRE ABOUT THIS SETTLEMENT OR THE CLAIM PROCESS**

# Appendix A

VIII. RELEASES

A.      Upon the Effective Date, each and every Releasing Party shall by order of this Court be deemed to have released, waived, forfeited and shall be permanently barred and enjoined from initiating, asserting, and/or prosecuting any Released Claim against any Released Party based on the identical factual predicate in any court or any forum.

B.      In addition, with respect to the Released Claims, Plaintiffs specifically acknowledge and affirmatively waive any rights or benefits available to them under California Civil Code section 1542. California Civil Code section 1542 provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASEAND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Plaintiffs hereby waive any and all federal and state statutes similar in substance, meaning or application to California Civil Code section 1542.

C.      In consideration for the Agreement, Defendant and its parents, subsidiaries, divisions, departments, and affiliates, and any and all of its past and present officers, directors, employees, stockholders, agents, successors, attorneys, insurers, representatives, licensees, licensors, subrogees, and assigns shall be deemed to have, and by operation of the Final Approval Order and Judgment shall have, released Class Counsel and Plaintiffs from any and all causes of action that were or could have been asserted pertaining solely to the conduct in filing and prosecuting the litigation or in settling the Action.

D.      The Court shall retain exclusive and continuing venue and jurisdiction over the Parties and the Class Members to interpret and enforce the terms, conditions, and obligations under the Settlement Agreement and any disputes over such issues shall be brought in this Court.

**Questions? Call 1-855-435-0524, or Visit www.MoveFreeAdvancedSettlement.com**

- 9 -

AD8879 v.02

Attachment 6

000 0000007 00000000 0007 0014 00002 INS:

**MUST BE SUBMITTED ONLINE OR POSTMARKED NO LATER THAN NOVEMBER 8, 2021**

*Yamagata v. Reckitt Benckiser LLC*

Case No. 3:17-cv-03529-VC

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### Claim Form

For each bottle of Schiff Move Free® Advanced purchased **in the United States** between May 28, 2015 and June 24, 2021, Class Members may receive a Cash Payment of $22.

To participate in the Settlement, a completed Claim Form must be submitted no later than **November 8, 2021**.

The Cash Payments may be increased or decreased depending on the total collective value of the Claims made by Class Members and other factors specified in the Settlement Agreement.

If you request an award for **up to three (3)** bottles purchased, no Proof of Purchase is necessary.

If you request an award for **more than three (3)** bottles purchased, you must provide Proof of Purchase.

## CLAIMANT INFORMATION

FIRST NAME:

MI:   LAST NAME:

ADDRESS:

CITY:

STATE:   ZIP:

PHONE:

EMAIL (required):

## PURCHASE INFORMATION

Between May 28, 2015 and June 24, 2021 how many Schiff Move Free® Advanced, Schiff Move Free® Advanced Plus MSM, or Schiff Move Free® Advanced Plus MSM & Vitamin D bottles did you purchase **in the United States**?

## SUPPORTING DOCUMENTATION

All Claims for more than three (3) bottles purchased must include Proof of Purchase documentation. Proof of Purchase means receipts or other evidence establishing that you purchased Schiff Move Free® Advanced **in the United States** between May 28, 2015 and June 24, 2021. Please include your supporting documentation with this Claim Form.

**Please note:** No supporting documentation is needed for Claims for up to three bottles purchased.

QUESTIONS? CALL 1-855-435-0524 **OR VISIT**
WWW.MOVEFREEADVANCEDSETTLEMENT.COM



**01-CA40048422**
AD9881 v.06

PAYMENT ELECTION

Please select an option below to indicate if you would like to receive your Cash Payment by check via mail or by digital payment. **If you select digital payment, please ensure you provide a current, valid email address and mobile phone number with your Claim submission.** If the email address or mobile phone number becomes invalid for any reason, it is your responsibility to provide accurate contact information to the Settlement Administrator to receive a payment. When you receive the email or mobile phone text notifying you of your Cash Payment, you will be provided with digital payment options such as a digital MasterCard, Venmo, Amazon, or eCheck, to immediately receive your Cash Payment. At that time, you will also have the option to request a paper check instead of a digital payment.

**Please note:** Paper checks will expire ninety (90) days from the date on the check. You will not be reissued a check once the 90-day period expires.

Please indicate your preference below (required):

☐   I would like to receive a check via mail

☐   I would like to receive a digital payment

CERTIFICATION

By signing below, I affirm that the information provided on this Claim Form and any supporting materials submitted with it are true.

|  |  |  |
|---|---|---|

Signature                                    Date:  [ MM ] – [ DD ] – [ YYYY ]

Printed Name

If submitting your Claim by mail, please return your completed Claim Form, postmarked no later than **November 8, 2021**, to:

   Move Free Advanced Settlement Administrator
   P.O. Box 5439
   Portland, OR 97228-5439

You can also file your Claim online at www.MoveFreeAdvancedSettlement.com.

02-CA40048422
AD9882 v.06

Attachment 7

| | |
|---|---|
| **From:** | Noreply_MoveFreeAdvancedSett |
| **Sent:** | Wednesday, September 8, 2021 5:06 PM |
| **To:** | |
| **Subject:** | Deadline Approaching in Schiff Move Free® Advanced Class Action Settlement |

Click here to view this message in a browser window.

Unique ID: ▮▮▮▮▮▮

## **Time is running out to claim your Cash Payment from the Move Free Advanced® Settlement.**

**TO MAKE A CLAIM:** Click **here** or go to www.MoveFreeAdvancedSettlement.com/Login.

Submitting a Claim is easy. No documentation is required to receive up to $66.

**If you purchased Schiff Move Free® Advanced glucosamine supplements, you may be entitled to Cash Payments of up to $66 or more from a class action settlement.**

According to our records, you have not yet submitted a Claim. If you do not submit a Claim, you cannot receive any payment.

**What can I get?** For each eligible bottle purchased, Class Members may receive a Cash Payment of **$22**. No proof of purchase is required for Claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of Claims made and other factors explained in the Settlement Agreement.

**How do I get more information?** Visit www.MoveFreeAdvancedSettlement.com or www.bholaw.com for more details, including to view the full terms of the Settlement Agreement, FAQs, an online Claim Form, and court filings.

If you have any questions, please visit the websites listed above, call 1-855-435-0524, or contact Class Counsel by emailing the law firm Blood Hurst & O'Reardon, LLP at info@bholaw.com.

A federal court has authorized this notice. This is not a solicitation from a lawyer.

*Yamagata v. Reckitt Benckiser, LLC,* Case No. 3:17-cv-03529-VC (U.S. District Court, Northern District of California)

AE460_v02

If you would prefer not to receive further messages from this sender, please Click Here and confirm your request.

You can also send your request to Move Free Advanced Settlement Administrator P.O. Box 5439, Portland, Oregon 97228-5439, United States.

Attachment 8

# **If you purchased Schiff Move Free® Advanced glucosamine supplements you may be entitled to cash payments from a class action settlement.**

*SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.*

If you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D** from **May 28, 2015** to **June 24, 2021**, you may be a "Class Member" and entitled to receive a cash payment from a class action settlement. In *Yamagata v. Reckitt Benckiser, LLC*, Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The defendant in the lawsuit denies these claims.

To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **www.MoveFreeAdvancedSettlement.com** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No proof of purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I get a cash payment?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **www.MoveFreeAdvancedSettlement.com** or by mail. The deadline to submit a Claim Form is **November 8, 2021**.

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at **www.MoveFreeAdvancedSettlement.com** by **October 14, 2021**. You may also write to the Court if you wish to object to the Settlement by **October 14, 2021**. The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit **www.MoveFreeAdvancedSettlement.com** or call 1-855-435-0524.

Attachment 9

# Webcams

Continued from Page 1B

"The best way to fight surreptitious recording is to make sure your device doesn't get compromised in the first place," Grimes wrote. "Make sure you aren't socially engineered into running a Trojan horse program you shouldn't have executed; your device is fully patched at all times; and you use different, strong, passwords at every website and service. Do that, and you'll defeat every malicious hacker and malware program – not just the ones that do secret webcam recordings," Grimes added.



CIMKIZ WEBCAM COVER

### How can I tell if my webcam has been hacked?

Will you know, though, if someone's watching you through your webcam? You should.

Most webcams have a green, red or white light to show they're on. "The best webcams have a light that indicates when they are being used," explained Grimes. "But people don't always notice that the light is on or don't know that they're being recorded – especially if they're not expecting it."

If your webcam light comes on at strange times, especially when you didn't just walk over and turn it on, that's a giant red flag. Even if a scammer doesn't capture compromising video of you doing things you don't want your mother to see, webcams shouldn't accidentally turn themselves on, and it's a device malfunction at best.

If this happens, close down all your active apps, including any that are running in the background. This will let you know if any apps are turning on your webcam by themselves, which could happen if you gave them permission to do that when you downloaded or signed up for them. Delete any you find that might be turning your webcam on when not in use.

### Has a browser extension gone rogue?

Another potential cause of your webcam going rogue could be a browser extension. Close all of your internet browsers and then reopen them one at a time. Does your webcam indicator light come up when you click on a particular browser? If the answer is yes, your next step is to delete every single browser extension, then add them back one by one to figure out exactly which one causes the camera to turn on. If you find the culprit, delete it. Chances are there's an equally good browser extension you can use that doesn't accidentally turn your webcam or microphone on at random.

### Have you run trusted antivirus software, even on a Mac?

If you think your computer has been compromised in any way, run a trusted malware scan, yes, even on a Mac. I've used Sophos, AVG, Malwarebytes and many others.

If you already have a good antivirus app, running a manual scan will let you know if there's anything suspicious on your device. If there is, click on the specifics to see if your webcam's compromised and make sure the antivirus app removes potentially problematic apps or files.

If you have been hit by malware, there's a chance it installed a RAT on your system, which may give it access to your webcam, which often is called "camfecting." Well-known camfecting attacks include Rbot-GR, Mirai and InvisiMole, among others. If a keyword like any of these pops up, you know you're dealing with the big dogs, and it's time to clean up your computer. If you have a RAT, get rid of it as soon as possible. It can do more than record you. It can access files and possibly log keystrokes to access passwords.

One caveat here: Make sure the antivirus scan, especially if you get it from an app, is a legit one, too. That means downloading it from Apple's App Store,

Google Play or straight from a verified company site. People have been tricked into installing malicious software masquerading as antivirus apps. The apps – Mac Defender, MacProtector or MacSecurity – promised to get rid of malware on your Apple device but actually planted it there instead.

### Have you checked your security settings?

While you're troubleshooting, open your webcam app and check the security and accessibility settings, too. Do you have strong webcam passwords that no one has changed? Do any apps have access to your webcam that you don't remember granting permissions to?

Your antivirus software should let you check to make sure limited-access features are disabled and webcam alerts are turned on, so you'll always know when the camera's on. It's also a good idea to make sure your operating system is up to date and that no firewalls or other security settings have changed or been disabled recently.

### Got tape?

The easiest way to prevent anyone from seeing through that camera, though, might just be to cover it up when you're not using it. Many new laptops, smart home screens and tablets now come with a built-in webcam cover. Or you can buy a two-pack of webcam covers on Amazon for $7. Or take a cue from Facebook CEO Mark Zuckerberg and former FBI Director James Comey and use tape to cover it – and your device microphone – when you're not using them.

Even experts such as Grimes still cover theirs. "If I don't have one of those sliders, I use a black piece of electrical tape. It's cheap and easy to take on and off."

No matter how you plan to protect your privacy, remember the most important point here: Don't send money to anyone.

Take the sextortion scam for what it is – another sleazy cybercrime that you're too smart to fall for.

*The views and opinions expressed in this column are the author's and do not necessarily reflect those of USA TODAY.*

# Vaccinations

Continued from Page 1B

tion.

Similarly, jobs grew 0.1 percentage point slower than otherwise in a state for each 10 percentage point increase in new COVID-19 cases. Overall, new cases across the U.S. grew an average of 359.8% from early June to late July, according to the CDC and Gusto, which serves about 100,000 small businesses.

### Tennessee, Kansas struggle

During that period, the states with the most sluggish small business job growth in personal service sectors were Tennessee, Kansas, Mississippi and Georgia.

States with the largest employment advances were Vermont, Delaware, Montana and Maine, according to the report.

For example, Mississippi had the nation's lowest vaccination rate in early June at 27.9% and COVID-19 cases grew 628%, or more than sevenfold, from early June through late July. Personal services employment fell 2.3% during that period.

Tennessee had a slightly higher vaccination rate of 32.6% but a more than tenfold increase in COVID-19 cases. In turn, employment in personal service industries inched up just 0.3%.

### Vermont, Montana do better

By contrast, Vermont, with a 60% vaccination rate and a 421% rise in COVID-19 cases, saw jobs in those industries increase by 17.1%. And Montana, with a 40% vaccination rate but just a 150% rise in cases, notched a 13.5% jump in employment.

