BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
THOMAS J. O'REARDON II (247952)
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
toreardon@bholaw.com

Class Counsel

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 3:17-cv-03529-VC<br><br>**DECLARATION OF TIMOTHY G. BLOOD IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>**CLASS ACTION**<br><br>Hrg Date: October 28, 2021<br>Time: 2:00 p.m.<br><br>District Judge Vince Chhabria<br>Courtroom 4, 17th Floor<br><br>Complaint Filed: June 19, 2017<br><br>**JURY TRIAL DEMANDED** |

I, TIMOTHY G. BLOOD, declare:

1. I am the managing partner of the law firm Blood Hurst & O'Reardon, LLP and an attorney duly licensed to practice before the courts of the State of California and this Court. I am court-appointed Class Counsel pursuant to Federal Rule of Civil Procedure 23(g) in the above-entitled matter and in *Carrigan v. Reckitt Benckiser LLC*, pending in the United States District Court for the Northern District of Illinois. I have personal knowledge of the matters stated in this declaration except those stated on information and belief, and as to those, I believe them to be true. If called upon, I could and would competently testify to them.

2. I submit this declaration in support of Plaintiffs' Motion for Final Approval of Class Action Settlement.

3. Rather than repeat the details here again, I incorporate by reference the discussion of this lengthy litigation from my prior declarations in support of Plaintiffs' motion for preliminary approval (No. 221-1) and in support of Plaintiffs' Award of Attorneys' Fees, Reimbursement of Expenses, and Service Awards for Class Representatives (ECF No. 230-1). The litigation consisted of two separate class actions in two different districts, has lasted over four years, involved discovery motions, class certification in two courts, a petition for permissive appeal, summary judgment, 30 depositions, over 20 third party subpoenas, more than 303,000 pages of documents (exceeding 116 GB), reports and declarations from 15 designated experts, and many days of mediations with three different neutrals at various stages throughout the litigation.

4. As of September 23, 2021, I am aware of four potential objections, and I am informed by the Settlement Administrator there are 79 opt-outs. The opt-out and objection deadline is October 14, 2021.

5. I am informed by the Settlement Administrator that as of September 22, 2021, 292,012 claims have been received for a total of 1,730,672 bottles of Move Free Advanced. The claims have not yet been reviewed to determine validity. I have also been informed by the Settlement Administrator that given the current number of claims filed and the anticipated future claims rate, claimants will receive full refunds of $22 per purchase and likely an amount slightly more than the full amount. These claims are expected to exhaust the Common Fund pursuant to the payment terms

1  under the proposed Settlement Agreement. It appears unlikely claims will need to be reduced on a
2  pro rata basis in accordance with section IV.3.d. of the Settlement Agreement. The Settlement
3  Administrator will submit a declaration updating the number of claims and the cash value of those
4  claims in connection with the reply to the motion for final approval.

5  I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct. Executed on September 23, 2021, at San Diego, California.

By: _*s/ Timothy G. Blood*_
TMOTHY G. BLOOD

# CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 23, 2021.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com