1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| GORDON NOBORU YAMAGATA and STAMATIS F. PELARDIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RECKITT BENCKISER LLC,<br><br>Defendant. | Case No. 3:17-cv-03529-VC<br><br>**[PROPOSED] ORDER RELEASING REMAINDER OF ATTORNEYS' FEES**<br><br>**CLASS ACTION**<br><br>District Judge Vince Chhabria<br>Courtroom 4, 17th Floor<br><br>**JURY TRIAL DEMANDED** |

1  Pursuant to the Court's Order Granting Final Approval of Class Action Settlement entered
2  on October 28, 2021 (ECF No. 238) and the Settlement Agreement (ECF No. 221-2), Plaintiffs have
3  filed a Post-Distribution Accounting of the settlement funds in this class action. Having considered
4  the Post-Distribution Accounting and good cause appearing, the Court authorizes and orders that
5  the 5% holdback of the attorneys' fees awarded shall be released forthwith to Class Counsel.

**IT IS SO ORDERED.**

October 12, 2022

_____
HONORABLE VINCE CHHABRIA
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

Executed on October 7, 2022.

                                              *s/ Timothy G. Blood*
                                              TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com