A separate study by Moody's found roughly similar results by looking at how much a state has returned to prepandemic levels of economic activity, relying on measures such as employment, home sale listings and seated restaurant diners. Broadly, states in the South and West with low vaccination and high infection rates fared worse last month in efforts to reclaim their pre-pandemic showings.

---

**Court-Ordered Legal Notice**

## If you purchased Schiff Move Free® Advanced glucosamine supplements you may be entitled to cash payments from a class action settlement.

*SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.*

If you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D** from **May 28, 2015** to **June 24, 2021**, you may be a "Class Member" and entitled to receive a cash payment from a class action settlement. In *Yamagata v. Reckitt Benckiser, LLC*, Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The defendant in the lawsuit denies these claims.

To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **www.MoveFreeAdvancedSettlement.com** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No proof of purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I get a cash payment?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **www.MoveFreeAdvancedSettlement.com** or by mail. The deadline to submit a Claim Form is **November 8, 2021**.

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at **www.MoveFreeAdvancedSettlement.com** by **October 14, 2021**. You may also write to the Court if you wish to object to the Settlement by **October 14, 2021**. The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit **www.MoveFreeAdvancedSettlement.com** or call 1-855-435-0524.



# It's amazing what $10 can do.

Your donations can help build communities. Find a project near you to believe in.

**acommunitythrives.mightycause.com**

## a community thrives

PART OF THE USA TODAY NETWORK

* SEE OFFICIAL RULES FOR DETAILS AND ELIGIBILITY



City workers load sandbags Friday for residents at a drive-thru sandbag distribution event in Miami ahead of the arrival of rains associated with Fred, which has since regained tropical storm strength. WILFREDO LEE/AP

# 'Life-threatening' Fred a tropical storm again, heads toward Florida

**John Bacon**
USA TODAY

A tropical storm warning was in effect Sunday for most of the Florida Panhandle as the remnants of Fred took aim for the coast and Tropical Storm Grace threatened to follow suit this week.

Fred, which regained tropical storm status early Sunday, could blast parts of the panhandle with up to a foot of rain and possibly tornadoes Monday and Tuesday, the National Weather Service said. And Grace could be worse.

"Indications point toward Grace tracking slightly farther to the north compared to Fred, so places like the U.S. ... could endure greater impacts compared to Fred," AccuWeather Senior Meteorologist Adam Douty warned.

Fred was centered 200 miles southwest of Tampa early Sunday, driving sustained winds of nearly 40 mph and rolling toward the coast at about 12 mph. Those strong winds stretched out for 80 miles from the storm's center.

On the forecast track, the system was expected to cross the Gulf of Mexico and make landfall in the western Florida Panhandle Monday, the weather service said.

A storm surge warning was in effect for parts of the panhandle. Jack Beven, a senior hurricane specialist, urged residents to follow evacuation and other instructions from local authorities. "This is a life-threatening situation," he said. "Take all necessary actions to protect life and property from rising water and the potential for other dangerous conditions."

Gov. Ron DeSantis has issued a state of emergency for 23 of Florida's 67 counties. Alabama Gov. Kay Ivey said authorities in her state also were monitoring the storm and encouraged residents to be "weather aware."

Tropical Storm Grace was sweeping across the Caribbean with sustained winds of about 40 mph. The storm was centered 145 miles south of San Juan, Puerto Rico, and the rains arrived early Sunday. Grace was bound for the Dominican Republic and Haiti sometime Monday. Some areas could be swamped with up to 15 inches of rain, the weather service said.

Douty said Grace could slam parts of the Southeast U.S. with heavy rains and strong winds by week's end if it maintains its organization.

*Contributing: The Associated Press*

# 'I hope they hear us praying': Hundreds dead in Haiti quake

**Gabriela Miranda**
USA TODAY

Early Saturday, Judeline Louis, a Port-au-Prince native, received a frantic call from her daughter, who lives in Haiti.

"Mom, there was an earthquake. Mom, the houses are crumbling again," her daughter told her over the phone.

The call came minutes after news spread that a magnitude 7.2 earthquake struck a small town in western Haiti, Louis said. Haiti's civil protection agency said Sunday that at least 724 were dead and at least 2,800 injured.

Louis moved to New York City five years after experiencing the devastating earthquake that struck Haiti in 2010. After that "nightmare," she said, she had hoped her family would never experience an earthquake again.

Louis said she couldn't reach her daughter again after that harrowing phone call.

"I just want to hear her voice again," Louis told USA TODAY. "I'm sad for my country."

Haitians were already contending with the assassination of their president, Jovenel Moïse, last month, as well as instability because of gang violence and surges in coronavirus infections. The country still had not fully recovered from the 2010 quake. And Tropical Storm Grace is headed for the island this week after Tropical Storm Fred knocked out power to 400,000 Haitian homes and businesses.

Haiti's new prime minister, Ariel Henry, said on Twitter that the government will declare a state of emergency and act quickly to reach those affected by the earthquake.

Political leaders, volunteers and residents from across the globe have raised support and offered help for Haiti. In Jamaica, where reports said the earthquake was felt, Prime Minister Andrew Holness offered prayers to



Damage is seen at Sacred Heart church after an earthquake in Les Cayes, Haiti, on Saturday. DELOT JEAN/AP

those affected.

Vice President Kamala Harris said the U.S. is working "swiftly" to assess and provide recovery relief to Haiti.

In a statement, President Joe Biden called the earthquake "devastating" and offered condolences. "I have authorized an immediate US response and named USAID Administrator Samantha Power as the senior US official to coordinate this effort," he said.

Support also came in from outside the political spectrum. José Andrés, founder of World Central Kitchen, an organization that supplies meals to countries in need, tweeted that the organization is ready to help.

Louis said she hopes the people of Haiti feel the worldwide support.

"I hope they hear us praying," Louis said. "I hope all of Haiti can feel our prayers from around the world."

*Contributing: Cady Stanton, Jordan Mendoza, USA TODAY; The Associated Press*

# CDC says only most vulnerable should get 3rd vaccine shot

**Karen Weintraub**
USA TODAY

People with severely weakened immune systems should be able to receive a third dose of COVID-19 vaccine, the Centers for Disease Control and Prevention said.

"This official CDC recommendation – which follows FDA's decision to amend the emergency use authorizations of the vaccines – is an important step in ensuring everyone, including those most vulnerable to COVID-19, can get as much protection as possible from COVID-19 vaccination," CDC Director Rochelle Walensky said in a statement Friday.

The Food and Drug Administration decided late Thursday to allow extra shots for people who are immunocompromised but left it up to the CDC to define exactly who should get the doses.

A CDC advisory committee spent four hours Friday considering evidence on the safety and effectiveness of extra shots for specific groups of people whose immune systems do not work well, either because of disease or medication.

The Advisory Committee on Immunization Practices voted unanimously to offer a third shot to a very narrow band of people: the 2.7% of Americans with the weakest immune systems, who were unlikely to get adequate protection from their initial shots.

Extra vaccines should be available in the next few days for the immunocompromised, who will be asked about their immune status before all vaccinations.

The severely immunocompromised are often left unprotected by the two-dose vaccine regimen from Moderna and Pfizer-BioNTech. Roughly 40% to 44% of people hospitalized with severe COVID-19 infections after vaccination are immunocompromised, the CDC said.

Immunocompromised people who

contract COVID-19 are more likely to pass it on to people they live with.

According to the CDC, people who should be considered for a third dose are:

● Those in active cancer treatment; those who have received organ transplants and are taking immunosuppressive therapy.

● People who have received CAR-T cell or blood stem cell transplants.

● People who suffer from moderate or severe primary immunodeficiency (such as those with DiGeorge or Wiskott-Aldrich syndromes).

● People with advanced or untreated HIV infection.

● Those taking 20 milligrams or more or corticosteroids such as prednisone every day, or alkylating agents, antimetabolites, transplant-related immunosuppressive drugs, severely immunosuppressive cancer chemotherapeutic agents, TNF blockers and other biologic agents that are immunosuppressive or immunomodulatory.

CDC officials steered away from using the word "booster," emphasizing that the third shot would be part of a normal vaccination course for severely immunocompromised people.

The CDC and FDA have determined booster shots are not yet needed by the general population.

Although most people eventually will need boosters eventually, initial shots do an excellent job of protecting people against serious disease and death, Walensky said.

For a third dose, people should try to get the same vaccine they received the previous two times, but they could switch between Pfizer-BioNTech and Moderna if necessary, the CDC said.

*Health and patient safety coverage at USA TODAY is made possible in part by a grant from the Masimo Foundation for Ethics, Innovation and Competition in Healthcare. The Masimo Foundation does not provide editorial input.*

**Court-Ordered Legal Notice**

## If you purchased Schiff Move Free® Advanced glucosamine supplements you may be entitled to cash payments from a class action settlement.

*SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.*

If you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D** from **May 28, 2015** to **June 24, 2021**, you may be a "Class Member" and entitled to receive a cash payment from a class action settlement. In *Yamagata v. Reckitt Benckiser, LLC*, Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The defendant in the lawsuit denies these claims.

To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **www.MoveFreeAdvancedSettlement.com** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No proof of purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I get a cash payment?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **www.MoveFreeAdvancedSettlement.com** or by mail. The deadline to submit a Claim Form is **November 8, 2021**.

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at **www.MoveFreeAdvancedSettlement.com** by **October 14, 2021**. You may also write to the Court if you wish to object to the Settlement by **October 14, 2021**. The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit **www.MoveFreeAdvancedSettlement.com** or call 1-855-435-0524.

## CORONAVIRUS PANDEMIC

# Faith leaders help spur vaccinations

### Some frame getting shots as a religious obligation

**Christine Fernando**
USA TODAY

CHICAGO – Lines of people waited at an Illinois mosque early in August to roll up their sleeves and get their COVID-19 shots – the product of months of work behind the scenes.

Imams at the Mosque Foundation in Bridgeview, Illinois, have been preaching about the importance of getting vaccinated. Newsletters urging vaccines were sent out. The foundation's app informed users on how to get vaccinated.

"We have some people who are hesitant, but overall these efforts have had huge success," said Oussama Jammal, the Mosque Foundation's president and secretary-general of the U.S. Council of Muslim Organizations. "It's making a real difference."

Across the country, faith leaders such as Jammal are urging their community members to get vaccinated. Some have even called getting vaccinated a religious obligation grounded in concerns for the greater good.

While some faith communities are struggling with vaccine hesitancy, in many cases, the push by religious leaders is working – studies show hesitancy rates dropping by 11 to 15 percentage points across all major faith groups.

Messaging from religious leaders, more than from political or medical representatives, may be the most effective in encouraging vaccinations, a South Dakota State University survey shows.

"Faith leaders are seen as those outside players who can approach somebody from within their community," said David Wiltse, an associate professor of political science at South Dakota State University who led the survey.

Pope Francis, for example, recently told Catholics that getting vaccinated is "an act of love." In St. Louis, Muslim leaders urged a vaccine, saying it is in accordance with the Quran to keep yourself and others healthy.

Jammal said vaccinations "should be an unquestionable Islamic mandate."

"If you get sick because of negligence, that is equivalent to a sin because you've put your life in danger and put the lives of others in danger."

In Washington, D.C., Rabbi Shmuel Herzfeld of Ohev Sholom – The National Synagogue made a TikTok about his participation in the Moderna vaccine trials and preached about how getting vaccinated is a religious responsibility.

"It is our responsibility to speak out on moral issues of the day, and that's what this is," he said.

Christian teachings about protecting the vulnerable should also encourage people to get vaccinated, said Kelly Brown Douglas, dean of Episcopal Divinity School at Union Theological Seminary in New York City.

She called vaccinations a moral obligation, drawing on God's commandment to "love thy neighbor."

"Our task as faith leaders is to remind us that we are all one," she said, "and getting vaccinated is the duty we have to all those around us."

### Hesitancy has been high

Vaccine hesitancy fell between March and June among all major religious groups as many embraced vaccines at the urging of faith leaders, according to a survey by the Public Religion Research Institute.

Those drops in hesitancy are the direct result of robust campaigns by faith leaders, especially of Black churches, said Natalie Jackson, director of research at the institute.

While Black Protestants were initially at the center of national conversations about vaccine hesitancy, they have seen a significant increase in vaccine acceptance, rising from 49% to 66%, according to the survey. Vaccine hesitancy among Black Protestants dropped from 32% to 21%.

For white evangelical Protestants, acceptance of vaccines has increased from 45% to 56%, but they stand out among groups least receptive, with 24% refusing vaccination and 20% who are hesitant, the survey said.

"There was a time that we were only talking about vaccine hesitancy in Black Protestant communities," said Curtis Chang, co-founder of Christians and the Vaccine and a former evangelical pastor. "Now, it's a white evangelical issue."

White evangelicals have long harbored a mistrust of federal institutions,


Dennis Shaffer receives a COVID-19 vaccine from nurse Michelle Butcher in Springfield, Mo., on July 12. NATHAN PAPES/USA TODAY NETWORK

said Wiltse, the political science professor. That combined with a wariness of mainstream science – fed by online conspiracy theories and politicization of the vaccines – has led to a distrust of the COVID-19 vaccines, he added.

"This is a base that has gotten radicalized by outside forces," Chang said. "I've heard from some pastors that Tucker Carlson gets them for 20 hours a week, and I get them for one. They feel like they can't compete with the conspiracies and fear and doubt."

Plus, evangelicalism is a "very individualized religion," said Ryan Burge, also a pastor in the American Baptist Church. "Their entire theology and politics are based on this individualistic worldview. So if you teach them that and then say to get the vaccine because it protects other people too, they've never been taught to make decisions like that."

Douglas, dean of Episcopal Divinity School, said this individualism differs from that of Black church communities, which have historically had to rely on their own community members for survival when the government has failed them because of systemic racism.

"When we talk about the Black church community, we are talking about a faith tradition that has always functioned to benefit the community," Douglas said.

Vaccine refusal is more prevalent from the pews than the pulpit, with 95% of evangelical leaders saying they would be open to getting vaccinated in a January survey from the National Association of Evangelicals.

"Over the last five years or so, the congregations have swung to the right of their pastors, and you can see those politics emerge in vaccine refusal," Burge said. "There's a disconnect between pastors and congregations, and many pastors are wondering what to do."

Many evangelical pastors are afraid of bringing up vaccines, worried that doing so would unsettle congregations, said Daniel DeWitt, who directs the Center for Biblical Apologetics and Public Christianity at Cedarville University in Ohio. Pastors are "trying to walk a fine line," said DeWitt, who believes vaccinations are a moral responsibility for Christians.

In Florida, retired pastor Jerry Belloit said neighboring pastors in his rural community have been reluctant to explicitly support vaccinations because they're worried about losing members of their congregations.

Belloit, who coordinates Floral City United Methodist Church's vaccination clinics, said the church has organized four clinics, passed out vaccine information packets and preached about the importance of vaccination to overcome "misinformation and fear."

It has paid off. The church has almost a 95% vaccination rate, Belloit said. Citrus County, which includes the church, has a 45.7% vaccination rate, compared with 50.9% nationwide, according to Centers for Disease Control and Prevention data.

Southern states have seen some of the country's lowest vaccination rates – and highest COVID-19 case rates – in the country as the delta variant rips through unvaccinated communities.

In Texas, Robert Jeffress, televangelist and senior pastor of the 14,000-

"Maybe in these white evangelical communities, this isn't the work that happens from the pulpit but in individual conversation, from person to person," Douglas said. "It's just one person at a time, one family at a time."

Chang founded the advocacy organization Christians and the Vaccine to "persuade Christians, especially evangelical Christians, to think about the vaccine from a biblical perspective of being faithful to Jesus."

The group created videos and other resources to help people, including pastors, respond to concerns Christians may have about vaccines. The videos also include interviews from "trusted leaders from different strands of American evangelicalism."

### How to turn the tide

A recent study used one of those videos to examine the issue. Researchers at Columbia University and the Stanford Polarization and Social Change Lab found that unvaccinated Christians expressed more trust and greater intentions to get vaccinated after receiving vaccine endorsements from a medical expert who shared their religious identity.

"Our study suggests that the Christians and the Vaccine video we tested successfully persuaded Christians to get vaccinated, in part because it helped them see medical experts as sharing their religious values," James Chu, a Columbia University sociologist, said in a statement to USA TODAY. "Purely secular outreach efforts cannot do this."

For faith communities with more decentralized structures, like evangelical Christians, there needs to be more efforts to convene faith leaders and speak with a united voice, Chang said.

But all the pressure can't be on pastors to fight vaccine hesitancy, he said.

"You can't expect a pastor to carry all the weight," he said. "You also can't expect any individual person to do that. We need to build networks of trusted people around each person."

> "It is our responsibility to speak out on moral issues of the day, and that's what this is."
> Rabbi Shmuel Herzfeld

member First Baptist Church in Dallas, said getting vaccinated is "a spiritual as well as a scientific issue."

He said he often uses an anti-abortion framing to encourage vaccines.

"We are strong advocates for the sanctity of life, and that refers to not just life inside the womb but life outside the womb as well," he said, adding vaccines were "a gift from God."

Advocates say subtle approaches and one-on-one conversations may be more effective for those who are religious and vaccine hesitant.

**Court-Ordered Legal Notice**

### If you purchased Schiff Move Free® Advanced glucosamine supplements you may be entitled to cash payments from a class action settlement.

*SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.*

If you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D** from **May 28, 2015** to **June 24, 2021**, you may be a "Class Member" and entitled to receive a cash payment from a class action settlement. In *Yamagata v. Reckitt Benckiser, LLC*, Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The defendant in the lawsuit denies these claims.

To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **www.MoveFreeAdvancedSettlement.com** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No proof of purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I get a cash payment?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **www.MoveFreeAdvancedSettlement.com** or by mail. The deadline to submit a Claim Form is **November 8, 2021**.

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at **www.MoveFreeAdvancedSettlement.com** by **October 14, 2021**. You may also write to the Court if you wish to object to the Settlement by **October 14, 2021**. The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit **www.MoveFreeAdvancedSettlement.com** or call 1-855-435-0524.

**MONEY**

# TRAVEL

# Don't get left out in cold on vacation

### Make sure attractions are open before traveling



**On Travel**
Christopher Elliott
USA TODAY

If you're planning a summer vacation, how do you know if the places you want to visit are open?

Since the pandemic, many attractions have closed temporarily – or permanently. Restaurants may limit hours because of staff shortages. Museums have limited visitors through a timed-entry admission system. If you tried to visit a museum in Washington, D.C., this spring, you know what I mean.

It could happen on your next trip. And you're probably going somewhere this summer. A new survey by Country Financial, an insurance and financial services company, finds 48% of Americans have made vacation plans.

"It makes sense that people are eager to have some fun after a difficult year," notes Troy Frerichs, the company's vice president of investment services.

The Country Financial study finds that surprisingly, Americans' financial security is at a five-year high, meaning that a lot of visitors will be planning special events like weekends at a theme park, eating a special restaurant meal, or visiting a favorite museum.

It turns out there are ways to find out if an attraction is open this summer, from consulting a reliable website and social media to calling an expert to calling the place yourself (yes, that still works).

### But my favorite tourist attraction is open – right?

When it comes to your summer travel plans, assume nothing. My family learned that lesson a few weeks ago when we planned a trip to Orlando, Florida. We wanted to do two things: See Walt Disney World and have lunch at our favorite restaurant, Dandelion Community Cafe, better known to locals as Dandy's.

We found plenty of information on Disney, which was half-open at the time. And fortunately, I had some reliable contacts on the ground who could help, including a few in-the-know travel agents.

But I didn't even think about checking on Dandy's because it was a popular restaurant. One of my kids decided to have a look, anyway. That's when we discovered that the owner had shut down the restaurant permanently.

### How to find out online if a tourist attraction is open

One tried-and-true method: Check an official website. An organization's official online presence or a convention and visitors bureau or official tourism organization will usually have the most up-to-date information.

"Since COVID-19 hit, I update a page on our website with the latest information," says Julie Roller Weeks, director of the convention and visitors bureau in Abilene, Kansas. On the Abilene site, she always lists the date of the last update. And it's important to note that date if you're using a site as a reference.

An official city site may also list helpful information. For example, Virginia Beach, Virginia, recently opened a resort management office that you can call or visit during your trip. "If you can't get through by calling directly, try social media," says Taylor Adams, director of Virginia Beach Economic Development. Virginia Beach is particularly responsive to social media questions.

If the attraction is still posting on its Twitter or Facebook account, chances are it's still open. Bonus points if it answers your tweet or Facebook message about opening hours.

### Call someone who knows

Another way to find out is to call someone who knows.

"All the overworked hotel concierges in the industry will hate me for saying this," says Kim Greulich, founder of KG Travel Club, a luxury travel agency. "But call the concierge at a luxury hotel close to the tourist attraction and ask. It's the concierge's job to be up to date on hours, restrictions, and opening dates for local attractions."

Speaking of travel agencies, it goes without saying that your travel adviser should also know – or know someone who knows. Over the years, travel advisers have been some of my best sources for finding out if an attraction is open. If you work with a travel agent, I think it's absolutely fine to ask your adviser if an attraction is open, even if you're not booking your vacation through that agent. Most agents I know are happy to help, and they know you'll be back to book another vacation soon.

Even your travel insurance can help. For example, an insurance company like Allianz offers a 24/7 assistance hotline. "We can help with questions about the reopening status of a museum, park or other tourist attraction," says LaShanta Sullivan, who manages Allianz Partners USA travel assistance department.

### This method still works, too

There's always the direct method. "If you're in doubt about whether a place is open or not, the solution to your problem is likely already in your hand," says Shylar Bredewold, owner of Odyssean Travel, a tour operator. "You have to stop texting, emailing, posting on social media and actually call another human being on the phone."

If the business doesn't answer the phone, that's usually a bad sign. Two more telltale signs of trouble: if no one answers the phone during business hours, and if you get a "mailbox full" message. And if you do get an answering message, don't rely on it for accurate opening hours. If you're trying to find out if something is open for an international trip, Bredewold recommends learning a few key phrases in that language, such as, "Do you speak English?"

### What if an attraction isn't open?

So what do you do if a theme park, museum or restaurant is closed? Don't despair. You know what Helen Keller said: when one door of happiness closes, another one opens. You can always find another attraction, and it might even be better than the one that shut down.

We were sad about Dandy's closing, but we quickly discovered Dharma's Fine Vittles in Orlando's Milk District, which serves generous vegan entrees. It also houses Valhalla Bakery, which sells tasty pastries. Both have the same vibe we loved about the defunct Dandy's. And now we have another reason to go back to Orlando.

### Insider tips for visiting a tourist attraction this summer

**Have a plan B.** That's the advice of Barry Ivan Silber, co-owner of Adventure DC Tricycle Tours. He's had to switch things around on his tours several times during the pandemic, as museums and galleries opened and closed. His go-to resource for finding an alternate that's open?

"I start with my local tourism site that has a page about what has been open throughout the pandemic," he says. For

him, that's the What's Open page on the Washington, D.C., website that tracks real time and upcoming openings as announced.

**Online is more reliable than print.** As a former newspaper guy, it hurts me to say this. But when it comes to attraction openings, don't trust what's printed. This spring, when I visited Alexandria, Virginia, I had a brochure that listed opening hours. The pandemic had turned everything upside down. Fortunately, Alexandria has a page with updated information and Centers for Disease Control and Prevention guidance. That's where to look for the latest info.

"We regularly check the websites of local attractions to find their current opening and closing status and make sure we put all the latest information on one page," says Patricia Washington, CEO of Visit Alexandria.

**As a last resort, look for reviews.** If an attraction isn't answering the phone and you can't really tell if it's operating, there's one last place you can look. "Check for recent reviews," says Steve Schneiter, founder of Denver Microbrew Tour. "If there are new reviews of the attraction from a couple of days or weeks ago, you can likely assume that the activity is operating."



"You have to stop texting, emailing, posting on social media and actually call another human being on the phone," says Shylar Bredewold, co-founder of Odyssean Travel. ANTONIOGUILLEM/GETTY IMAGES

---

**Court-Ordered Legal Notice**

## If you purchased Schiff Move Free® Advanced glucosamine supplements you may be entitled to cash payments from a class action settlement.

*SI DESEA RECIBIR ESTA NOTIFICACIÓN EN ESPAÑOL, LLÁMENOS O VISITE NUESTRA PÁGINA WEB.*

If you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D** from **May 28, 2015** to **June 24, 2021**, you may be a "Class Member" and entitled to receive a cash payment from a class action settlement. In *Yamagata v. Reckitt Benckiser, LLC*, Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The defendant in the lawsuit denies these claims.

To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **www.MoveFreeAdvancedSettlement.com** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No proof of purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I submit a Claim Form?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **www.MoveFreeAdvancedSettlement.com** or by mail. The deadline to submit a Claim Form is **November 8, 2021.**

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at **www.MoveFreeAdvancedSettlement.com** by **October 14, 2021.** You may also write to the Court if you wish to object to the Settlement by **October 14, 2021.** The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit **www.MoveFreeAdvancedSettlement.com** or call 1-855-435-0524.

# Attachment 10



# NEWS »

News    Best Countries    Best States    Healthiest Communities    Cities    Elections    The Racial Divide

Sign in

Home / News / Health News

# Health News

  



### ARIZONA NEWS

## Schools Reopen With Masks Optional in Many US Classrooms

Schools have begun reopening in the U.S. with most states leaving it up to local schools to decide whether to require masks.

**Associated Press**   Aug. 6, 2021


If you purchased Schiff Move Free® Advanced glucosamine supplements, you may be entitled to cash from a class action settlement.

## MORE HEALTH CARE NEWS

**NEWS**
Healthcare of Tomorrow


**NATIONAL NEWS**
New Health Care Index Shows Increased Costs


**NEWS**
Risks Are High at Low-Volume Hospitals


## RECOMMENDED

## THE LATEST

## AHA News: Never Late for Work, His Worried Sister Found Him at Home Having a Stroke

Aug. 6, 2021

## Health Highlights: Aug. 6, 2021

Aug. 6, 2021

U.S.News

NEWS »

News · Best Countries · Best States · Healthiest Communities · Cities · Elections · The Racial Divide

Sign in

**Community Health Leadership Forum »** A U.S. News virtual event series on how to improve community health across the country. Learn more >>

Home / News / Health News

# Health News

   



**ARIZONA NEWS**

## Schools Reopen With Masks Optional in Many US Classrooms

Schools have begun reopening in the U.S. with most states leaving it up to local schools to decide whether to require masks.

Associated Press    Aug. 6, 2021



Visit www.MoveFreeAdvanced Settlement.com to learn more.

## MORE HEALTH CARE NEWS

**NEWS**
Healthcare of Tomorrow



**NATIONAL NEWS**
New Health Care Index Shows Increased Costs



**NEWS**
Risks Are High at Low-Volume Hospitals



## THE LATEST

### AHA News: Never Late for Work, His Worried Sister Found Him at Home Having a Stroke

Aug. 6, 2021

### Health Highlights: Aug. 6, 2021

Aug. 6, 2021

## RECOMMENDED

# healthline

Health Conditions ⌄   Discover ⌄   Plan ⌄   Connect ⌄        Subscribe    🔍

# Health News

Healthline News reports on emerging research, new treatments, diet, exercise, and trending topics in health and wellness. All articles are written by our network of editors and contributors. Everything we publish is fact checked by our panel of experts.



## Why Florida Is the Hardest Hit State During This COVID-19 Surge

Florida leads the nation in new COVID-19 cases, as well deaths related to the disease. A lack of vaccinations and mask mandates are factors.

READ MORE →



## COVID-19 Updates: Moderna Vaccine Still Effective Months Later

The United States continues to have the most COVID-19 cases and related deaths.

READ MORE →



## People Less Likely to Be Vaccinated Against COVID-19 When Facebook Is Their Main News Source

A new survey has found that people who turn to Facebook as

ADVERTISEMENT

If you purchased Schiff Move Free® Advanced glucosamine supplements, you may be entitled to cash from a class action settlement.

Visit www.MoveFreeAdvancedSettlement.com to learn more.

CORONAVIRUS UPDATE    CHECK YOUR SYMPTOMS    FIND A DOCTOR    FIND A DENTIST    CONNECT TO CARE    FIND LOWEST DRUG PRICES
SIGN IN    SUBSCRIBE

**WebMD**

HEALTH A-Z    DRUGS & SUPPLEMENTS    LIVING HEALTHY    FAMILY & PREGNANCY    NEWS & EXPERTS

SEARCH

ADVERTISEMENT

If you purchased Schiff Move Free® Advanced glucosamine supplements, you may be entitled to cash from a class action settlement.


# People Asking for Boosters Amid Scientific Uncertainty

COVID boosters may become necessary. But as more people ask for them, there just isn't enough data yet for their use now.

→ Moderna Says Boosters May Be Needed after 6 Months

→ Will the Delta Variant Peak and Then Burn Out?



# Coronavirus in Context

Questions about COVID? Email them to Dr. John Whyte at **drjohn@webmd.net** and he may answer them in an upcoming episode.







Pfizer Scientist Answers Key Vaccine Questions

Addressing Vaccine Hesitancy With Friends & Family

Keeping Kids Under 12 Safe From COVID-19


Implementation and validation support
Move forward
applied biosystems
by Thermo Fisher Scientific

ADVERTISEMENT

# Top Stories

SIGN IN | SUBSCRIBE

ADVERTISEMENT

Visit www.MoveFreeAdvancedSettlement.com
to learn more.

**WebMD**

CORONAVIRUS UPDATE | CHECK YOUR SYMPTOMS | FIND A DOCTOR | FIND A DENTIST | CONNECT TO CARE | FIND LOWEST DRUG PRICES

HEALTH A-Z | DRUGS & SUPPLEMENTS | LIVING HEALTHY | FAMILY & PREGNANCY | NEWS & EXPERTS

SEARCH

# People Asking for Boosters Amid Scientific Uncertainty

COVID boosters may become necessary. But as more people ask for them, there just isn't enough data yet for their use now.

→ Moderna Says Boosters May Be Needed after 6 Months

→ Will the Delta Variant Peak and Then Burn Out?



# Coronavirus in Context

**Questions about COVID? Email them to Dr. John Whyte at drjohn@webmd.net and he may answer them in an upcoming episode.**







Pfizer Scientist Answers Key Vaccine Questions

Addressing Vaccine Hesitancy With Friends & Family

Keeping Kids Under 12 Safe From COVID-19


Gain confidence with the MycoSEQ™ solution
Move forward
applied biosystems
by Thermo Fisher Scientific

ADVERTISEMENT

# Top Stories

**Major Nursing Home Chain Mandates Employee Vaccinations**

**Nutrient-Rich Plant-Based Foods Linked to Healthy Heart**

MENTAL HEALTH
**Stars open up**

CARING FOR AGING PARENTS?
**Anger is normal**

SOCIAL MEDIA
**Signs you need unplug**

EXPERIENCING AWE
**How to be present**

USA TODAY

SUBSCRIBE N
$4.99 per Month

News  Sports  Entertainment  [ Life ]  Money  Tech  Travel  Opinion  78°F  Subscribe  Sign In

Advertisement - scroll for more content

**If you purchased Schiff Move Free®
Advanced glucosamine supplements,
you may be entitled to cash from
a class action settlement.**

**Visit www.MoveFreeAdvanced
Settlement.com to learn more.**





## Life | Wellness



### Should you shower daily?

**HEALTH AND WELLNESS** 11:21 a.m. ET Aug. 6



🔒 Subscribe to view
### Amanda Kloots is dating again, and experts say that's OK.

Amanda Kloots said she's dating again after husband Nick Cordero's death. Relationship and grief experts say there's no such thing as 'too soon.'
**HEALTH AND WELLNESS** 9:07 a.m. ET Aug. 6



### You've heard of a menstrual cup, but what about a disc?

Menstrual discs are making their way into more menstruators' monthly routine. Here's what they are, how they work and the benefits.
**HEALTH AND WELLNESS** 8:36 a.m. ET Aug. 6

Advertisement

ad  CDC

The COVID-19 vaccines are the **first step to ending the pandemic.**

IT'S UP TO YOU
COVID-19 VACCINATION

> Get info at
**GetVaccineAnswers.org**

*We're always working to improve your experience. Let us know what you think.*







Friends

Pages
● 9+ new

Saved

News
● 5 new

Groups
● 3 new

See More



**Claims Notice**
Sponsored · 🌐

Purchasers of Schiff Move Free® Advanced glucosamine supplements may be entitled to cash.

···





MOVEFREEADVANCEDSETTLEMENT.COM

**Class Action Settlement**

Learn More

 Like      Comment      Share

Sponsored

 **The Real Deal**
autofi.com


**Sponsored**



**Move Free Class Action Settlement**
movefreeadvancedsettlement.com

Friends

Pages
9+ new

Saved

News
5 new

Groups
3 new

⌄ See More



**MovieWeb** ✔
4h · 🌐

It costs HOW MUCH?

MOVIEWEB.COM
**Disney's 'Star Wars: Galactic Starcruiser' Hotel Price Revealed and It's Not Cheap**
A vacation on the 'Star Wars: Galactic Starcruiser' will not come cheap, but it does come with q...

👍😆😮 117          128 Comments 33 Shares

👍 Like          💬 Comment          ↪ Share



**claims_notice**
Sponsored

· · ·





**Learn More**   ›

    



Purchasers of Schiff Move Free® Advanced glucosamine supplements may be entitled to cash. #classactionsettlement #classaction #classactionlawsuit

# Attachment 11

## MoveFree - Sponsored Search Keywords

MoveFree Settlement
MoveFree Litigation
MoveFree Class Action
MoveFree Lawsuit
MoveFree Claims
Move Free Settlement
Move Free Litigation
Move Free Class Action
Move Free Lawsuit
Move Free Claims
Schiff Settlement
Schiff Litigation
Schiff Class Action
Schiff Lawsuit
Schiff Claims
MoveFree Advanced Settlement
MoveFree Advanced Litigation
MoveFree Advanced Class Action
MoveFree Advanced Lawsuit
MoveFree Advanced Claims
Move Free Advanced Settlement
Move Free Advanced Litigation
Move Free Advanced Class Action
Move Free Advanced Lawsuit
Move Free Advanced Claims
Supplement Settlement
Supplement Litigation
Supplement Class Action
Supplement Lawsuit
Supplement Claims
Joint Supplement Settlement
Joint Supplement Litigation
Joint Supplement Class Action
Joint Supplement Lawsuit
Joint Supplement Claims
Glucosamine Supplement Settlement
Glucosamine Supplement Litigation
Glucosamine Supplement Class Action
Glucosamine Supplement Lawsuit
Glucosamine Supplement Claims
Glucosamine Settlement
Glucosamine Litigation
Glucosamine Class Action
Glucosamine Lawsuit
Glucosamine Claims

Chondroitin Supplement Settlement
Chondroitin Supplement Litigation
Chondroitin Supplement Class Action
Chondroitin Supplement Lawsuit
Chondroitin Supplement Claims
Chondroitin Settlement
Chondroitin Litigation
Chondroitin Class Action
Chondroitin Lawsuit
Chondroitin Claims
Vitamin Settlement
Vitamin Litigation
Vitamin Class Action
Vitamin Lawsuit
Vitamin Claims
Joint Vitamin Settlement
Joint Vitamin Litigation
Joint Vitamin Class Action
Joint Vitamin Lawsuit
Joint Vitamin Claims
Glucosamine Vitamin Settlement
Glucosamine Vitamin Litigation
Glucosamine Vitamin Class Action
Glucosamine Vitamin Lawsuit
Glucosamine Vitamin Claims
Chondroitin Vitamin Settlement
Chondroitin Vitamin Litigation
Chondroitin Vitamin Class Action
Chondroitin Vitamin Lawsuit
Chondroitin Vitamin Claims
Joint Pain MoveFree
Joint Pain Move Free
Arthritis Pain MoveFree
Arthritis Pain Move Free
Joint Pain Supplement
Joint Pain Vitamin
Arthritis Pain Supplement
Arthritis Pain Vitamin

Attachment 12



Supplement Class Action                                                    ✕   🎤   🔍

Q All    📰 News    🛒 Shopping    🖼 Images    ⚲ Maps    ⋮ More                    Tools

About 212,000,000 results (0.61 seconds)

Ad · https://www.movefreeadvancedsettlement.com/ ▾

### Legal Notice - Class Action Settlement

Purchasers of Move Free Advanced glucosamine **supplements** may be entitled to benefits.

https://www.fdli.org › 2021/05 › food-and-supplement-...    ⋮

### Food and Supplement Class Action Suits That Rely on ...

Historically, the majority of consumer **class actions** against food and dietary **supplement** companies were brought under state consumer protection statutes and ...

https://www.fdli.org › 2017/07 › food-dietary-supplem...    ⋮

### Food and Dietary Supplement Class Actions - Food and Drug ...

Jonathan Berman traced the growth of food and dietary **supplement class action** litigation to a case brought against Dannon Co. (Dannon), alleging that Dannon ...

https://www.raps.org › news-and-articles › news-articles    ⋮

### Dietary supplement class actions: Recent overlap with ...

Jun 17, 2020 — Most dietary **supplement class action** lawsuits focus solely on whether the "reasonable consumer" is deceived by a claim. And FDA compliance has ...

https://www.natlawreview.com › article › class-action-fa...    ⋮

### Dietary Supplement False Advertising Class Action Suits Inflict ...

Mar 8, 2021 — Case in point, last week Reckitt Benckiser LLC agreed to pay $53 million to settle claims that it deceptively marketed a glucosamine **supplement** ...



movefree claims

      Tools

About 953,000 results (0.49 seconds)

Ad · https://www.movefreeadvancedsettlement.com/ ▾

## Move Free Advanced - Legal Notice

Purchasers of glucosamine supplements may be included in a class action settlement.

https://hbw.pharmaintelligence.informa.com › Reckitt-T... ⋮

## Reckitt To Pay $50M Settling Class Action Challenging Move ...

Reckitt To Pay $50M Settling Class Action Challenging **Move Free** Advanced Health **Claims**. 24 Jun 2021. Eileen Francis eileen.francis@informa.com ...

https://topclassactions.com › supplements › move-free-sup... ⋮

## Move Free Supplement Maker Agrees to $53M False ...

Mar 5, 2021 — However, if there are too many **claims**, recovery amounts could be ... The **Move Free** Supplements False Advertising Class Action Lawsuit is ...

https://topclassactions.com › supplements › 1027170-m... ⋮

## Move Free Advanced False Advertising $50M Class Action ...

Jul 26, 2021 — Consumers who purchased certain **Move Free** Advanced supplements may be eligible to **claim** an estimated $66 without proof of purchase thanks to ...

https://www.cll.com › newsroom-news-173027 ⋮

## Dietary Supplements Alert--Be Careful in Making Product Claims

Apr 15, 2021 — Box of **Move Free**® Advanced Triple Strength dietary Supplement stating "Starts Comforting Sore Joints. Plaintiffs, on behalf of a class of New ...

Supplement Lawsuit

Q All | 🖼 Images | ▷ Videos | 📰 News | ⋮ More | Anytime ⌄ | Get beautiful photos on every new browser tab. Download >>

Ad related to: Supplement Lawsuit

### Legal Notice - Class Action Settlement

www.movefreeadvancedsettlement.com

Purchasers of Move Free Advanced glucosamine **supplement**s may be entitled to benefits.

Vitamin or mineral supplement lawsuits are not necessarily restricted to the pill or capsule forms of the supplements that most consumers are familiar with. Such lawsuits can also include vitamin drinks that purport certain health claims or benefits.

Reference:
Diet/Health Supplements - Lawsuits, Legal News & Issues ...

## People also ask

Can a lawsuit be filed against a vitamin drink?                        ⌄

What can you claim in a dietary supplement lawsuit?                    ⌄

What are the dangers of taking dietary supplements?                   ⌄

What is the law on taking dietary supplements?                        ⌄

### Dietary Supplement Lawsuit | Injury Lawyer, Attorney

www.schmidtlaw.com › dietary-supplement-lawsuit ⌄

Recently, dangerous products have sparked several dietary **supplement lawsuits.** One example regards DMAA, an amphetamine-like supplement that was implicated in the deaths of two U.S. soldiers. Other recent dietary **supplement lawsuits** regarded bogus health claims made by Acai berry product manufacturers, and more. Dietary Supplements and the FDA

### Images for Supplement Lawsuit

   

MoveFree Advanced Lawsuit

digitalm...  

Q All    🖾 Images    ▷ Videos    📰 News    ⋮ More          Anytime ⌄          Get beautiful photos on every new browser tab. Download >>

Ads related to: move free Advanced Lawsuit

**Move Free Advanced** - Legal Notice
www.movefreeadvancedsettlement.com
Purchasers of glucosamine supplements may be included in a class action settlement.

Need Pre-Settlement Cash Now? - Get the Money You Need Now
www.oasisfinancial.com
Receive the Money You Need Before Your **Case** Settles. Owe Nothing if You Lose Your **Case**.
Apply in Seconds & Receive Cash in as Fast as 24 Hrs, Once Approved.

Types of Cases            Apply in Seconds

How Does it Work?         Why Oasis?

Yamagata v. Reckitt Benckiser - Home
www.movefreeadvancedsettlement.com ⌄
May 28, 2015 · If You Purchased Schiff **Move Free® Advanced** Glucosamine Supplements, You
May Be Entitled to a Cash Payment from this Class Action Settlement. Submit a Claim A $50 million
Settlement has been reached in a class action **lawsuit** to resolve a **lawsuit** against Reckitt
Benckiser LLC, relating to Schiff **Move Free® Advanced** glucosamine supplements, that alleges
**Move Free Advanced** is misleadingly labelled and marketed.

Move Free Advanced False Advertising $50M Class Action ...
topclassactions.com › lawsuit-settlements › consumer ⌄
Jul 26, 2021 · **Move Free Advanced** False Advertising $50M Class Action Settlement. Consumers
who purchased certain **Move Free Advanced** supplements may be eligible to claim an estimated
$66 without proof of purchase thanks to a $50 million class action **lawsuit** settlement.... Read
More. Share

**Author:** Top Class Actions

Move Free Advanced Settlement 2021, fake joint pills class ...
considertheconsumer.com › class-action-settlements ⌄



Microsoft Bing

MoveFree Settlement

Andrew    925

ALL    IMAGES    VIDEOS    MAPS    NEWS    SHOPPING

37,000,000 Results    Any time ▾

Including results for move free settlement.
Do you want results only for MoveFree Settlement?

### Legal Notice - Class Action Settlement
https://www.**movefree**advanced**settlement**.com ▾
Ad Purchasers of **Move Free** Advanced glucosamine supplements may be entitled to benefits.

Reckitt Benckiser has agreed to a $53 million **settlement** in a class action lawsuit that accused the company of falsely advertising its Schiff **Move Free** supplements. Class Members will be able to claim up to $66 in cash or up to $225 in products without proof of purchase.

### Move Free Supplement Maker Agrees to $53M False ...
🎁 topclassactions.com/lawsuit-settlements/consumer-products/supplements/mo...

Was this helpful? 👍 👎

PEOPLE ALSO ASK

Where did the idea for move free come from?    ⌄

Can you get free cash from a class action settlement?    ⌄

Is there a class action settlement for Equifax?    ⌄

When did move free joint health supplements come out?    ⌄

Feedback

### Yamagata v. Reckitt Benckiser - Home
https://www.movefreeadvancedsettlement.com ▾
May 28, 2015 · A $50 million **Settlement** has been reached in a class action lawsuit to resolve a lawsuit against Reckitt Benckiser LLC, relating to Schiff **Move** Free® Advanced glucosamine supplements, that alleges **Move Free** ...

### Move Free Advanced Settlement 2021, fake joint pills class ...
https://considertheconsumer.com/class-action... ▾
Jul 30, 2021 · **Move Free** Advanced **Settlement** 2021 – Fake Joint Supplement Class Action Ends For $50 Million · By Consider The Consumer on July 29, 2021. **SETTLEMENT** ALERT: Schiff's **Move Free** Advanced

Microsoft Bing

MoveFree Advanced Class Action

Andrew    925 

ALL   SHOPPING   IMAGES   VIDEOS   MAPS   NEWS

8,350,000 Results        Any time ▾

**Move Free Advanced - Legal Notice**
https://www.**movefreeadvanced**settlement.com ▾
Ad Purchasers of glucosamine supplements may be included in a **class action** settlement.

There is a **Move Free Advanced Class Action** Settlement! If you've
purchased select **Move Free** Advanced Products between May 28, 2015 and
June 24, 2021, you may be eligible to receive a free cash settlement. The
Settlement offers an estimated cash award of $22 per bottle purchased. No
proof of purchase is required for claims of up to 3 bottles.

**Move Free Advanced Class Action Settlement - Hunt4Freebies**
www.hunt4freebies.com/move-free-advanced-class-action-settlement/

Was this helpful? 👍 👎 

**Yamagata v. Reckitt Benckiser - Home**
https://www.**movefreeadvanced**settlement.com ▾
May 28, 2015 · If You Purchased Schiff **Move Free**® **Advanced** Glucosamine Supplements, You May Be
Entitled to a Cash Payment from this **Class Action** Settlement. Submit a Claim A $50 million Settlement
has been reached in a **class action** lawsuit to resolve a lawsuit against Reckitt Benckiser LLC, relating to
Schiff **Move Free**® **Advanced** glucosamine supplements, that alleges **Move Free Advanced** ...

**If you purchased Schiff Move Free® Advanced glucosamine ...**
https://finance.yahoo.com/news/purchased-schiff... ▾ ⓘ
Aug 06, 2021 · Reckitt Benckiser, LLC, Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily
approved the Settlement of a **class action** lawsuit involving claims that these Schiff **Move Free** ® ...

**Move Free Advanced False Advertising Class Action Lawsuit**
https://www.hustlermoneyblog.com/move-free... ▾
Aug 03, 2021 · **Move Free Advanced** False Advertising CAL. Claim Form Deadline: November 8, 2021
Who's Eligible: The **Class** includes anyone who purchased **Move Free Advanced**, **Move Free Advanced**
Plus MSM, or **Move Free Advanced** ...
4.5/5 ★★★★⯪

**News about Move Free Advanced Class Action**
bing.com/news

If you purchased Schiff **Move Free**® Advanced glucosamine

See move free advanced cl... Ads ⓘ




**Move Free Ultra Triple Action, 3...**
$22.95
Walmart
29% price drop


**Move Free Type II Collagen,...**
$48.15
Amazon.com
Free shipping


**Move Free Ultra Triple Action...**
$69.72
OfficeSupply.c...
★★★★⯪ 1K+


**Move Free Ultra Triple Action...**
$23.99
Rite Aid
★★★★⯪ 1K+


**Schiff Move Free Ultra Triple...**
$30.99
Walmart
Free shipping


**Move Free® Ultra Triple...**
$24.99
Vitamin World
★★★★⯪ 1K+


**Product Of Move Free Ultra Tripl...**
$36.88
Walmart
Free shipping


**Move Free Ultra Triple Action, 3...**
$42.28
Walmart
Free shipping


**Move Free Ultra Triple Action, 3...**
$33.99
LifeIRL
★★★★★ 27

See more shopping results for **move free advanced class
action**

See your ad here ›

Attachment 13

# If you purchased Schiff Move Free® Advanced glucosamine supplements you may be entitled to cash payments from a class action settlement

USA - English ▾

NEWS PROVIDED BY
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION →**
Aug 06, 2021, 08:00 ET

SAN FRANCISCO, Aug. 6, 2021 /PRNewswire/ --

If you purchased **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM, or Move Free® Advanced Plus MSM & Vitamin D** from **May 28, 2015** to **June 24, 2021**, you may be a "Class Member" and entitled to receive a cash payment from a class action settlement.  In *Yamagata v. Reckitt Benckiser, LLC,* Case No. 3:17-cv-03529-VC (N.D. Cal.), the court preliminarily approved the Settlement of a class action lawsuit involving claims that these Schiff Move Free® Advanced supplements were falsely advertised. The defendant in the lawsuit denies these claims.

To determine if you are a Class Member, view the Detailed Notice and the Settlement Agreement at **www.MoveFreeAdvancedSettlement.com** or call toll-free 1-855-435-0524.

**What can I get?** There is a $50 million Settlement Fund. For each bottle purchased (for purposes other than resale), Class Members may receive a cash payment of **$22**. No proof of purchase is required for claims of up to three units (for a total of **$66** in cash). These award amounts may increase or decrease depending on the number of claims made and other factors explained in the Settlement Agreement.

**How do I get a cash payment?** You must submit a Claim Form to receive a cash payment. Claim Forms can be submitted online at **www.MoveFreeAdvancedSettlement.com** or by mail. The deadline to submit a Claim Form is **November 8, 2021**.

**What are my other options?** If you don't want any benefits or to be legally bound by the Settlement, you must submit an Exclusion Request postmarked or submitted online at **www.MoveFreeAdvancedSettlement.com** by **October 14, 2021**. You may also write to the Court if you wish to object to the Settlement by **October 14, 2021**. The Court will require only substantial compliance with the requirements for submitting an objection. If you exclude yourself, then you cannot receive any benefits, but you do not release any potential rights to sue Reckitt Benckiser LLC relating to the legal claims in the lawsuit.

The Court will hold a hearing on **October 28, 2021** at **2:00 p.m.** At that hearing, the Court will consider whether to approve this Settlement and whether to approve requested attorneys' fees of 25% of the Settlement Fund plus reimbursement of costs and requested Class Representative awards of $500 and $7,500. You may appear at the hearing, but you don't have to. The Court has appointed attorneys from the law firm Blood Hurst & O'Reardon, LLP to represent the Class ("Class Counsel"). You will not be charged for these lawyers. If you want your own lawyer, you may hire one at your expense.

If you have any questions, please visit **www.MoveFreeAdvancedSettlement.com** or call 1-855-435-0524.

SOURCE: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

SOURCE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Related Links

https://www.movefreeadvancedsettlement.com

# Si compró suplementos de glucosamina Schiff Move Free® Advanced, puede tener derecho a pagos en efectivo derivados de un acuerdo de demanda colectiva

USA - español ▾

NEWS PROVIDED BY
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION →**
Aug 06, 2021, 08:00 ET

SAN FRANCISCO, 6 de agosto de 2021 /PRNewswire-HISPANIC PR WIRE/ --

Si compró **Schiff Move Free® Advanced, Move Free® Advanced Plus MSM o Move Free® Advanced Plus MSM & Vitamin D** entre el **28 de mayo de 2015** y el **24 de junio de 2021**, usted puede actuar como "Miembro de la demanda colectiva" y tener derecho a recibir un pago en efectivo derivado de un acuerdo de demanda colectiva.  En el caso No. 3:17-cv-03529-VC (N.D. Cal.) *Yamagata contra  Reckitt Benckiser, LLC*, el Tribunal aprobó de manera preliminar un acuerdo de demanda colectiva que involucra reclamaciones que hacen referencia a que estos suplementos Schiff Move Free® Advanced fueron anunciados con información falsa. La defensa de la demanda niega estas acusaciones.

Para determinar si usted califica como miembro de la demanda, consulte el Aviso detallado y el Acuerdo de conciliación en **www.MoveFreeAdvancedSettlement.com** o llame al número gratuito 1-855-435-0524.

**¿Qué puedo obtener?** Hay un Fondo del acuerdo de $50 millones. Por cada botella comprada (para fines distintos a la reventa), los miembros de la demanda pueden recibir un pago en efectivo de **$22**. No se requiere prueba de compra para reclamaciones de hasta tres unidades

(por un total de **$66** en efectivo). Estas cantidades de indemnización pueden aumentar o disminuir según la cantidad de reclamaciones presentadas y otros factores explicados en el Acuerdo de conciliación.

**¿Cómo puedo obtener un pago?** Debe enviar un Formulario de reclamación para recibir un pago en efectivo. Los Formularios de reclamación se pueden presentar en línea en **www.MoveFreeAdvancedSettlement.com** o por correo postal. La fecha límite para enviar los Formularios de reclamación es el **8 de noviembre de 2021**.

**¿Qué otras opciones tengo?** Si no desea recibir beneficios ni estar obligado jurídicamente por el Acuerdo, debe presentar una Solicitud de exclusión con matasellos o enviada en línea a **www.MoveFreeAdvancedSettlement.com** antes del **14 de octubre de 2021**. También puede escribir al Tribunal en caso de querer objetar el Acuerdo, antes del **14 de octubre de 2021**. El Tribunal sólo exigirá el cumplimiento sustancial de los requisitos para presentar una objeción. En caso de excluirse, no podrá recibir beneficio alguno, pero no renuncia al derecho potencial de demandar a Reckitt Benckiser LLC en relación con las reclamaciones legales en esta demanda.

El Tribunal celebrará una audiencia el **28 de octubre de 2021** a las **2:00 p. m.** En esa audiencia, el Tribunal considerará si aprueba este Acuerdo y si aprueba los honorarios de abogados solicitados del 25 % del Fondo del Acuerdo más el reembolso de costos y las adjudicaciones solicitadas de representación del Grupo de $500 y $7,500. Usted puede comparecer en la audiencia, mas no está en obligación de hacerlo. El Tribunal designó abogados del bufete Blood Hurst & O'Reardon, LLP, para que representen a la Demanda Colectiva ("Abogados de la Demanda Colectiva"). A usted no se le cobrará por estos abogados. Si desea su propio abogado, puede contratar a uno a su cargo.

Si tiene alguna pregunta, visite **www.MoveFreeAdvancedSettlement.com** o llame al 1-855-435-0524.

FUENTE: TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS PARA EL DISTRITO NORTE DE CALIFORNIA, DIVISIÓN SAN FRANCISCO

FUENTE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

Related Links

https://www.movefreeadvancedsettlement.com

SOURCE UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

# Attachment 14

TRIBUNAL DEL DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA

# Si compró los suplementos de glucosamina Schiff Move Free® Advanced, es posible que tenga derecho a un pago en efectivo de un acuerdo de demanda colectiva.

*Un tribunal federal ha autorizado este Aviso. Este no es una solicitud de un abogado.*

- Se ha llegado a un Acuerdo de $50 millones en una acción colectiva para resolver una demanda contra Reckitt Benckiser LLC, en relación con los suplementos de glucosamina Schiff Move Free® Advanced, que alega que Move Free Advanced se etiqueta y comercializa de manera engañosa. El Demandado niega estas acusaciones y afirma que su etiquetado y comercialización son veraces y están respaldados por la ciencia, pero ha llegado a un arreglo por este caso para evitar litigios adicionales y distracción de recursos de su negocio.

- El Acuerdo ofrece una compensación en efectivo estimada de $22 por botella comprada. No se requiere comprobante de compra para reclamaciones de hasta 3 botellas. Usted podría tener derecho a estos beneficios del Acuerdo si compró suplementos de glucosamina Move Free Advanced entre el 28 de mayo de 2015 y el 24 de junio de 2021 (comprados para fines que no sean la reventa).

- Independientemente de que actúe o no, sus derechos legales se verán afectados. ***Lea este aviso detenidamente.***

| SUS DERECHOS Y OPCIONES | | FECHA LÍMITE |
|---|---|---|
| **Presentar un formulario de reclamación** | La única manera de obtener un Pago en efectivo es si presenta un Formulario de reclamación. | Enviar un Formulario de reclamación antes del: **8 de noviembre de 2021** |
| **Cómo excluirse** | No obtener un Pago en efectivo, pero conservar cualquier derecho de presentar su propia demanda contra los Demandados en relación con las reclamaciones legales de este caso. | Presentar una exclusión: **14 de octubre de 2021** |
| **Objetar** | Comunicarle al Tribunal por qué no le agrada el Acuerdo. Usted seguirá estando vinculado al Acuerdo si el Tribunal lo aprueba, pero aún podrá presentar un Formulario de reclamación para recibir un Pago en efectivo. | Fecha límite para presentar una objeción: **14 de octubre de 2021** |
| **Asistir a una audiencia** | Solicite hablar en el Tribunal sobre la equidad de la Conciliación. | Fecha límite para presentar un Aviso de comparecencia: **21 de octubre de 2021** |
| **No hacer nada** | No obtenga Pagos en efectivo. Renunciar a los derechos legales. | |

- Estos derechos y estas opciones, **y las fechas límite para ejercerlos**, se explican en este Aviso.

- El Tribunal a cargo de este caso todavía no se ha pronunciado respecto de la aprobación del Acuerdo. Las compensaciones se enviarán una vez que el Tribunal apruebe el Acuerdo y después de que se resuelvan las apelaciones. Tenga paciencia.

**¿Tiene alguna pregunta? Llame al 1-855-435-0524 o visite www.MoveFreeAdvancedSettlement.com**

**INFORMACIÓN BÁSICA** ...........................................................................**PÁGINA 3**
    1. ¿Por qué debo leer este Aviso?
    2. ¿De qué se trata esta demanda?
    3. ¿Por qué esta se considera una demanda colectiva?
    4. ¿Por qué existe un Acuerdo?

**¿QUIÉNES HACEN PARTE DEL ACUERDO?** ...............................................**PÁGINA 3**
    5. ¿Soy parte del Acuerdo?

**LOS BENEFICIOS DEL ACUERDO: QUÉ OBTENDRÁ** .................................**PÁGINA 4**
    6. ¿Qué estipula el Acuerdo?
    7. ¿Qué puedo obtener yo del Acuerdo?

**CÓMO OBTENER BENEFICIOS DEL ACUERDO** ..........................................**PÁGINA 5**
    8. ¿Cómo puedo obtener un Pago en efectivo?
    9. ¿Cuándo recibiré mi Pago en efectivo?
    10. ¿A qué renuncio para obtener estos beneficios del Acuerdo?

**LOS ABOGADOS QUE LO REPRESENTAN** ..................................................**PÁGINA 6**
    11. ¿Tengo abogados en este caso?
    12. ¿Cómo se pagará a los abogados?

**SUS DERECHOS: EXCLUIRSE DEL ACUERDO** .........................................**PÁGINA 6**
    13. ¿Cómo me excluyo del Acuerdo?
    14. Si me excluyo, ¿puedo obtener algo de este Acuerdo?

**SUS DERECHOS: PRESENTAR OBJECIONES AL ACUERDO** ....................**PÁGINA 7**
    15. ¿Cómo le comunico al Tribunal mi disconformidad con el Acuerdo?
    16. ¿Cuál es la diferencia entre objetar y solicitar ser excluido?

**SUS DERECHOS: COMPARECER EN LA AUDIENCIA DE APROBACIÓN DEFINITIVA** .....**PÁGINA 8**
    17. ¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo?
    18. ¿Tengo que asistir a la Audiencia de Aprobación Definitiva?
    19. ¿Puedo declarar en la Audiencia de Aprobación Definitiva?

**SUS DERECHOS: NO HACER NADA** ...........................................................**PÁGINA 9**
    20. ¿Qué sucede si no hago nada?

**CÓMO OBTENER MÁS INFORMACIÓN** ........................................................**PÁGINA 9**
    21. ¿Existen más detalles acerca del Acuerdo?
    22. ¿Cómo puedo obtener más información?

# INFORMACIÓN BÁSICA

## 1. ¿Por qué debo leer este Aviso?

Si usted compró Move Free Advanced en los Estados Unidos entre el 28 de mayo de 2015 y el 24 de junio de 2021, excepto únicamente para fines de reventa, usted es miembro de un Grupo del Acuerdo.

En este Aviso, se explican la demanda colectiva, el Acuerdo de conciliación propuesto, sus derechos legales, los beneficios disponibles, quiénes reúnen los requisitos para recibirlos y cómo obtenerlos.

El Tribunal a cargo de este caso es el Tribunal del Distrito de los Estados Unidos para el Distrito Norte de California. La demanda se conoce como *Yamagata v. Reckitt Benckiser LLC*, caso n.º 3:17-cv-03529-VC. Puede obtener actualizaciones adicionales sobre el estado del caso comunicándose con los Abogados del grupo de demandantes (enumerados en la Pregunta 11 a continuación), visitando www.MoveFreeAdvancedSettlement.com o www.BHOLaw.com o consultando la información del caso a través del sistema del Tribunal en www.Pacer.gov.

## 2. ¿De qué se trata esta demanda?

Esta demanda se trata de si el Demandado participó en una conducta engañosa o injusta en violación de las leyes de protección al consumidor mediante la publicidad de Move Free Advanced como una prestación de beneficios de salud conjuntos que en realidad no proporciona. El Demandado niega haber hecho algo incorrecto y afirma que sus afirmaciones sobre Move Free Advanced son verdaderas y están respaldadas por evidencia científica. El Tribunal no ha decidido quién tiene la razón.

## 3. ¿Por qué esta se considera una demanda colectiva?

En una demanda colectiva, una o más personas llamadas los "Representantes del grupo" demandan en nombre de otras personas que tienen reclamos similares. Todas estas personas en conjunto constituyen el "Grupo" o son los "Miembros del grupo". Las personas que presentan una demanda son los "Demandantes", así como todos los Miembros del Grupo. La compañía a la que demandan los Demandantes (en este caso, Reckitt Benckiser LLC) se denomina el "Demandado". Un tribunal resuelve los asuntos para todo el Grupo, excepto para quienes deciden excluirse de dicho Grupo. El Juez del Distrito de los Estados Unidos Vince Chhabria está a cargo de esta demanda colectiva.

## 4. ¿Por qué existe un Acuerdo?

El tribunal no falló a favor de los Demandantes ni del Demandado. En lugar de eso, las dos partes involucradas llegaron a un acuerdo. Al aceptar una conciliación, ambas partes evitan el costo y el riesgo de un juicio, y las personas que presenten reclamos válidos recibirán una compensación. Los Representantes del Grupo de Demandantes y sus abogados creen que un Acuerdo es lo mejor para el Grupo del Acuerdo y sus miembros.

# ¿QUIÉNES HACEN PARTE DEL ACUERDO?

Para saber si usted es elegible para recibir los beneficios, primero debe determinar si es Miembro del Grupo de Demandantes.

**¿Tiene alguna pregunta? Llame al 1-855-435-0524 o visite www.MoveFreeAdvancedSettlement.com**

**- 3 -**

## 5.  ¿Soy parte del Acuerdo?

Usted es un Miembro del Grupo de demandantes si compró entre el 28 de mayo de 2015 y el 24 de junio de 2021, dentro de los Estados Unidos y sus territorios, Move Free Advanced, Move Free Advanced Plus MSM o Move Free Advanced Plus MSM & Vitamin D (en conjunto, "Move Free Advanced"), excepto únicamente para fines de reventa.

Quedan excluidos del Acuerdo: (i) juristas y mediadores que son o han presidido la demanda, Abogados de los Demandantes y del Demandado, sus empleados, representantes legales, herederos, sucesores, asignados, o cualquier miembro de su familia inmediata; (ii) cualquier entidad gubernamental; (iii) Reckitt Benckiser y cualquier entidad en la que Reckitt Benckiser tenga una participación mayoritaria, cualquiera de sus subsidiarias, padres, afiliadas, y funcionarios, directores, empleados, representantes legales, herederos, sucesores, o cesionarios, o cualquier miembro de su familia inmediata; y (iv) cualquier persona que se excluya oportunamente del Grupo del Acuerdo.

# LOS BENEFICIOS DEL ACUERDO: QUÉ OBTENDRÁ

## 6.  ¿Qué estipula el Acuerdo?

El Fondo del Acuerdo de conciliación de $50 millones proporcionará Pagos en efectivo a los Miembros del grupo que presenten reclamaciones válidas. Los gastos de administración de reclamaciones y avisos del Grupo de demandantes, los honorarios y gastos de los abogados de los Abogados del Grupo de demandantes y cualquier compensación por servicios a los Representantes del Grupo (que se analizan a continuación) también se pagarán del Fondo del Acuerdo, si el Tribunal lo aprueba. El proceso de distribución del acuerdo será administrado por un Administrador del Acuerdo independiente aprobado por el Tribunal.

## 7.  ¿Qué puedo obtener yo del Acuerdo?

Si solicita una recompensa por **3 botellas de Move Free Advanced o menos**, no es necesario presentar un comprobante de compra.

Si solicita una recompensa por **más de 3 botellas de Move Free Advanced**, debe proporcionar un comprobante de compra para cada una de esas unidades compradas entre el 28 de mayo de 2015 y el 24 de junio de 2021.

**Pago en efectivo:** La recompensa en efectivo estimada es de **$22** por botella comprada. Esta recompensa se basa en el precio minorista promedio de $22 de Move Free Advanced. Los Pagos en efectivo podrían aumentar o disminuir según el valor colectivo total de las reclamaciones realizadas por los Miembros del grupo y otros factores especificados en el Acuerdo de conciliación y en este Aviso.

Todo dinero restante en el Fondo del Acuerdo después del pago del aviso y administración del acuerdo, los honorarios y costos de abogados (Pregunta 12 a continuación) y las adjudicaciones de servicios de los Representantes del Grupo (Pregunta 12 a continuación) ordenadas por el Tribunal, y las reclamaciones válidas de los Miembros del Grupo, se pagarán de conformidad con la *doctrina de cy pres* al Orthopaedic Research Society.

## CÓMO OBTENER LOS BENEFICIOS DEL ACUERDO

### 8. ¿Cómo puedo obtener un Pago en efectivo?

Si usted es un Miembro del Grupo, debe completar y presentar un Formulario de reclamación para calificar para un pago en efectivo. Puede presentar su reclamación fácilmente en www.MoveFreeAdvancedSettlement.com. También puede descargar un formulario de reclamación del sitio web e imprimirlo u obtener uno llamando al Administrador del Acuerdo al 1-855-435-0524. El Formulario de Reclamación completo debe ser presentado en línea antes del **8 de noviembre de 2021**, o enviado por correo a la siguiente dirección, **con sello postal** antes del **8 de noviembre de 2021**.

<div align="center">

Move Free Advanced Settlement Administrator
P.O. Box 5439
Portland, OR 97228-5439

</div>

Al recibir un formulario de reclamación completo, el Administrador del Acuerdo revisará la documentación y confirmará o rechazará su elegibilidad para el pago.

### 9. ¿Cuándo recibiré mi Pago en efectivo?

El Tribunal celebrará una audiencia el **28 de octubre de 2021**, a las **2:00 p.m.** (que está sujeta a cambios), para decidir si aprueba o no el Acuerdo. Incluso si el Tribunal lo aprueba, podría haber apelaciones. El proceso de la apelación puede tomar tiempo, tal vez más de un año. Usted no recibirá su Pago en efectivo hasta que no se resuelvan todas las apelaciones. Tenga paciencia.

### 10. ¿A qué renuncio para obtener estos beneficios del Acuerdo?

Salvo que se excluya ("excluya") del Grupo de demandantes mediante la presentación oportuna de una Solicitud de exclusión (consulte las Preguntas 13 a 14 a continuación), usted permanecerá en el Grupo de demandantes. Al permanecer en el Grupo de demandantes, usted "renuncia" y no puede demandar, continuar demandando o ser parte de cualquier otra demanda contra Reckitt Benckiser sobre las "Reclamaciones eximidas" en este caso. Estas Reclamaciones eximidas son solo aquellas reclamaciones que usted podría haber presentado sobre la base del mismo predicado fáctico de las reclamaciones presentadas en este caso sobre la supuesta comercialización engañosa y el etiquetado de Move Free Advanced vendido entre el 28 de mayo de 2015 y el 24 de junio de 2021.

El Acuerdo de Conciliación en la Sección VIII (denominada "Exenciones") describe estas "Reclamaciones eximidas" y las "Partes eximidas" en la terminología legal necesaria, por lo que debe leer estas secciones detenidamente. Para facilitar la consulta, la sección de exención completa del Acuerdo de conciliación se adjunta a este Aviso como Apéndice A. El Acuerdo de conciliación está disponible en www.MoveFreeAdvancedSettlement.com o en los registros públicos del tribunal que se encuentran en los archivos de esta demanda. Puede hablar sin costo alguno con los abogados enumerados en la pregunta 11 a continuación, o puede, por supuesto, por su cuenta y gasto, hablar con su propio abogado si tiene preguntas acerca de las reclamaciones eximidas o su significado.

<div align="center">

**¿Tiene alguna pregunta? Llame al 1-855-435-0524 o visite
www.MoveFreeAdvancedSettlement.com**
**- 5 -**

</div>

# LOS ABOGADOS QUE LO REPRESENTAN

## 11. ¿Tengo abogados en este caso?

El Tribunal ha designado a los abogados del bufete de abogados Blood Hurst & O'Reardon, LLP, de San Diego, CA, para representarlo a usted y a los demás Miembros del Grupo. Los abogados son denominados Abogados del grupo de demandantes. Tienen experiencia en el manejo de casos de demandas colectivas similares. A usted no se le cobrarán los servicios de estos abogados. Si desea ser representado por su propio abogado, puede contratar a uno por su propia cuenta y cargo.

Puede comunicarse con el abogado de la demanda colectiva si tiene preguntas o inquietudes sobre este Aviso o sobre el Acuerdo. *No contacte al Tribunal.*

<div style="border:1px solid black;">

**Abogado de la demanda colectiva:**
Timothy G. Blood
Thomas J. O'Reardon II
Blood Hurst & O'Reardon, LLP
501 W. Broadway, Suite 1490
San Diego, CA 92101
Tel.: 619-338-1100
Correo electrónico: info@bholaw.com
Sitio web: www.bholaw.com

</div>

## 12. ¿Cómo se pagará a los abogados?

Los Abogados de la demanda colectiva solicitarán al Tribunal una adjudicación de honorarios de abogados de hasta el 25% del Fondo del Acuerdo ($12,500,000) y el reembolso de gastos de hasta $750,000. Cualquier adjudicación de honorarios y costos de abogados se pagará del Fondo del Acuerdo. Los Abogados de la demanda colectiva también solicitarán al Tribunal la asignación de servicios a cada uno de los Representantes del Grupo de demandantes: hasta $7,500 para Gordon Noburo Yamagata, Stamatis F. Pelardis y Maureen Carrigan, y hasta $500 para Lori Coletti, Ann-Marie Maher, Carol Marshall, Deborah A. Rawls, Oneita Steele y Maxine Tishman. El propósito de los pagos por servicio es compensar a los Demandantes por su tiempo, sus esfuerzos y riesgos asociados en nombre del Acuerdo de demanda colectiva. Cualquier compensación de pago a los Representantes de la demanda colectiva se pagará del Fondo del Acuerdo.

# SUS DERECHOS: EXCLUIRSE DEL ACUERDO

Si no desea un Pago en efectivo, pero quiere conservar el derecho de demandar o seguir demandando a Reckitt Benckiser, por su cuenta, con respecto a las cuestiones legales que se debaten en este caso, entonces debe seguir los pasos para dejar de ser parte del Acuerdo (salir del Acuerdo). Esto se conoce como "excluirse" o, en algunos casos, "retirarse" del grupo del acuerdo.

## 13. ¿Cómo me excluyo del Acuerdo?

Para excluirse del Acuerdo, debe enviar una "Solicitud de exclusión" en forma de carta o formulario de Solicitud de exclusión en la que indique que desea ser excluido de *Yamagata v. Reckitt Benckiser, LLC,* Caso n.º 3:17-cv-03529-VC. Asegúrese de incluir su nombre, dirección, número de teléfono y la base sobre la cual es Miembro del Grupo de demandantes. Debe enviar por correo una Solicitud de exclusión **con sello postal** antes del **14 de octubre de 2021** a: Move Free Advanced Settlement

Administrator, P.O. Box 5439, Portland, OR 97228-5439. Los formularios de solicitud de exclusión se pueden obtener y enviar en línea en www.MoveFreeAdvancedSettlement.com.

Si no sigue estos procedimientos y no cumple con las fechas límite, seguirá siendo Miembro del Grupo de demandantes y perderá toda oportunidad de excluirse de dicho Acuerdo. Esto significa que sus derechos se determinarán en esta demanda mediante el Acuerdo de conciliación si recibe la aprobación final del Tribunal.

## 14. Si me excluyo, ¿puedo obtener algo de este Acuerdo?

No. Si se excluye, no puede recibir Pagos en efectivo. Sin embargo, puede demandar, continuar demandando o ser parte de una demanda diferente contra Reckitt Benckiser sobre los asuntos legales en este caso.

# SUS DERECHOS: PRESENTAR OBJECIONES AL ACUERDO

Usted puede comunicar al tribunal su disconformidad con el Acuerdo o con alguna parte de este.

## 15. ¿Cómo le comunico al Tribunal mi disconformidad con el Acuerdo?

Si es un Miembro del Grupo de Demandantes, puede objetar el Acuerdo si no está conforme con alguna de sus partes. Puede exponer las razones por las cuales cree que el Tribunal no debe aprobarlo. El Tribunal considerará sus opiniones. Nota: No puede pedirle al Tribunal que ordene un Acuerdo diferente; el Tribunal solo puede aprobar o rechazar el Acuerdo. Si el Tribunal rechaza la aprobación, no se repartirán los pagos del acuerdo y la demanda continuará. Si eso es lo que usted desea que pase, debe objetar.

Para objetar, debe enviar una carta. Asegúrese de incluir la siguiente información:

a. El nombre y número del caso (*Yamagata v. Reckitt Benckiser, LLC*, Caso n.º 3:17-cv-03529-VC);

b. Su nombre, dirección, número telefónico y, si está representado por un abogado, el nombre, dirección y número telefónico de su abogado.

c. Una declaración bajo juramento de que usted es un Miembro del Grupo de demandantes;

d. Una declaración de si pretende comparecer en la Audiencia de aprobación definitiva, ya sea en persona o por medio de un abogado.

e. Una declaración de todas sus objeciones y los fundamentos específicos que respaldan sus objeciones.

f. Una declaración de si la objeción se aplica únicamente a usted, a un subgrupo específico del Grupo de demandantes del Acuerdo, o a todo el Grupo de demandantes del Acuerdo.

g. Copias de cualquier documento, escrito u otros documentos en los que se base su objeción.

h. Su firma manuscrita y fechada (la firma de su abogado, una firma electrónica y la anotación "/s" o una anotación similar no serán suficientes).

Su objeción debe presentarse ante el Tribunal, ya sea por correo postal (o mediante su presentación en cualquier ubicación del Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California) y debe notificarse a los Abogados del Grupo de demandantes y a los Abogados de los Demandados, y debe recibirse a más tardar el **14 de octubre de 2021** en las siguientes direcciones:

| **Tribunal:** | **Abogado de la demanda colectiva:** | **Abogados de los demandados:** |
|---|---|---|
| Class Action Clerk | Timothy G. Blood | David T. Biderman |
| United States District Court, | Thomas J. O'Reardon II | Jasmine W. Wetherell |
| Northern District of California | Blood Hurst & O'Reardon, LLP | Perkins Coie LLP |
| 450 Golden Gate Avenue | 501 W. Broadway, Suite 1490 | 1888 Century Park East, Suite 1700 |
| San Francisco, CA 94201-3489 | San Diego, CA 92101 | Los Angeles, CA 90067 |

Si usted presenta una objeción de manera oportuna, el Tribunal la considerará en la Audiencia de Aprobación Definitiva. No será necesario que usted asista a la Audiencia de Aprobación Definitiva para que el Tribunal considere su objeción.

El Tribunal exigirá el cumplimiento sustancial de estos requisitos mencionados anteriormente. Si no presenta una objeción por escrito de acuerdo con la fecha límite y el procedimiento establecidos anteriormente, renunciará a su derecho a ser escuchado en la Audiencia de aprobación definitiva. Sin embargo, el Tribunal puede justificar su incumplimiento de presentar una objeción por escrito ante la presentación de una causa justificada, que, si se otorga, le permitiría comparecer en la Audiencia de aprobación definitiva y objetar el Acuerdo.

## 16. ¿Cuál es la diferencia entre objetar y solicitar ser excluido?

Objetar es simplemente indicarle al Tribunal que usted no está conforme con algún punto del Acuerdo. Puede presentar una objeción solo si es parte del Grupo de demandantes del Acuerdo. Al excluirse, usted le indica al Tribunal que no quiere formar parte del Grupo de demandantes. Si se excluye, usted no tendría ningún fundamento para presentar una objeción, puesto que deja de ser parte de la causa.

# SUS DERECHOS: COMPARECER EN LA AUDIENCIA DE APROBACIÓN DEFINITIVA

El Tribunal llevará a cabo una "Audiencia de Aprobación Definitiva" para decidir si aprobará el Acuerdo. Puede asistir y pedir la palabra, pero no es obligatorio que lo haga.

## 17. ¿Cuándo y dónde decidirá el Tribunal si aprueba el Acuerdo?

El Tribunal celebrará una Audiencia de aprobación definitiva a las **2:00 p.m.** el **28 de octubre de 2021**, en el Tribunal de Distrito de los Estados Unidos para el Distrito Norte de California, 450 Golden Gate Avenue, San Francisco, CA 94102, en la Sala 4 – 17° piso.

En la audiencia, el Tribunal escuchará los comentarios, las objeciones y los argumentos con respecto a la imparcialidad del Acuerdo propuesto, incluido el monto solicitado por los Abogados del Grupo de demandantes por concepto de honorarios y gastos de abogados. Si existiesen objeciones, el Tribunal las evaluará. No es necesario que asista a esta audiencia. Tampoco es necesario que asista para que el Tribunal considere un comentario u objeción. Después de la audiencia, el Tribunal decidirá si aprueba o no el Acuerdo. No sabemos cuánto tiempo tardarán estas decisiones.

Nota: La fecha y hora de la Audiencia de aprobación definitiva están sujetas a cambios por orden del Tribunal. Cualquier cambio se publicará en www.MoveFreeAdvancedSettlement.com. Debe consultar este sitio web o el sitio web de Acceso Público a los Registros Electrónicos del Tribunal (Public Access to Court Electronic Records, PACER) para confirmar que la fecha o la hora no han cambiado.

## 18. ¿Tengo que asistir a la Audiencia de Aprobación Definitiva?

No. Los Abogados del Grupo de demandantes responderán todas las preguntas que el juez Chhabria pueda tener. Sin embargo, si lo desea, puede asistir a la audiencia por su propia cuenta. Si presenta una objeción, no tiene que asistir a la audiencia para hablar sobre su objeción. Siempre que presente su objeción por escrito antes del plazo límite, el Juez la considerará. También puede pagar su propio abogado para que asista, pero esto no es necesario.

## 19. ¿Puedo declarar en la Audiencia de Aprobación Definitiva?

Siempre y cuando no se excluya, podrá participar y hablar en su nombre en esta demanda y el Acuerdo (pero no está obligado a hacerlo). Esto se conoce como la comparecencia. Asimismo, puede hacer que su abogado haga uso de la palabra en su nombre, pero deberá pagar el abogado usted mismo.

Si desea comparecer, o si desea que su propio abogado en lugar de los Abogados del grupo de demandantes hable por usted en esta demanda, debe enviar una carta en la que indique que es su "Aviso de intención de comparecer en *Yamagata v. Reckitt Benckiser, LLC*". Asegúrese de incluir su nombre, dirección, número de teléfono y su firma. Su Aviso de intención para comparecer debe tener un sello postal antes del **21 de octubre de 2021** y se debe enviar al Secretario judicial a la dirección indicada en la Pregunta 15.

Si desea hablar en la Audiencia de aprobación definitiva sin haber seguido estos procedimientos, puede hacerlo si demuestra una buena causa ante el Tribunal.

## SUS DERECHOS: NO HACER NADA

## 20. ¿Qué sucede si no hago nada?

Si no hace nada, formará parte del Grupo de demandantes del Acuerdo, pero no recibirá ningún Pago en efectivo del Acuerdo. A menos que se excluya, <u>no</u> se le permitirá continuar planteando Reclamaciones exoneradas en ninguna otra demanda contra Reckitt Benckiser sobre los asuntos legales de este caso, nunca más.

## CÓMO OBTENER MÁS INFORMACIÓN

## 21. ¿Existen más detalles acerca del Acuerdo?

Este aviso resume el Acuerdo propuesto. El Acuerdo de conciliación contiene más detalles. Puede obtener una copia del Acuerdo de conciliación en www.MoveFreeAdvancedSettlement.com, o comunicándose con los Abogados del Grupo de demandantes por correo electrónico o por teléfono a la dirección o al número que se indican en respuesta a la Pregunta 11 anterior.

## 22. ¿Cómo puedo obtener más información?

Puede llamar sin cargo al 1-855-435-0524, escribir a Move Free Advanced Settlement, P.O. Box 5439, Portland, OR 97228-5439; o visitar www.MoveFreeAdvancedSettlement.com, donde encontrará respuestas a preguntas comunes sobre el Acuerdo, un Formulario de reclamación, mociones para la aprobación del Acuerdo y la solicitud de los Abogados del grupo de demandantes de honorarios y gastos de abogados y otros documentos importantes en el caso.

También puede acceder a la información sobre este caso a través del sistema de acceso público a los registros electrónicos del tribunal (PACER). Para obtener más información sobre PACER y registrarse para una cuenta PACER, visite https://www.Pacer.gov/. Una vez que tenga una cuenta PACER, puede acceder y recuperar documentos del expediente del Tribunal para la Acción en https://ecf.cand.uscourts.gov/cgi-bin/login.pl. También puede acceder y obtener documentos del expediente del Tribunal visitando la Oficina del Secretario ubicada en United States District Court for the Northern District of California, 450 Golden Gate Avenue, San Francisco, CA 94102, entre las 9:00 a.m. y las 4:00 p.m., de lunes a viernes, excepto los feriados del Tribunal.

**POR FAVOR NO LLAME POR TELÉFONO AL TRIBUNAL NI A LA OFICINA DEL SECRETARIO DEL TRIBUNAL PARA INFORMARSE ACERCA DE ESTE ACUERDO O DEL PROCESO DE RECLAMO.**

# Apéndice A

VIII. RELEASES

A.    Upon the Effective Date, each and every Releasing Party shall by order of this Court be deemed to have released, waived, forfeited and shall be permanently barred and enjoined from initiating, asserting, and/or prosecuting any Released Claim against any Released Party based on the identical factual predicate in any court or any forum.

B.    In addition, with respect to the Released Claims, Plaintiffs specifically acknowledge and affirmatively waive any rights or benefits available to them under California Civil Code section 1542. California Civil Code section 1542 provides:

A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASEAND THAT, IF KNOWN BY HIM OR HER, WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR RELEASED PARTY.

Plaintiffs hereby waive any and all federal and state statutes similar in substance, meaning or application to California Civil Code section 1542.

C.    In consideration for the Agreement, Defendant and its parents, subsidiaries, divisions, departments, and affiliates, and any and all of its past and present officers, directors, employees, stockholders, agents, successors, attorneys, insurers, representatives, licensees, licensors, subrogees, and assigns shall be deemed to have, and by operation of the Final Approval Order and Judgment shall have, released Class Counsel and Plaintiffs from any and all causes of action that were or could have been asserted pertaining solely to the conduct in filing and prosecuting the litigation or in settling the Action.

D.    The Court shall retain exclusive and continuing venue and jurisdiction over the Parties and the Class Members to interpret and enforce the terms, conditions, and obligations under the Settlement Agreement and any disputes over such issues shall be brought in this Court.

# Attachment 15

<table>
<tr><td>

DEBE SER ENVIADO
EN LÍNEA O POR
CORREO CERTIFICADO
A MÁS TARDAR EL
**8 DE NOVIEMBRE DE 2021**

</td></tr>
</table>

*Yamagata v. Reckitt Benckiser LLC*

Caso n.º 3:17-cv-03529-VC

TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO NORTE DE CALIFORNIA

Formulario de reclamación

Por cada botella de Schiff Move Free® Advanced comprada **en los Estados Unidos** entre el 28 de mayo de 2015 y el 24 de junio de 2021, los Miembros del grupo pueden recibir un Pago en efectivo de $22.

Para participar en el Acuerdo, se debe presentar un Formulario de reclamación completo a más tardar el **8 de noviembre de 2021**.

Los Pagos en efectivo podrían aumentar o disminuir según el valor colectivo total de las reclamaciones realizadas por los Miembros del grupo y otros factores especificados en el Acuerdo de conciliación.

Si solicita una recompensa de **hasta tres (3)** botellas compradas, no es necesario presentar un Comprobante de compra.

Si solicita una recompensa por **más de tres (3)** botellas compradas, debe proporcionar el Comprobante de compra.

INFORMACIÓN DEL DEMANDANTE

PRIMER NOMBRE:                    MI:     APELLIDO:

DIRECCIÓN POSTAL:

CIUDAD:                                    ESTADO:   CÓDIGO POSTAL:

NÚMERO TELEFÓNICO:

CORREO ELECTRÓNICO (requerido):

INFORMACIÓN DE LA COMPRA

Entre el 28 de mayo de 2015 y el 24 de junio de 2021, ¿cuántas botellas de Schiff Move Free® Advanced, Schiff Move Free® Advanced Plus MSM, o Schiff Move Free® Advanced Plus MSM & Vitamin D compra **en los Estados Unidos**?

DOCUMENTACIÓN DE SOPORTE

Todas las Reclamaciones por más de tres (3) botellas compradas deben incluir la documentación de Comprobante de compra. Comprobante de compra se refiere a recibos u otra evidencia que establezca que usted compró Schiff Move Free® Advanced **en los Estados Unidos** entre el 28 de mayo de 2015 y el 24 de junio de 2021. Incluya su documentación de soporte con este Formulario de reclamación.

**Tenga en cuenta lo siguiente:** No se necesita documentación de soporte para las Reclamaciones de hasta tres botellas compradas.

¿TIENE ALGUNA PREGUNTA? LLAME AL 1-855-435-0524 O VISITE
WWW.MOVEFREEADVANCEDSETTLEMENT.COM

01-CA40048422
AE1131 v.04

## ELECCIÓN DE PAGO

Seleccione una opción a continuación para indicar si desea recibir su Pago en efectivo por cheque por correo postal o por pago digital. **Si selecciona el pago digital, asegúrese de proporcionar una dirección de correo electrónico válida y actual y un número de teléfono móvil con su presentación de la Reclamación**. Si la dirección de correo electrónico o el número de teléfono móvil no son válidos por cualquier motivo, es su responsabilidad proporcionar información de contacto precisa al Administrador del Acuerdo para recibir un pago. Cuando reciba el correo electrónico o el mensaje de texto del teléfono móvil que le notifique su Pago en efectivo, se le proporcionarán opciones de pago digital, como MasterCard digital, Venmo, Amazon o eCheck, para recibir inmediatamente su Pago en efectivo. En ese momento, también tendrá la opción de solicitar un cheque impreso en lugar de un pago digital.

**Tenga en cuenta lo siguiente:** Los cheques impresos vencerán a los noventa (90) días de la fecha que figura en el cheque. No se le volverá a emitir un cheque una vez que venza el período de 90 días.

Indique su preferencia a continuación (obligatorio):

☐   Me gustaría recibir un cheque por correo

☐   Me gustaría recibir un pago digital

## CERTIFICACIÓN

Al firmar a continuación, afirmo que la información proporcionada en este Formulario de reclamación y cualquier material de soporte presentado con él son verdaderos.

Fecha: ☐☐ – ☐☐ – ☐☐☐☐
MM    DD    YYYY

_____
Firma

_____
Nombre en letra imprenta

Si está enviando su Reclamación por correo, envíe su Formulario de reclamación completo, con fecha de franqueo postal anterior al **8 de noviembre de 2021**, a:

Move Free Advanced Settlement Administrator
P.O. Box 5439
Portland, OR 97228-5439

También puede presentar su Reclamación en www.MoveFreeAdvancedSettlement.com.

02-CA40048422
AE1132 v.04

1

**CERTIFICATE OF SERVICE**

2      I hereby certify that on September 14, 2021, I electronically filed the foregoing with the

3   Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel

4   for defendant Reckitt Benckiser LLC to the e-mail addresses denoted on the Electronic Mail Notice

5   List, and that I have mailed the foregoing document via the United States Postal Service to the non-

6   CM/ECF participants indicated on the Electronic Mail Notice List.

7      I certify under penalty of perjury under the laws of the United States of America that the

8   foregoing is true and correct. Executed on September 14, 2021.

9

10                                       *s/  Timothy G. Blood*
                                        TIMOTHY G. BLOOD

11
                    BLOOD HURST & O'REARDON, LLP
12                  501 West Broadway, Suite 1490
                    San Diego, CA 92101
13                  Tel: 619/338-1100
                    619/338-1101 (fax)
14                  tblood@bholaw.com

15

16

17

18

19

20

21

22

23

24

25

26

27

28